ORIGINAL

FILED

07 NOV -5 PM 4: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Ross G. Simmons (CA BAR NO. 144656)
   THE SIMMONS FIRM, ALC
2  11440 W. Bernardo Ct.
   Suite 390
3  San Diego, CA 92127
   Ph: (858) 676-1668
4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

               SOUTHERN DISTRICT OF CALIFORNIA
9

10                                        '07 CV    2119    H (POR)

11  AQUA LOGIC, INC., a California  ) Case No.: _____
    corporation,                    )
12                                  ) COMPLAINT FOR TRADEMARK
                                    ) INFRINGEMENT, TRADEMARK
                Plaintiff,          ) DILUTION, UNFAIR COMPETITION,
13                                  ) CYBERSQUATTING, AND TRADE NAME
         vs.                        ) INFRINGEMENT IN VIOLATION OF:
14                                  ) (i) Lanham Act § 32 (15 U.S.C.
    ESEALIFE, INC., a Texas         ) § 1114);
15  corporation, formerly known as  ) (ii) Lanham Act § 43 (15 U.S.C.
    AQUALOGICS, INC.; ESEALIFE      ) § 1125(a));
16  AQUATICS, INC., a Texas         ) (iii) Lanham Act § 43 (15
    corporation; and DOES 1-10,     ) U.S.C. § 1125(c));
17  inclusive,                      ) (iv) Lanham Act § 43 (15 U.S.C.
                                    ) § 1125(d));
18              Defendants.         ) (v) Cal. Bus. & Prof. Code §
                                    ) 17200 et seq;
19                                  ) (vi) Cal. Bus. & Prof. Code §
                                    ) 14320;
20                                  ) (vii) Cal. Bus. & Prof. Code §
                                    ) 14330; and
21                                  ) (viii) Cal. Bus. & Prof. Code §
                                    ) 14415.
22                                  )
                                    ) Demand for Jury Trial
23                                  )
   ─────────────────────────────────
24
   Plaintiff Aqua Logic, Inc., (sometimes referred to separately as
25
   "Plaintiff," or as "Aqua Logic, Inc.") for its complaint against
26
   eSealife, Inc. ("EI"), formerly known as Aqualogics, Inc.
27
   ("Aqualogics"), eSealife Aquatics, Inc. ("EAI"), and Does One
28

                                    1

through Ten, inclusive (collectively "Defendants"), alleges as follows:

## THE PARTIES

1.    Plaintiff Aqua Logic, Inc., is a corporation duly organized and existing under the laws of the State of California, with its principal place of business at 8268 Clairemont Mesa Boulevard, Suite 302, San Diego, California 92111.

2.    Upon information and belief, Defendant EI is, and at all times mentioned herein was, a corporation duly organized and existing under the laws of the State of Texas, with its principal place of business at 4647 Pine Timbers, Suite 120, Houston, Texas 77041, having incorporated and used the trade name Aqualogics since on or around August 5, 2003.  Aqualogics adopted EI as its entity name on or around May 4, 2007. Plaintiff is informed and believes, and thereupon alleges that EI has participated in, or is the successor in interest to, some or all of the infringing activities which are the subject of this Complaint.

3.    Upon information and belief, Defendant EAI is, and at all times mentioned herein was, a corporation duly organized and existing under the laws of the State of Texas, with its principal place of business at 4647 Pine Timbers, Suite 120, Houston, Texas 77041.  Plaintiff is informed and believes, and thereupon alleges that EAI has participated in, or is the successor in interest to, some or all of the infringing activities which are the subject of this Complaint.

4.    The true names and capacities of Defendants sued

2

herein as Does One through Ten, inclusive, are presently unknown to Plaintiff, who therefore sues these Defendants by such fictitious names.  Plaintiff will amend this Complaint to allege the true names and capacities of these Defendants when it ascertains such information.  Plaintiff is informed and believes that each Defendant named herein as Does One through Ten has participated in some or all of the acts or conduct alleged in this Complaint and is liable to Plaintiff by reason thereof.

**JURISDICTION AND VENUE**

5.    This Court has jurisdiction over this action pursuant to: (i) 28 U.S.C. §§ 1331 and 1338(a) and (b), and 15 U.S.C. § 1121, as an action for violations of the Lanham Act, 15 U.S.C. §§ 1051 et seq.; (ii) 28 U.S.C. § 1332(a)(1), as an action between citizens of different states in which the amount in controversy exceeds $75,000, exclusive of interest and costs; and (iii) the California state unfair competition, trademark infringement, trademark dilution, and trade name infringement claims contained herein under the provisions of 28 U.S.C. § 1338(b) in that said claims are joined with a substantial and related claim under the Trademark Laws of the United States, 15 U.S.C. §§ 1051 et seq.

6.    Plaintiff is informed and believes, and thereupon alleges that venue is proper in the Southern District of California pursuant to 28 U.S.C. § 1391(b), in that Defendants all have sufficient contacts to be considered residents of California, and/or that the effects of Defendants' wrongful actions have harmed Plaintiff's intellectual property owned and

held by it in the Southern District of California, and such harm has been felt by Plaintiff in the Southern District of California.

## NATURE OF THE ACTION

7.    This is an action for: (i) infringement of a registered trademark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; (ii) use in commerce of a word which is likely to cause confusion in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); (iii) dilution of a famous mark in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(c); (iv) registration of a domain name which is confusingly similar to a registered trademark in violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); (v) statutory unfair competition in violation of California Business & Professions Code §§ 17200 et seq.; (vi) trademark infringement in violation of California Business & Professions Code § 14320; (vii) trademark dilution in violation of California Business & Professions Code § 14330; and (viii) trade name infringement in violation of California Business & Professions Code § 14415.

## FACTS GIVING RISE TO THIS ACTION

**A.    Plaintiff's Federally Registered and Incontestable AQUA LOGIC Mark and Trade Name.**

8.    Continuously since on or about May 5, 1989, Plaintiff Aqua Logic, Inc. has advertised, offered for sale, distributed and sold numerous aquariums and aquarium products under the AQUA

LOGIC mark and Aqua Logic trade name throughout the United States.  Said advertising, offerings, distribution, and sales have, from the beginning and through the present day, been targeted and sold to a variety of customer bases, including residential, commercial, retail, wholesale, and industrial clients.

9.   Plaintiff has used the AQUA LOGIC mark and Aqua Logic trade name for almost two (2) decades to identify its products and to distinguish them from those made and sold by others, by, among other things, prominently displaying the AQUA LOGIC mark and Aqua Logic, Inc. trade name on the products themselves, their containers, and the advertisements, displays, and other materials associated therewith.  For example, Plaintiff has prominently displayed said mark on its Internet websites, store front, letterhead, bills, direct mail advertising, telephone directory advertising, and in periodicals distributed throughout the United States.

10.   Aqua Logic, Inc. procured its statutory presumption of exclusive use of its trade name on November 15, 1995, by filing articles of incorporation with the Secretary of State of the State of California.

11.   Aqua Logic, Inc. is the owner of United States trademark registration certificate number 2,353,216, memorializing Plaintiff's trademark rights in its distinctive AQUA LOGIC mark in connection with "fish tanks, namely, aquariums" and "fish tank cooling, heating, and recirculation systems comprised of water chillers, heat pumps, and electronic temperature controllers."   Said rights were registered on the

Principal Register of the United States Patent and Trademark Office ("USPTO") on May 30, 2000. A true and correct copy of Plaintiff's federal registration certificate for its AQUA LOGIC mark is attached hereto as Exhibit 1.

12. Plaintiff was issued a constructive use date of July 21, 1998, upon issuance of the AQUA LOGIC certificate of registration, which conferred a right of nationwide priority in connection with aquariums and aquarium products, pursuant to 15 U.S.C. § 1057(c). In accord with this federal right, all uses of an identical or confusingly similar mark initiated after this constructive use date in connection with aquariums or related goods or services are deemed infringements of Plaintiff's federal rights.

13. Plaintiff's registration has since become incontestable pursuant to 15 U.S.C. § 1065. A true and correct copy of the USPTO notice for Plaintiff's timely filing under 15 U.S.C. § 1065 is attached hereto as Exhibit 2.

14. Aqua Logic, Inc. has invested substantial time, effort, and money in advertising and promoting the AQUA LOGIC mark throughout the United States in various publications and trade magazines, and as a result, has derived income from and developed significant goodwill in the AQUA LOGIC mark.

15. Plaintiff's AQUA LOGIC mark has become famous in the aquarium and aquaculture industry among aquatic professionals and amateur enthusiasts as a result of nearly two (2) decades of continuous use and promotion of the mark in commerce throughout the United States. The AQUA LOGIC mark's goodwill has further been enhanced by Plaintiff's aforementioned incontestable

federal registration.

16.  Plaintiff's AQUA LOGIC brand is known for producing high-quality aquatic products, including custom-manufactured products pursuant to unique customer specifications.  An example of Plaintiff's promotional materials for custom fabrication products is attached hereto as Exhibit 3.

17.  Since on or about May 30, 2000, Plaintiff has given notice that its mark is registered in the USPTO by displaying the federal registration symbol [®] in connection with goods sold and services provided under the AQUA LOGIC mark.

18.  Plaintiff's AQUA LOGIC mark has become uniquely associated with and hence identifies Plaintiff as the source for AQUA LOGIC brand aquariums, live seafood tanks, and aquarium products such as water heaters, chillers, pumps, and temperature controllers.  Examples of Plaintiff's use of its AQUA LOGIC mark in connection with aquariums are attached hereto as Exhibit 4.

19.  Plaintiff has continuously used its Aqua Logic, Inc. trade name and/or AQUA LOGIC mark to sell aquatic lights, filters, hydrometers, thermostats, carbon, salt, nets, crushed coral, and other aquatic supplies since at least as early as 1993.  An example of Plaintiff's website offering AQUA LOGIC filtration products, and retail sales of third party filtration products, is attached hereto as Exhibit 5.

///
///
///
///
///

B.    Defendants' Infringement of Aqua Logic, Inc.'s
Intellectual Property Rights and Trade Name.

1.    Defendants' Assumption of the Confusingly Similar
AQUALOGICS Mark and Trade Name, and Registration of the
Infringing Domain Name.

20.   On or about August 5, 2003, Defendants began using
AQUALOGICS as a trade name in connection with an aquarium and
aquatic product business in interstate commerce.  This was
fourteen (14) years after Plaintiff first developed rights in
and used its AQUA LOGIC mark in interstate commerce, and five
(5) years after Plaintiff's constructive use date of July 21,
1998.

21.   At least as early as August 19, 2004, Defendants began
using AQUALOGICS as a mark in connection with advertising,
offering for sale, distributing, and selling aquariums and
aquarium products such as aquarium pumps, heaters, filters,
lights, hydrometers, hoods, and other related products in
interstate commerce.  This was fifteen (15) years after
Plaintiff first developed rights in and used its AQUA LOGIC mark
in interstate commerce, and six (6) years after Plaintiff's
constructive use date of July 21, 1998.

22.   Defendants' use of AQUALOGICS as a mark and trade name
is entirely without permission or authority of Plaintiff.

23.   Defendants' AQUALOGICS mark and trade name are
confusingly similar to Plaintiff's federally registered AQUA
LOGIC mark and trade name in sight, sound, and meaning.

24.   Defendants use the AQUALOGICS mark to promote

identical and substantially similar goods and services in
interstate commerce.  Plaintiff holds a federal registration for
fish tanks, aquariums, fish tank cooling devices, fish tank
heating devices, fish tank recirculation devices, water
chillers, heat pumps, and electronic temperature controllers.
Plaintiff also sells various aquarium products logically related
to the sale of these goods, such as aquarium lights, filters,
hydrometers, hoods, crushed coral, sand, artificial reefs, and
animal feeders, under its Aqua Logic, Inc. trade name and/or
AQUA LOGIC mark.  Defendants use their infringing AQUALOGICS
mark and trade name to promote the sale of identical and
substantially similar goods and services, namely: aquariums,
heating devices, filters, hydrometers, hoods, lighting, pumps,
food, and habitat products.  Examples of Defendants'
advertisements for these products in connection with the
infringing AQUALOGICS mark and trade name are attached hereto as
Exhibit 6.

    25.  Defendants registered the http://www.aqlogics.com
domain name ("Domain Name") on December 15, 2003, to build a
website to promote the sale of aquarium products and services
under the confusingly similar AQUALOGICS mark and trade name
("Website").  The WHOIS database report regarding this private
registration is attached hereto as Exhibit 7.

    26.  Defendants advertised the AQUALOGICS mark and trade
name on the Website as a source for procuring aquariums and
aquatic accessories.  Examples of such promotions are attached
hereto as Exhibit 8.

///

27.   Defendants have used the Website to promote various services under the AQUALOGICS mark, including custom manufactured items made according to customer specifications. Plaintiff is informed and believes, and on that basis alleges that Defendants also engage in large-scale manufacturing of aquatic products under the AQUALOGICS mark and trade name. Examples of such promotion and evidence are attached hereto as Exhibit 9.

28.   Plaintiff is informed and believes, and on that basis alleges that Defendants' acts of infringement were willful, and were committed with the intent to cause confusion, mistake, and/or to deceive consumers, and with the purpose of intentionally profiting from the fame and reputation of Plaintiff's AQUA LOGIC mark and trade name.   In light of Plaintiff's incontestable federal registration and widespread advertising and notoriety, Defendants' actions demonstrate reckless disregard for Plaintiff's prior use of and pre-existing rights in its federally registered and incontestable AQUA LOGIC mark and trade name.

**2.Likelihood of Confusion and Actual Confusion Between Plaintiff's Federally Registered AQUA LOGIC Mark and Trade Name, and Defendants' Infringing AQUALOGICS Mark and Trade Name.**

29.   Defendants' use of AQUALOGICS as a mark and trade name is likely to cause confusion with Plaintiff's federally registered and incontestable AQUA LOGIC mark and trade name because the two marks (1) are similar in sight, sound, and

meaning, (2) are used to promote substantially similar goods and services, (3) are advertised and promoted to the same classes of consumers within the aquaculture industry, and (4) are advertised and promoted in the same channels of trade.  Such similarities are likely to cause confusion as to origin, source, sponsorship, or affiliation.

30.  Defendants' use of AQUALOGICS, described in part above, has actually resulted in consumer confusion, and is likely to cause further confusion and mistake among consumers and/or will continue to deceive consumers as to the source of goods or services in the future.

31.  Defendants' use of AQUALOGICS has diluted the unique quality of the AQUA LOGIC mark among consumers.

**3.  Plaintiff's Efforts to Curtail Defendants' Infringing Activities.**

32.  Upon learning of Defendants' use of the infringing AQUALOGICS mark, trade name, and Domain Name, Plaintiff contacted Defendants, giving notice that Plaintiff's AQUA LOGIC mark is registered in the USPTO, and demanding that Aqualogics cease and desist use of its confusingly similar AQUALOGICS mark and trade name.  A copy of said letter, dated August 17, 2006, is attached hereto as Exhibit 10.

33.  Counsel for Defendants responded on September 18, 2006, asserting that Defendants were not infringing Plaintiff's AQUA LOGIC mark because Aqualogics "does not market its products under the name Aqualogics nor does it mark its packaging with any identification of Aqualogics."  A copy of that response is

attached hereto as Exhibit 11.

34.  As evidenced by Defendants' Website, portions of which are attached hereto as Exhibit 8, and third party websites promoting the AQUALOGICS mark and trade name, examples of which are attached hereto as Exhibit 6, Defendants have used the AQUALOGICS mark and trade name to promote the sale of aquariums and aquarium related products on the Internet in interstate commerce since at least as early as August 19, 2004.

35.  On August 23, 2007, counsel for Defendants offered to sell the infringing Domain Name to Plaintiff.

36.  To date, Defendants have not agreed to cease their infringing use of Plaintiff's registered AQUA LOGIC mark or trade name.

37.  In fact, infringing uses of the AQUALOGICS mark remain prevalent on the Internet.  A September 6, 2007, GOOGLE$^{TM}$ brand Internet search produced dozens of online business listings and advertisements promoting Defendants' products and services under the AQUALOGICS mark and trade name.  Examples of these promotional listings are attached hereto in Exhibit 6.

38.  The aforementioned Internet search also produced numerous blogs written by aquatic enthusiasts.  In seeking product advice for the purpose of making aquatic purchases, the use of "AQUA LOGIC," "AQUALOGIC," and "AQUALOGICS" were used interchangeably by bloggers, indicating confusion among consumers and potential lost sales to Plaintiff's business. Examples of these blog conversations are attached hereto as Exhibit 12.

///

39.  Plaintiff has reason to believe and on that basis alleges that Defendants are currently, and intend to continue, to actively infringe Plaintiff's AQUA LOGIC mark through *inter alia* the use of meta tags, meta text, RSS tags, keyword advertising, triggered advertising, Internet directories, blog entries, Internet domain names, website text or content, and/or other Internet or non-electronic means utilizing the AQUALOGICS and/or AQUA LOGIC mark in order to direct traffic away from Plaintiff and towards Defendants' businesses.

**4.    Injury Caused by Defendants to Plaintiff.**

40.  Plaintiff has suffered and continues to suffer irreparable injury as a consequence of Defendants' infringing and otherwise wrongful acts described and alleged above.

41.  Among other things, Plaintiff has suffered and is likely to continue to suffer a loss of goodwill associated with its federally registered and incontestable AQUA LOGIC mark, as well as a dilution of the distinctive attributes of its AQUA LOGIC mark.

42.  Upon information and belief, Defendants have profited from their wrongful conduct, including, without limitation, by offering for sale and selling aquariums and aquarium related products to persons and entities in the United States.  Such persons were and likely will continue to be confused into believing that said products were and are sold, manufactured, endorsed, sponsored, serviced by, or otherwise affiliated with Plaintiff by reason of Defendants' unauthorized use of the AQUALOGICS mark, which is confusingly similar in sight, sound,

and meaning to Plaintiff's federally registered and
incontestable AQUA LOGIC mark.

## COUNT ONE

**(Infringement of a Registered Trademark in Violation of**
**Section 32 of the Lanham Act, 15 U.S.C. § 1114)**
**Against all Defendants**

43.  As to this Count One, Plaintiff specifically realleges
and incorporates herein by reference each and every allegation
contained in Paragraphs 1 through 42 of this Complaint.

44.  As described above, Plaintiff owns a federal trademark
registration for and is the senior user of the AQUA LOGIC mark
in connection with aquariums and aquarium products.

45.  Defendants commenced use of the infringing AQUALOGICS
mark after Plaintiff's constructive use date in 1998.

46.  Plaintiff has not consented to Defendants' infringing
use of the confusingly similar AQUALOGICS mark.

47.  Defendants have been on constructive notice of
Plaintiff's rights in its federally registered and incontestable
AQUA LOGIC mark since 1998, and actual notice since at least
2006.

48.  Defendants' use of AQUALOGICS in connection with the
advertising, distributing, offering for sale, and selling goods
in interstate commerce identical or related to those offered by
Plaintiff, as described in this Count One and elsewhere in this
Complaint, constitutes use in commerce of the AQUALOGICS mark in
a manner that has already resulted in actual confusion and
mistake by consumers, or has deceived consumers, and is likely

to result in confusion, or mistake, or deception of consumers in the future, therefore infringing upon Plaintiff's rights in its federally registered and incontestable AQUA LOGIC mark.

49.   Accordingly, Defendants are in violation of 15 U.S.C. § 1114(1), and Plaintiff is entitled to injunctive relief and monetary recovery of Defendants' profits, Plaintiff's damages, costs, fees, and other amounts as may be determined at trial.

## COUNT TWO

**(Use of a False Designation in Violation of**

**Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a))**

**Against All Defendants**

50.   As to this Count Two, Plaintiff specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 42 of this Complaint.

51.   The AQUA LOGIC mark is distinctive and has become uniquely associated with Plaintiff, and identifies Plaintiff as the source of goods bearing the AQUA LOGIC mark.

52.   Defendants have caused goods identical or related to those of Plaintiff to enter into interstate commerce in connection with the AQUALOGICS designation.  Said use of AQUALOGICS is a false designation of origin, which has actually caused confusion and mistake among consumers, has deceived consumers as to the affiliation, connection, or association of Defendants with Plaintiff and as to the origin, sponsorship, or approval of goods and/or services of Plaintiff, and is likely to cause such confusion, mistake, and/or deception among consumers in the future.

53.  Defendants' acts described in this Count Two and elsewhere in this Complaint have caused and continue to cause actual confusion and mistake among consumers, with Defendants receiving income, profits, and advantages therefrom, while Plaintiff has been suffering and continues to suffer irreparable damages resulting therefrom.   Accordingly, Defendants are in violation of 15 U.S.C. § 1125(a), and Plaintiff is entitled to injunctive relief and monetary recovery of Defendants' profits, Plaintiff's damages, costs, fees, and other amounts as may be determined at trial.


### COUNT THREE

### (Dilution of a Famous Mark in Violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(c))

### Against all Defendants

54.  As to this Count Three, Plaintiff specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 42 of this Complaint.

55.  Plaintiff's federally registered and incontestable AQUA LOGIC mark is distinctive and has become famous among the general consuming public of the United States as a designation of source, most particularly within the aquarium and aquaculture industries.

56.  Defendants first commenced use of the AQUALOGICS mark and trade name in 2003, by which time Plaintiff had used its AQUA LOGIC mark as a source identifier in commerce for fourteen (14) years.  Defendants' use therefore began after Plaintiff's

AQUA LOGIC mark became famous.

57.  Defendants' AQUALOGICS mark and trade name are similar in sight, sound, and meaning to Plaintiff's AQUA LOGIC mark, therefore blurring the·distinctiveness and consumer recognition of Plaintiff's mark as a unique identifier in commerce.

58.  Accordingly, Defendants have diluted the distinctive qualities of Plaintiff's AQUA LOGIC mark in violation of 15 U.S.C. § 1125(c), and Plaintiff is entitled to injunctive relief and monetary recovery of Defendants' profits, Plaintiff's damages, costs, fees, and other amounts as may be determined at trial.

**COUNT FOUR**

**(Registration of a Domain Name Which is Confusingly Similar to a Registered Trademark in Violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d))**

**Against All Defendants**

59.  As to this Count Four, Plaintiff specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 42 of this Complaint.

60.  As described above, Plaintiff has rights in its AQUA LOGIC mark dating back to May 5, 1989, and constructive use priority throughout the United States dating back to July 21, 1998.

61.  Defendants adopted the confusingly similar AQUALOGICS mark in connection with identical and substantially similar goods and services within the aquatic industry on or around

August 5, 2003, five (5) years after Plaintiff's constructive use date.

62. On December 15, 2003, Defendants registered the www.aqlogics.com Domain Name, which is confusingly similar to Plaintiff's federally registered and incontestable AQUA LOGIC mark and trade name.

63. Defendants used the Domain Name to build a Website to promote the sale of identical and substantially similar goods and services under the infringing AQUALOGICS mark in interstate commerce.

64. On August 23, 2007, counsel for Defendants offered to sell the Domain Name to Plaintiff, the registered mark holder.

65. Plaintiff is informed, and believes, and therefore alleges that Defendants' Website utilizes infringing meta tags, meta text, RSS tags, and/or other devices utilizing the infringing AQUALOGICS mark and/or Plaintiff's AQUA LOGIC mark in order to attract business away from Plaintiff, the registered mark holder.

66. Defendants' registration, use, and offer to sell the Domain Name and Website was and continues to be in bad faith.

67. Accordingly, Defendants have registered a domain that is confusingly similar to a registered mark in bad faith in violation of 15 U.S.C. § 1125(d), and Plaintiff is entitled to a judicial order compelling the transfer of the Domain Name from Defendants pursuant to 15 U.S.C. § 1125(d)(1)(C), and the award of statutory damages in the amount of one hundred thousand dollars ($100,000) pursuant to 15 U.S.C. § 1117(d).

///

## COUNT FIVE

## (Unfair Competition in Violation of Cal. Bus. & Prof. Code §

## 17200, et seq.)

### Against all Defendants

68.  As to this Count Five, Plaintiff specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 42 of this Complaint.

69.  Defendants are all "persons" within the meaning of California's Bus. & Prof. Code § 17201.

70.  As a result of the continued advertising, promotion, offering for sale, and sales of aquariums and aquarium products by Plaintiff for nearly two (2) decades under the AQUA LOGIC mark, said mark has developed and now has a secondary and distinctive trademark meaning to purchasers in Defendants' trade area.

71.  AQUA LOGIC has come to indicate to such purchasers that AQUA LOGIC aquariums and aquarium related products originate only with Plaintiff.

72.  Defendants' use of the AQUALOGICS mark is likely to cause, and has actually caused consumer confusion regarding the source of the goods and services offered and sold in interstate commerce.

73.  Defendants' adoption and use of the AQUALOGICS mark to offer for sale and sell aquariums and aquarium related products, just as Plaintiff has done for many years prior, constitutes unfair competition and unfair business practices through the infringement of Plaintiff's pre-existing rights in the AQUA

LOGIC mark.

74.  Defendants have infringed Plaintiff's AQUA LOGIC mark as alleged herein with the intent to deceive the public into believing that goods and services advertised by Defendants are made by, approved by, sponsored by, or affiliated with Plaintiff, and/or to oppress Plaintiff.

75.  Plaintiff has been and continues to be damaged by Defendants' acts of unfair competition and unfair business practices.

76.  Accordingly, Defendants' conduct constitutes unfair competition and unfair business practices under Cal. Bus. & Prof. Code § 17200 et. seq. as an infringement of Plaintiff's rights.  Plaintiff is entitled to injunctive relief ordering Defendants to cease such unlawful business practices and unfair competition pursuant to California Business & Professions Code § 17203.  Furthermore, and pursuant to California Business & Professions Code § 17200 et. seq., Plaintiff is entitled to an award restoring to Plaintiff any monies or profits that Defendants have wrongfully acquired or caused to be lost as a result of their violations.

**COUNT SIX**

**(Trademark Infringement in Violation of**

**Cal. Bus. & Prof. Code § 14320)**

**Against all Defendants**

77.  As to this Count Six, Plaintiff specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 42 of this Complaint.

78.   AQUA LOGIC is a "mark" within the meaning of California Business & Professions Code § 14203, and a "trademark" within the meaning of California Business & Professions Code § 14207.

79.   Defendants' use of the AQUALOGICS mark set forth in this Complaint, including without limitation the use of said mark upon and in describing Defendants' aquariums and aquarium products and services for the purpose of enhancing the commercial value of, or selling, or soliciting purchases of such goods without prior consent of Plaintiff, the owner of the AQUA LOGIC mark, constitutes unlawful infringement upon a mark registered under Title 15 of the United States Code, in violation of California Business & Professions Code § 14320, entitling Plaintiff to injunctive relief pursuant to California Business & Professions Code § 14335.

**COUNT SEVEN**

**(Trademark Dilution in Violation of**

**Cal. Bus. & Prof. Code § 14330)**

**Against all Defendants**

80.   As to this Count Seven, Plaintiff specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 42 of this Complaint.

81.   AQUA LOGIC is a "mark" within the meaning of California Business & Professions Code § 14203, and a "trademark" within the meaning of California Business & Professions Code § 14207.

21

82.  Defendants' use of the AQUALOGICS mark set forth in this Complaint, including without limitation the use of said mark upon and in describing Defendants' aquariums and aquarium products for the purpose of enhancing the commercial value of, or selling, or soliciting purchases of such goods without prior consent of Aqua Logic, Inc., has injured Plaintiff's business reputation and/or diluted the distinctive quality of the AQUA LOGIC trademark and trade name, and creates a likelihood of such injury to business reputation and/or dilution in the future, notwithstanding the presence or absence of competition between the parties or the confusion as to the source of goods or services, in violation of California Business & Professions Code § 14330.

83.  Accordingly, Plaintiff is entitled to injunctive relief pursuant to California Business & Professions Code § 14330.

**COUNT EIGHT**

**(Trade Name Infringement in Violation of California Business & Professions Code § 14415)**

**Against All Defendants**

84.  As to this Count Eight, Plaintiff specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 42 of this Complaint.

85.  Aqua Logic, Inc. filed articles of incorporation with the Secretary of State of the State of California on November 15, 1995.  As the first party to file articles under the Aqua

Logic, Inc. name and engage in a business utilizing that corporate name, Plaintiff is entitled to a rebuttable presumption that it is the exclusive owner of the Aqua Logic, Inc. trade name, and any confusingly similar trade names, used within the State of California.

86.    On or around August 5, 2003, Defendants filed articles of incorporation as Aqualogics, Inc. with the Secretary of the State of Texas.

87.    On or around December 15, 2003, Defendants registered the Domain Name to promote the sale of goods and services in the aquaculture industry under the Aqualogics, Inc. trade name in interstate commerce.

88.    At least as early as August 19, 2004, Defendants used Aqualogics, Inc. as a trade name in interstate commerce to promote the sale of goods and services in the aquarium and aquaculture industries.

89.    Plaintiff is informed and believes, and on that basis alleges that Defendants have used the Aqualogics, Inc. trade name to promote, advertise, sell, ship, manufacture, receive imports, ship exports, and/or engage in other commercial activities within the State of California.

90.    Plaintiff has experienced actual confusion by aquarium and aquaculture consumers at its principal place of business in California, and consumers in California are likely to be confused by Defendants' trade name infringement within the State of California.

91.    Plaintiff has, and will continue to suffer a loss of its intellectual property rights, including monetary damages, as

a result of the trade name confusion experienced in the State of California.

92.  As a result, Defendants have infringed Plaintiff's right to exclusive use of its Aqua Logic, Inc. trade name within the State of California.

93.  Accordingly, Plaintiff is entitled to injunctive relief pursuant to California Business & Professions Code §§ 14402 and 14330 to curtail Defendants' trade name infringement.

### ALLEGATION OF DAMAGE

94.  By reason of Defendants' acts alleged in this Complaint, Plaintiff has and will continue to suffer damage to its business, reputation, and goodwill and the loss of sales and profits Plaintiff would have made but for Defendants' acts.

95.  Defendants threaten to continue to do the acts complained of herein, and unless restrained and enjoined, will continue to do so, all to Plaintiff's irreparable damage.  While compensation for Defendants' past wrongs can be calculated with some accuracy, it would be difficult to ascertain the amount of compensation which could afford Plaintiff adequate relief for Defendants' future wrongful acts, and Plaintiff's remedy at law is not adequate to compensate it for injuries threatened.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands a jury trial and judgment in its favor, and as against Defendants, jointly and severally, prays for all of the following:

///

96.    That this Court issue an injunction pursuant to the powers granted it under 15 U.S.C. § 1116, enjoining and restraining Defendants and their agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities acting in concert or participation with any Defendants from:

a.    directly or indirectly using the name AQUALOGICS or any other mark, word, or name similar to AQUA LOGIC in any manner, including but not limited to use in connection with advertising, offering for sale, and/or selling any goods or services or creation or operation of a business entity under a similar trade name;

b.    consenting to or otherwise allowing any distributor, dealer, or manufacturer selling, marketing, or producing any of Defendants' goods or services to directly or indirectly infringe upon the AQUA LOGIC mark in any.manner, including but not limited to use in connection with advertising, offering for sale, and/or selling any of Defendants' goods or services;

c.    using any names (including but not limited to AQUALOGICS), emblems, symbols, trademarks or service marks(including but not limited to AQUALOGICS), terminology, trade dress, or designations which tend to falsely represent, or which are likely to confuse, mislead, or deceive purchasers and/or members of the public that the goods and/or services marketed, offered and/or advertised by Defendants originate from Plaintiff or that any such goods and/or services are sponsored, approved, licensed by, associated with, connected, or otherwise affiliated with Plaintiff;

d.   engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead, or deceive purchasers and/or members of the public to believe or conclude that the actions of Defendants are sponsored, approved, and/or licensed by, and/or connected or affiliated with Plaintiff;

e.   affixing, applying, annexing or using in connection with the marketing, offering, and/or advertising of any goods or services, a false description or representation, including the word AQUALOGICS or any other words or symbols, tending to falsely describe or represent goods and/or services as being those of Plaintiff;

f.   using AQUALOGICS, AQUA LOGIC, or any confusingly similar term or combination of terms on the Internet to attract business, customers, suppliers, or for any other commercial purpose, including use of such terms as meta tags, meta text, RSS tags, keyword advertising, triggered advertising, hyperlinks, blog entries, Internet domain names, website text or content, or any other Internet or electronic means; and

g.   otherwise competing unfairly with Plaintiff.

97.   That this Court issue an injunction pursuant to the powers granted it under 15 U.S.C. § 1116, requiring Defendants and their agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities acting in concert or participation with any Defendants to take affirmative actions to:

a.   Remove, delete, erase, or cancel existing telephone directory listings, Internet directory listings, articles, memberships, labels, products, packaging, meta tags, meta text,

RSS tags, keyword advertising, triggered advertising, hyperlinks, blog entries, Internet domain names, website text or content, or any other existing means of promoting Defendants' businesses that utilize the AQUALOGICS, AQUA LOGIC, or any confusingly similar term or combination of terms from areas, resources, and websites accessible by consumers, suppliers, vendors, dealers, manufacturers, or other parties within the United States.

98.    That Defendants be directed to file with this Court and serve on Plaintiff within thirty (30) days after the issuance of an injunction, a report in writing under oath, setting forth in detail the manner and form in which Defendants have complied with the injunctions.

99.    That this Court, pursuant to the power granted it under 15 U.S.C. § 1118, order that all labels, signs, prints, packages, containers, receptacles, and advertisements in the possession or control of Defendants bearing the mark AQUA LOGIC and all plates, files, and other means of making the same, shall be delivered up and destroyed.

100. That Defendants be required to compensate Plaintiff for all profits derived by Defendants from sales of goods or services under the AQUALOGICS mark and for all other acts of infringement, dilution, and unfair competition complained of herein.  On information and belief, Plaintiff reasonably estimates this amount to be at least five million dollars ($5,000,000) pursuant to Lanham Act § 35, 15 U.S.C. § 1117(a).

101. That Defendants be required to account to Plaintiff for any and all profits derived by Defendants from sales of

goods or services under the AQUALOGICS mark and for all other
acts of infringement, dilution, and unfair competition
complained of herein, in excess of five million dollars
($5,000,000), and to make payment of any and all such profits to
Plaintiff, pursuant to Lanham Act § 35, 15 U.S.C. § 1117(a).

102. That Defendants be required to transfer to Plaintiff
the Domain Name, pursuant to the Court's authority under the
Anticybersquatting Consumer Protection Act, 15 U.S.C. §
1117(d)(1)(C).

103. That Defendants be required to compensate Plaintiff in
the amount of one hundred thousand dollars ($100,000) for
Defendants' registration and use of the infringing Domain Name,
pursuant to the statutory damages provided for violations of the
Anticybersquatting Consumer Protection Act as enumerated in 15
U.S.C. § 1117(d).

104. That Defendants be required to compensate Plaintiff
for the actual damages sustained by Plaintiff as a result of
Defendants' acts of trademark infringement and unfair
competition in an amount as shall be shown by the evidence
pursuant to Lanham Act § 35, 15 U.S.C. § 1117(a).

105. As provided by 15 U.S.C § 1116 and 15 U.S.C § 1117,
for an award to Plaintiff and against Defendants, jointly and
severally, of damages in the amount or amounts of three (3)
times Defendants' profits and damages sustained by Plaintiff as
a result of the acts and claims asserted under 15 U.S.C. § 1125.

106. That the costs of this action be awarded to Plaintiff
pursuant to Lanham Act § 35, 15 U.S.C. § 1117(a).

///

107. That this is an exceptional case and that Plaintiff be awarded its reasonable attorney fees pursuant to Lanham Act § 35, 15 U.S.C. § 1117(a).

108. As provided by California Business & Professions Code § 17203, an order restoring to Plaintiff any monies or profits that Defendants have acquired and/or caused to be lost as a result of Defendants' violations of California Business & Professions Code § 17200, et seq.

109. That Defendants and anyone acting in concert with Defendants be ordered not to file with the USPTO, or any other state or federal body, or other jurisdiction, any other application to register AQUALOGICS, or closely-related formatives or other names confusingly similar or which are colorable imitations of Plaintiff's federally registered and incontestable AQUA LOGIC mark.

110. For an Order by this Court that Defendants are not entitled to registration of AQUALOGICS in connection with aquariums or any related products or services, and an Order directing the USPTO to cancel any such registrations that Defendant may apply for and receive.

111. That this Court award punitive and exemplary damages against Defendants and in favor of Plaintiff in an amount to be determined under the laws of the State of California.

///
///
///
///
///

112. That Plaintiff have such other and further relief as the Court may deem just.

Dated this November 1, 2007, and respectfully submitted,

_____
Ross G. Simmons (CA BAR NO. 144656)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127

**ATTORNEY FOR PLAINTIFF**

**TABLE OF
CONTENTS**

TABLE OF CONTENTS

Exhibit 1  - Page 32...........................Appears in Complaint on Page 6

Exhibit 2  - Page 33...........................Appears in Complaint on Page 6

Exhibit 3  - Pages 34-35...............Appears in Complaint on Page 7

Exhibit 4  - Pages 36-41...............Appears in Complaint on Page 7

Exhibit 5  - Page 42...........................Appears in Complaint on Page 7

Exhibit 6  - Pages 43-78...............Appears in Complaint on Pages 9, 12

Exhibit 7  - Pages 79-81...............Appears in Complaint on Page 9

Exhibit 8  - Pages 82-105............Appears in Complaint on Pages 9, 12

Exhibit 9  - Pages 106-114.........Appears in Complaint on Page 10

Exhibit 10 - Pages 115-117.........Appears in Complaint on Page 11

Exhibit 11 - Page 118........................Appears in Complaint on Page 12

Exhibit 12 - Pages 119-131.........Appears in Complaint on Page 12

**EXHIBIT 1**

Int. Cls.: **11 and 16**

Prior U.S. Cls.: **2, 5, 13, 21, 22, 23, 29, 31, 34, 37, 38 and 50**

Reg. No. 2,353,216

## United States Patent and Trademark Office     Registered May 30, 2000

### TRADEMARK
### PRINCIPAL REGISTER

## AQUA LOGIC

AQUA LOGIC, INC. (CALIFORNIA CORPORATION)
8280 CLAIREMONT MESA BOULEVARD, SUITE 127
SAN DIEGO, CA 92111

FOR: FISH TANK COOLING, HEATING AND RE-CIRCULATION SYSTEMS COMPRISED OF WATER CHILLERS, HEAT PUMPS AND ELECTRONIC TEMPERATURE CONTROLLERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5–5–1989; IN COMMERCE 6–12–1989.

FOR: FISH TANKS, NAMELY, AQUARIUMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9–1–1989; IN COMMERCE 9–1–1989.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AQUA", APART FROM THE MARK AS SHOWN.

SER. NO. 75–522,772, FILED 7–21–1998.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2353216    SERIAL NO: 75/522772    MAILING DATE: 06/07/2006
REGISTRATION DATE: 05/30/2000
MARK: AQUA LOGIC
REGISTRATION OWNER: Aqua Logic, Inc.

**CORRESPONDENCE ADDRESS:**
ALENA HERRANEN
THE SIMMONS FIRM
SUITE 390
11440 WEST BERNARDO CT.
SAN DIEGO CA 92127

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
## NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
011, 016.

HUNTLEY, TIFFANY K
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

Page 33
Exhibit 2

**EXHIBIT 3**





Custom Fabrication

Home/Office Aquariums | Tank Systems | Public Installations | Aquaculture/Research | Custom/OEM



ALL PRODUCTS

What sets Aqua Logic apart from the rest? Their ability to meet customers' specific needs. Knowledge of materials and process are the cornerstone of its state of the art manufacturing facility where all Aqua Logic's products are carefully designed and built by fabricating with titanium, stainless steel, aluminum, fiberglass, plastics and wood. Whether a customer requires an individual product, a fully integrated skid mounted system pack or a customer system designed to meet a specific LSS requirement, Aqua Logic's professional team will deliver solutions that are effective and efficient.

**Call or e-mail us today with your specifications and questions, and we will help you choose the right products for your application.**

**858.292.4773**
info@aqualogicinc.com



4ft x 4ft Acrylic Tank w/ Waterfall



Custom, Precision Aquarium Fabrication



PVC Water Stops



PVC Skimmer Box with Adjustable Level Control



**Custom Fabrication on State of the Art Machines**



**Custom LSS Package**





**Temperature Controlled Coral Research System (Hawaii Institute of Marine Biology)**



**Insulated PVC Sump**
**8ft x 4ft x 4ft   (700 gallon)**



**Tank Construction**

**Call or e-mail us today with your specifications and questions, and we will help you choose the right products for your application.**

**Mon. - Fri. 8:00AM to 4:30PM**
**858.292.4773**

**info@aqualogicinc.com**

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111   858.292.4773 | fax 858.279.0537

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM

http://www.aqualogicinc.com/custom-fabrication.htm                                          9/14/2007

EXHIBIT 4





Home/Office Aquariums | Tank Systems | Public Installations | Aquaculture/Research | Custom/OEM

# Tank Systems



**ALL PRODUCTS**

**Related Products**

Water Chillers
Temperature Controllers
Flow Switches
Filters
Water Pumps
UV Sterilizers
Tank Systems
LSS System Packs
Custom Fabrication
Replacement Parts
Accessories
Aquanetic Parts

**A**qua Logic is a leading manufacturer of aquatic animal systems for research and public use. We build a better product because we have extensive experience in both freshwater and marine environments.

Aqua Logic tank systems combine the best of talents…design, manufacturing and engineering. Your animals are only as healthy as their environment and the engineering system that provides support.

Our design experience provides state-of-the-art aquatic systems covering all varieties of organisms and applications.

" December of 2004 marked the date of our first Aqua Logic Bait System installation. Many more installations followed throughout the US in our other stores. Customer response to this product has been 100% positive. Downtime has been zero. Economic, quiet and east to operate, the Aqua Logic Bait System is simply the best. "

David Robinson
Vice President
Robinson Wholesale, Inc.

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111   858.292.4773 | fax 858.279.0537

---

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM
Privacy Policy | Terms of Use

Copyright © 2007, Aqua Logic, Inc.  All rights reserved.

http://aqualogicinc.com/market/tank-systems.htm                                    10/8/2007



*Building Environments for Life*



Home/Office Aquariums | Tank Systems | Public Installations | Aquaculture/Research | Custom/OEM

Aqua Logic believes that every detail should be taken into account when building a life support system for sea life. The first consideration has been to eliminate as much time as possible in maintenance to give our customers more control over the system. Proper refrigeration and filtration are very important factors for life support. We have studied this extensively and engineered our mechanical, bio and cooling systems for maximum efficiency. Every unit that Aqua Logic manufactures runs at peak performance, not only adding life to the tank, but assuring a more cost efficient operation. In addition to quality construction and engineering, we believe that the aesthetic value of any display is extremely important. To this end, we are constantly developing new constructions utilizing the latest innovations in insulated materials, laminates, metals and wood cabinet designs.



ALL PRODUCTS

### SEAFOOD RETAIL TANKS



AL SERIES - ACRYLIC/ WOOD
AL SERIES - THERMAL GLASS/STAINLESS
DS-170/100
DSR-100/100
WATERFALL

### SEAFOOD WHOLESALE TANKS



SFC SERIES
CFT-500
1200 GALLON FIBERGLASS STOCK

### BAIT & FEEDER GOLDFISH TANKS



LIVE BAIT SYSTEMS
FEEDER GOLDFISH SYSTEMS

### PLASTIC INSULATED TANKS



INSULATED TANKS
PVC SUMPS

### TABLE TOP TANKS

LABORATORY SPECIMENS
LABORATORY WATER BATH

Page 37
Exhibit 4





## CUSTOM TANKS & TANK SYSTEMS

SEAFOOD
RESEARCH
AQUARIUMS

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111   858.292.4773 | fax 858.279.0537

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM
Privacy Policy | Terms of Use

Copyright © 2007, Aqua Logic, Inc.  All rights reserved.

http://aqualogicinc.com/products/tanks/index.htm                                                    10/8/2007





**Building Environments for Life**

| Home/Office Aquariums | Tank Systems | Public Installations | Aquaculture/Research | Custom/OEM |

ALL PRODUCTS

### CUSTOM TANKS and TANK SYSTEMS

What sets Aqua Logic apart from the rest? Their ability to meet customers' specific needs. Knowledge of materials and process are the cornerstone of its state of the art manufacturing facility where all Aqua Logic's products are carefully designed and built by fabricating with titanium, stainless steel, aluminum, fiberglass, plastics and wood. Aqua Logic's design expertise and manufacturing capabilities allows us to produce a wide range of tank and tank systems, whether it is a seafood display tank built to the customer's exact specifications or a rack of 24 individually temperature controlled research tanks for coral studies.

**Aqua Logic turns your ideas into reality.**




Acrylic 4ft x 4ft Water Fall Seafood Display Tank    Custom, Precision Aquarium Fabrication



Temperature Controlled Coral Research System
(Hawaii Institute of Marine Biology)




**PVC Water Stops**

**Quarantine Tank Systems
(Shedd Aquarium)**




**Insulated PVC Sump Tank**

**Tank Construction**

**Contact us for more information:**
**Mon. - Fri. 8:00AM to 4:30PM**
**858.292.4773**

info@aqualogicinc.com

Thermostats | Flow Switch | Water Pumps

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111  858.292.4773 | fax 858.279.0537

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM
Privacy Policy | Terms of Use

Copyright © 2007, Aqua Logic, Inc.  All rights reserved.

http://aqualogicinc.com/products/tanks/Custom-Tank-and-Tank-System.htm                    10/8/2007

# Aqua Logic

**Telephone (619) 292 4773**
**Fax (619) 279 0537**

8280 Clairemont Mesa Blvd. #127
San Diego, CA  92111



## Tanks





### Thermal Pane Glass

| Length | Width | Height | Gallons | Price |
|--------|-------|--------|---------|-------|
| 4' | 16" | 16" | 53 | 0 |
| 4' | 20" | 20" | 83 | |
| 4' | 24" | 20" | 99 | |
| 4' | 30" | 24" | 124 | |
| 4' | 36" | 24" | 186 | |
| 4' | 48" | 24" | 239 | |
| 5' | 16" | 16" | 66 | 0 |
| 5' | 20" | 20" | 103 | |
| 5' | 24" | 20" | 124 | |
| 5' | 30" | 24" | 187 | |
| 5' | 36" | 24" | 224 | |
| 5' | 48" | 24" | 299 | |
| 6' | 16" | 16" | 79 | 0 |
| 6' | 20" | 20" | 123 | |
| 6' | 24" | 20" | 148 | |
| 6' | 30" | 24" | 224 | |
| 6' | 36" | 24" | 268 | |
| 6' | 48" | 24" | 358 | |
| 8' | 16" | 16" | 105 | 0 |
| 8' | 20" | 20" | 164 | |
| 8' | 24" | 20" | 197 | |
| 8' | 30" | 24" | 298 | |
| 8' | 36" | 24" | 357 | |
| 8' | 48" | 24" | 477 | |

### Acrylic

| Length | Width | Height | Gallons | Price |
|--------|-------|--------|---------|-------|
| 3' | 15" | 20" | 50 | $109.00 |
| 4' | 15" | 18" | 60 | $135.00 |
| 5' | 18" | 20" | 100 | $245.00 |
| 6'8' | 18" | 20" | 125 | $292.00 |
| | 24" | 24" | 240 | $740.00 |



Aqua Logic makes it easy for anyone to make a water recirculation system. Use any of the tanks above with a remote coil chiller, cellular filter, and submersible pump. This is the low cost way to make table top tank systems for research labs, seafood restaurants, and fish stores.

**EXHIBIT 5**



aqua**LOGIC**®
Building Environments for Life





Home/Office Aquariums | Tank Systems | Public Installations | Aquaculture/Research | Custom/OEM



ALL PRODUCTS

Aqua Logic offers a large selection of water filters. Water filters come in a wide variety of styles, depending upon the application:

| | |
|---|---|
| **Cartridge** | **Bags** |
| **Sand** | **Rotary Drum** |
| **Carbon** | **Bead Type** |
| | **Biological** |

Selecting the right filter for your aquatic installation will ensure peak performance and optimal water quality for many years. Aqua Logic supplies many of the brands and sizes of filters commonly used in the industry, either as a single unit or incorporated into a complete Life Support System skid mounted package. Auto backwash controls are also available for many of these filters as well as replacement parts for the different brands.

| | | |
|---|---|---|
| **Aqua Logic** | **Neptune Benson** | **Pentair (PacFab)** |
| **Astral** | **Stark** | **Hayward** |
| **Aquaculture System** | **Sta-Rite** | **W. Lim** |
| **Technologies** | **Aquanetics** | **and others** |
| **FSI** | **Jacuzzi** | |

**Call or e-mail us today with your specifications and questions, and we will help you choose the right filter for your application.**

**Mon. - Fri. 8:00AM to 4:30PM
858.292.4773**

info@aqualogicinc.com c

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111   858.292.4773 | fax 858.279.0537

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM

Copyright © 2007, Aqua Logic, Inc. All rights reserved.

http://www.aqualogicinc.com/filters.htm                                                      9/14/2007

**EXHIBIT 6**

Aqualogics, INC. Pet & Products                                    http://www.alibaba.com/company/11133628.html



Home | Sign In | Join Now | ⟋ TradeManager | ⌐ Inquiry Basket | Search all suppliers    🔍

Global trade starts here.™    For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Aqualogics, INC.

## Free Member

LISTED SINCE 2007

▢ Products (2)
▢ Selling Leads
⊟ About Us
    TrustPass Profile
    Contact Information
    Trade Show Interests

## Aqualogics, INC.

✉ Contact Now    Leave me a message

### About Us                                    See our Company Profile

Aqualogics is committed to excellence in the pet industry. Our innovative designs and comprehensive quality control ensure that our stylish products will add colors to your leisure time. We put the finest craftsmanship in every aquarium light and other aquarium accessory we produce.

### Basic Information

| | |
|---|---|
| Company Name: | Aqualogics, INC. |
| Business Type: | Manufacturer |
| Product/Service: | Aquarium Lighting, Pet Products |
| Company Address: | 4647 Pine Timbers Suite 120, Houston, Texas, United States |
| No. of Total Employees: | 51 - 100 People |

### Ownership & Capital

| | |
|---|---|
| Year Established: | 2001 |

### Trade & Market

| | |
|---|---|
| Main Markets: | North America, Europe |
| Total Annual Sales Volume: | US$5 Million - US$10 Million |

### Factory Information

| | |
|---|---|
| No. of R&D Staff: | 71 - 80 People |

### Recently Posted Products


Aquarium Light


Metal Halide Light

1 of 2                                                              9/17/2007 10:56 AM

Aqualogics, INC. Pet & Products

http://www.alibaba.com/company/11133628.html

## Contact Us

Aqualogics, INC. [View Company Details] [United States]

Address: 4647 Pine Timbers Suite 120, Houston, Texas, United States

Contact Now    Leave me a message    View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

Didn't find what you're looking for? Post a buying lead.

**Trade Articles & Discussions in Resources**                                                      More

 Celebrate Brazilian Independence Day
By taking our fun Quiz, and you could win a great prize!
Click here!



China's industrial output up 17.5% in Aug
China's GPS vehicles exceeds 1 mln
China's money supply grows 18.09% in Aug
China's exports loses US$36 billion...

 Trade Problems? One Solution! → Find out here

Email this page          Bookmark this page          Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
About Alibaba.com - Help - Site Map - Partnerships - Customer Service

Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries - Archive
About Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Alibaba Manufacturer Directory - Suppliers, Manufacturers, Exporte...     http://www.alibaba.com/trade/search/3i1ptyfchms/US/Light.html?..



Home | Sign In | Join Now | 🖉 TradeManager | 💻 Inquiry Basket | Search all suppliers   🔍

# Alibaba.com®
Global trade starts here.™

For Buyers     For Sellers     Community     My Alibaba     Help

Home > Buy > Search: Light > **Matching Results**

Search | Light                    | Products        |   Search              · Advanced Search
                                                                       · Search Tips

Matching Results for   Aqualogics, INC. : 2 Products

Select      to   ✉ Contact Now   or   🛒 Add to Basket

### Aquarium Light
36" ODYSSEA T-5 Fixture
Fixture Includes:
* 39 watt true actinic blue T-5 fluorescent lamp
* On                                                Leave me a
                                                    message
See all Selling Products from Aqualogics, INC.

### Metal Halide Light
MHS 48" Fixture
Tatal watts: 760w
HQI Lamp (15. 000k) : 250w*2                         Leave me a
Power Compact Fluorescent Lamp (ac                   message
See all Selling Products from Aqualogics, INC.

Select      to   ✉ Contact Now   or   🛒 Add to Basket

Page 1 of 1   1

Help us improve your search experience!Give us your feedback!

        Email this page           Bookmark this page           Print this Page

Welcome, New Buyer
    How to Buy
    Join Now

Buying Tools
    Post to Buy
    TradeManager
    Trade Alert
    RSS Feeds

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
About Alibaba.com - Help - Site Map - Partnerships - Customer Service
Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries - Archive
About Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft
Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Aquarium Light (Aqualogics, INC., United States)                    http://www.alibaba.com/catalog/11970673/Aquarium_Light.html

Home | Sign In | Join Now | TradeManager | Inquiry Basket | Search all suppliers

**Alibaba**.com
Global trade starts here.™

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Sports & Entertainment > Pet & Products > **Aquarium Light**

**Free Member**

LISTED SINCE 2007

Products (2)

Selling Leads

About Us
　TrustPass Profile
　Contact Information
　Trade Show Interests

## Aqualogics, INC.

[Contact Now]    Leave me a message

### Aquarium Light



Aquarium Light

**Model No: T103**

**Detailed Product Description**

36" ODYSSEA T-6 Fixture

Fixture Includes:

* 39 watt true actinic blue T-6 fluorescent lamp

* On / off switch and built-in ballasts

* Highly-polished reflector



Aquarium Light

Page 46
Exhibit 6

1 of 3                                    9/17/2007 11:03 AM

## Contact Us

Aqualogics, INC. [View Company Details] [United States] 🔲

Address: 4647 Pine Timbers Suite 120, Houston, Texas, United States

✉ **Contact Now**    Leave me a message    📇 View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

**Related products from other suppliers**


Aquarium Light


Aquarium Lamp


MH Series Metal Halide Lamps


AL Series Reflector


AL Series Reflector


AL Series Reflector


AL Series Reflector


Dophin Submersible Spotlight


Dophin Aquarium Light


Big Boy Light Casing (Double Lamp)


Aim Bio-Lux


USB Mini Aquarium With Light

Didn't find what you're looking for?Post a buying lead.

Related Searches: Aquarium Light



**Trade Articles & Discussions in *Resources***    More

Celebrate Brazilian Independence Day
By taking our fun Quiz, and you could win a great prize!
➲ Click here!



China's industrial output up 17.5% in Aug
China's GPS vehicles exceeds 1 mln
China's money supply grows 18.09% in Aug
China's exports loses US$36 billion...

**Trade Problems?**
## One Solution! ➔ Find out here

Email this page    Bookmark this page    Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
About Alibaba.com - Help - Site Map - Partnerships - Customer Service
Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries - Archive

Page 47
Exhibit 6

2 of 3    9/17/2007 11:03 AM

Aquarium Light (Aqualogics, INC., United States)          http://www.alibaba.com/catalog/11970673/Aquarium_Light.html

About Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft

Product Listing Policy · Intellectual Property Policy and Infringement Claims · Privacy Policy - Terms of Use · Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Home | Sign In | Join Now | ⚏ TradeManager | ↳ Inquiry Basket | Search all suppliers    Q

 **Alibaba**.com®
Global trade starts here.'™

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Lights & Lighting > Lighting Bulbs & Tubes > Metal Halide Lamps > **Metal Halide Light**

## Free
## Member

LISTED SINCE 2007

☐ Products (2)
☐ Selling Leads
⊟ About Us
    TrustPass Profile
    Contact Information
    Trade Show Interests

## Aqualogics, INC.

✉ **Contact Now**    Leave me a message

### Metal Halide Light


⚘ Metal Halide Light

| Model No: | MHS 48 |
|---|---|

**Detailed Product Description**

MHS 48" Fixture

Tatal watts: 760w

HQI Lamp (15. 000k) : 250w*2

Power Compact Fluorescent Lamp (actinic) : 65w*4

Blue Moon*6

120v 60Hz (220v 50Hz also available)

1. High-grade reflector to give tank a large reflective angle.

2. Several cords can connected to a timer, timer control timing of lights.


Metal Halide Light

### Contact Us

Aqualogics, INC. [View Company Details] [United States] ☑

Address: 4647 Pine Timbers Suite 120, Houston, Texas, United States
✉ **Contact Now**    Leave me a message    🖳 View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

**Related products from other suppliers**



| Metal halide lamps | Metal Halide Light | Halide Light | Halide Light | Lighting | Lighting |
| Metal Halide Lamp | Metal Halide Light | Metal Halide Light | Metal Halide Light | Metal Halide Light | Metal Halide Light |

Didn't find what you're looking for? Post a buying lead.

Related Searches: Metal Halide Light



**Trade Articles & Discussions in *Resources***                                    More

Try our fun Indonesia Independence Day Quiz, and you could win a great prize!

⊙ Take it now!

China seeks to expand oil refineries
China to reconsider anti-dumping duty...
China's textile giant's gross profits soar...
China Enterprises Index down 0.29%

---

Email this page          Bookmark this page          Print this Page

---

Home · Gold Suppliers · Buy · Sell · Trade Shows · My Alibaba · China Export Services
About Alibaba.com · Help · Site Map · Partnerships · Customer Service

Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries · Archive
About Alibaba Group · Alibaba China · Alibaba Japan · Alipay · Taobao · Yahoo! China · Koubei.com · Alisoft

Product Listing Policy · Intellectual Property Policy and Infringement Claims · Privacy Policy · Terms of Use · Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

 **Alibaba.com**
Global trade starts here.™

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Light

Search  Light    Products  In All Categories    Search    · Advanced Search
· Search Tips

### United States Light : 3083 Products

Select  to  ☑ Contact Now  or  🛒 Add to Basket

**Related Searches in United States**
· led light
· outdoor light
· solar light
· garden light
· solar garden light
· emergency light

 

**Fountain Of Lights**
[United States]
We carry animated and non-animated
Fountain of Lights from 12' to

10 Matching Results from Holiday Lights &
Magic, Inc.

**Lazy Mans Spot Light**
[United States]
The Lazy Mans Spot light is a 110 volt, 5
Watt high power LED spo

3 Matching Results from Four Season's
Lighting Inc. (The Lazy Man's Light)

**Light from Other Countries/Regions**
· China
· Hong Kong
· Malaysia
· Taiwan
· United States



**Starburst DLX3 Series - Auxiliary Light**
[United States]
The STARBURST DLX3 series LED
auxiliary light is a small and powe

7 Matching Results from Emergency Services
Supply

**Red & Green Christmas Light Earrings**
[United States]
Silver plated, hand enameled Charm
Earrings. Can also be made as

2 Matching Results from Charming Wholesale
Jewelry

**Community**

Not a member? Join Now! to
win great quarterly Prizes!

**Current Discussions**
Post known scam letters here
Why Travel Insurance
Important?
Sugestion for unresponsive
members
How do you scan for
fraudsters on alibaba?
All Discussions

Post Topic
Ask Question

**Country Profiles**



**Semi Finished Raw Cashmere Light Grey**
[United States]
Semi finished raw cashmere
Color: light grey
Country of o

2 Matching Results from Astor International
Investment Holding, Inc.



**Light Blue Berry Wreath 10 d**
[United States]
LIGHT BLUE BERRY WREATH 10"D

2 Matching Results from Pizazz International
LLC



**Slim Edge Light Box 19 x24**
[United States]
Our edge light box is an excellent way to
display your logo, mess

12 Matching Results from Espy Display
Solutions Inc.

**Musical Christmas Lights**
[United States]
These Musical Christmas Lights will fill
your home with the joyfu

3 Matching Results from Wants & Wishes Gifts


United States

Tradexpo The Volume Goods
Trade Show Gifts & Crafts ,
Home Appliances ,
Text ...

**Compact Studio Light Kit**
[United States]
The Compact Studio Light Kit is specifically
designed for accurat

Sharpics Inc.



**Stick N Click-As Seen On TV-LED Lights**
[United States]
Stick n Click: Enjoy bright light
fast-whenever you need it! Qui

6 Matching Results from XM Works, INC.

Sep 07, 2007 - Sep 12, 2007
[Paris(France)]

CeBIT Also 2007 Computer
Hardware &
Software

**Canister Lighting**
[United States]
Furniture lighting fixtures,
T505 Series

5 Matching Results from Lighting Top Corp



**Stick Em 5 LED Puck Light**
[United States]
Battary powered LED lights add bright
accent lighting without the

13 Matching Results from Protostar
International



Oct 10, 2007 - Oct 13, 2007
[Shanghai(China)]

World of food China 2007
Food & Beverage

**Christmas Light Charms**
[United States]
Silver plated charms with translucent resin
color makes these Chr

2 Matching Results from CPPI



**Lightness**
[United States]
This little bag is made for the modern
woman who's traveling ligh

Giftpost

Sep 05, 2007 - Sep 07, 2007
[Shanghai(China)]

**Frosted Crystal Glass Butterfly**

United States Light



**Inciter 4 Head-Police Dash Light**
[United States]
Features:
INTERIOR USE ONLY!!!
Generation III LED tec

2 Matching Results from Whacker Technologies



**HID Lights T500 / T500r, K500 / K500r, K2000 / K2000r**
[United States]
We offer new high intensity discharge (HID) lights!
Compact

OpticsHQ



**Saudi Light Crude Oil**
[United States]
COMMODITY: Saudi Light Crude Oil
ORIGIN: Saudi Arabia
QUA

Investment Assets And Property Management, Inc.



**Solar Light Garden Decoration Dragonfly And Butterfly**
[United States]
Solar Light Garden Decoration Dragonfly and Butterfly
- Garde

3 Matching Results from Sepous



**Saudi Light Crude Oil**
[United States]
We represent a sellers mandate of SLCO.
Please contact me if

MoXa Energy, LLC



**Stainless Steel Bollard Outdoor Light**
[United States]
Colour: Stainless steel, copper,
Lamp: EL 9w compact floures

5 Matching Results from Salepro



**Aquarium Light**
[United States]
36" ODYSSEA T-6 Fixture
Fixture Includes:
* 39 watt true

2 Matching Results from Acualogics, INC.



Select   to   ✉ Contact Now   or   🛒 Add to Basket

Page 3 of 80   << Previous  1  2  3  4  5  6  7  8  9  10  Next>>          Go to Page _____ Go

| Related Links | | | |
|---|---|---|---|
| Light Importers | Light | China Light | Hong Kong Light |
| Malaysia Light | Taiwan Light | | |



**Subscribe to Trade Alert FREE!**          What's Trade Alert?
Send me the most recent product information on: Light     Go

Email this page          Bookmark this page          Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
About Alibaba.com - Help - Site Map - Partnerships - Customer Service

Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries - Archive
About Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

3 of 3

9/17/2007 10:57 AM

Backer's 39th Annual Pet Industry Christmas Trade Show Exhibits -...          http://pet.expoplanner.com/pldetail.wcs?cardnum=000037&filter=





HOME          ABOUT US          PET AGE          BACKER SHOWS          CON'

SEARCH H-H BACKER



Backer's
Christmas
2005
Trade Show

**AquaLogics Inc.**
**Booth 1802**

4647 Pine Timbers
Suite 120
Houston, TX 77041
United States
Phone: 713-690-4550
Fax: 713-690-4555
E-mail: info@aqlogics.com
Web: www.aqlogics.com



Backer's
Spring
2005
Trade Show

PetAge.com

**PET AGE**
**Retailer Report**
**Pet Store**
**Makeover Project**
**Archive**
**Contact Us**


**Spring Show**

**Christmas Show**

**Company profile:**

   Aquariums, Lighting, Filtrations, and Aquatic Accessories.

**Brands:**

   ODYSSEA

**Products:**
- AQUARIUM PRODUCTS > Aquariums
- AQUARIUM PRODUCTS > Aquariums > Acrylic
- AQUARIUM PRODUCTS > Aquariums > Glass
- AQUARIUM PRODUCTS > Aquariums > Plastic
- AQUARIUM PRODUCTS > Decorative Items > Decorative Backgrounds
- AQUARIUM PRODUCTS > Equipment > Cleaning brushes
- AQUARIUM PRODUCTS > Equipment > Cleaning scrappers
- AQUARIUM PRODUCTS > Equipment > Filters Biologic
- AQUARIUM PRODUCTS > Equipment > Filters Canister/Modular
- AQUARIUM PRODUCTS > Equipment > Filters power
- AQUARIUM PRODUCTS > Equipment > Filters Protein Skimmers
- AQUARIUM PRODUCTS > Equipment > Filters Wet/Dry
- AQUARIUM PRODUCTS > Equipment > Heating equipment
- AQUARIUM PRODUCTS > Equipment > Hoods
- AQUARIUM PRODUCTS > Equipment > Lighting
- AQUARIUM PRODUCTS > Equipment > Air pumps
- AQUARIUM PRODUCTS > Equipment > Air tubing
- AQUARIUM PRODUCTS > Equipment > Water pumps
- AQUARIUM PRODUCTS > Food > Freeze-dried

1 of 2                                                                                              9/6/2007 7:24 PM

Backer's 39th Annual Pet Industry Christmas Trade Show Exhibits -...        http://pet.expoplanner.com/pldetail.wcs?cardnum=000037&filter=

- AQUARIUM PRODUCTS > Pond > Heaters
- AQUARIUM PRODUCTS > Pond > Lights
- AQUARIUM PRODUCTS > Pond > Pumps

                                

Back to            Add this exhibitor to my        View my Personal
previous screen        Personal ExpoMap                ExpoMap

Search again by keyword or category or company name or display all
exhibitors, A to Z

Exhibits home

We cannot answer questions on pets from the general public. To receive detailed information
on your pet, please contact your local pet store, veterinarian or library.

H.H. Backer Associates Inc. | 200 S. Michigan Ave., Suite 840 | Chicago, IL 60604
Tel (312) 663-4040 | Fax (312) 663-5676 | E-mail hhbacker@hhbacker.com, petage@hhbacker.com
Copyright © 1998-2004 H.H. Backer Associates Inc.

Built by Cypress Systems Consulting, Inc. - If you experience problems with this site please e-mailwebmaster@cypress-inc.com

Page 54
Exhibit 6

Backer's 40th Annual Pet Industry Christmas Trade Show Exhibits -...    http://pet2006.expoplanner.com/pldetail.wcs?cardnum=000038&filter=



**HOME**            **ABOUT US**            **PET AGE**            **BACKER SHOWS**    **CONTAC**



CURRENT ISSUE
AUGUST 2007

PET AGE
Retailer Report

Pet Store
Makeover Project

Archive

Contact Us

Spring Show

Christmas Show

AquaLogics Inc.
Booth 1802

4647 Pine Timbers
Suite 120
Houston, TX 77041
Phone: 713-690-4550
Fax: 713-690-4555
E-mail: info@aqlogics.com
Web: www.aqlogics.com

Company profile:
   Aquariums, lighting & filtration accessories
Products:
   • AQUARIUM PRODUCTS > Aquariums
   • AQUARIUM PRODUCTS > Aquariums > Acrylic
   • AQUARIUM PRODUCTS > Aquariums > Glass
   • AQUARIUM PRODUCTS > Decorative Items
   • AQUARIUM PRODUCTS > Decorative Items > Decorative
Backgrounds
   • AQUARIUM PRODUCTS > Decorative Items > Plastic Plants
   • AQUARIUM PRODUCTS > Equipment
   • AQUARIUM PRODUCTS > Equipment > Cleaning scrappers
   • AQUARIUM PRODUCTS > Equipment > Cleaning sponges
   • AQUARIUM PRODUCTS > Equipment > Filters Biologic
   • AQUARIUM PRODUCTS > Equipment > Filters box/corner
   • AQUARIUM PRODUCTS > Equipment > Filters Canister/Modular
   • AQUARIUM PRODUCTS > Equipment > Filters power
   • AQUARIUM PRODUCTS > Equipment > Filters Protein Skimmers
   • AQUARIUM PRODUCTS > Equipment > Filters Undergravel
   • AQUARIUM PRODUCTS > Equipment > Heating equipment
   • AQUARIUM PRODUCTS > Equipment > Hoods
   • AQUARIUM PRODUCTS > Equipment > Lighting
   • AQUARIUM PRODUCTS > Equipment > Air pumps
   • AQUARIUM PRODUCTS > Equipment > Air tubing
   • AQUARIUM PRODUCTS > Equipment > Airstones
   • AQUARIUM PRODUCTS > Equipment > Water pumps
   • AQUARIUM PRODUCTS > Food







PetAge.com

Backer's 40th Annual Pet Industry Christmas Trade Show Exhibits -...     http://pct2006.expoplanner.com/pldetail.wcs?cardnum=000038&filter=

- AQUARIUM PRODUCTS > Food > Freeze-dried
- AQUARIUM PRODUCTS > Health & Care
- AQUARIUM PRODUCTS > Health & Care > Parasitic treatments & preventions
- AQUARIUM PRODUCTS > Pond
- AQUARIUM PRODUCTS > Pond > Pumps





Back to
previous screen

Add this exhibitor to my
Personal ExpoMap

View my Personal
ExpoMap

Search again by keyword or category or company name or display all
exhibitors, A to Z

Exhibits home

We cannot answer questions on pets from the general public. To receive detailed information
on your pet, please contact your local pet store, veterinarian or library.

H.H. Backer Associates Inc. | 200 S. Michigan Ave., Suite 840 | Chicago, IL 60604
Tel (312) 663-4040 | Fax (312) 663-5676 | E-mail hhbacker@hhbacker.com, petage@hhbacker.com
Copyright © 1998-2004 H.H. Backer Associates Inc.

Built by Cypress Systems Consulting, Inc. - If you experience problems with this site please e-mailwebmaster@cypress-inc.com

Hobbypet - Mayoreo de accesorios de acuarismo, peces de agua dulc...    http://www.hobbypet.com.mx/h_listado.asp?id=68158001&fam=imp..

[Regresar a ACUARISMO]

**PRODUCTOS IMPORTADOS>ACUARISMO>TUBOS AQUALOGICS.**

ODYSSEA T5 14W 12000K
503901

Precio: $193.27
ODYSSEA T5 21W 12000K
503903

Precio: $209.44
ODYSSEA T5 24W ACTINICA BLUE
503911

Precio: $290.4
ODYSSEA T5 28W ACTINICA BLUE
503906

Precio: $260.04
ODYSSEA T5 39W ACTINICA BLUE
503913

Precio: $322.3
ODYSSEA T5 54W ACTINICA BLUE
503915

Precio: $387.09
REP.COMPACT 18W 50/50
501903

Precio: $220.11
REP.COMPACT 24W 12000K
501904

Precio: $251.9
REP.COMPACT 24W ACTINICA
501905

Precio: $201.63
REP.COMPACT 36W 50/50
501909

Precio: $197.34
REP.COMPACT 55W ACTINICA
501911

Precio: $288.09
REP.COMPACT 65W 50/50
501915

Precio: $297.22
REP.COMPACT 96W 50/50
501918

Precio: $544.17

ODYSSEA T5 14W ACTINICA BLUE
503902

Precio: $193.49
ODYSSEA T5 21W ACTINICA BLUE
503904

Precio: $209.44
ODYSSEA T5 28W 12000K
503905

Precio: $258.06
ODYSSEA T5 39W 12000K
503912

Precio: $322.3
ODYSSEA T5 54W 12000K
503914

Precio: $387.09
REP.COMPACT 18W 12000K
501901

Precio: $220.11
REP.COMPACT 18W ACTINICA
501902

Precio: $220.11
REP.COMPACT 24W 50/50
501906

Precio: $201.63
REP.COMPACT 36W 12000K
501907

Precio: $223.85
REP.COMPACT 36W ACTINICA
501908

Precio: $223.85
REP.COMPACT 65W 12000K
501913

Precio: $304.04
REP.COMPACT 65W ACTINICA
501914

Precio: $304.04
REP.COMPACT 96W ACTINICA
501917

Precio: $544.17

[Regresar a ACUARISMO]

1 of 1

9/6/2007 7:27 PM

Aquariums & Supplies in City Of Port Lavaca, Tx - Map - Switchboa...    http://www.switchboard.com/swbd.main/dir/detail.htm?kw=Aquari...



# **Switchboard** Your Digital Directory

| Find a Business | Find a Person | Maps & Directions | Search by Phone | Area & Zip Codes | Web Sear |

| Business Name or Category | Location | Within | |
|---|---|---|---|
| Aquariums & Supplies | City of port lavaca, TX | | **Search** |

## Aqualogics

**(713) 690-4550**
4647 Pine Timbers St Houston, TX
77041

More Information
Driving Directions



Send to your phone

Print View

**What's Nearby ®**

Put an icon [ ● ] on the for nearby services.

⊞ Dining
⊞ Banks and ATMs
⊞ Recreation & Entertainment
⊞ Community
⊞ Shopping
⊞ Travel

Clear Map

### ▼ More Information

**Aqualogics**
(713) 690-4550 | 4647 Pine Timbers St Houston, TX 77041

| | |
|---|---|
| **Phone:** | (713) 690-4550 |
| **Business Categories:** | Aquariums & Supplies, Miscellaneous Retail Stores |

### ▶ Driving Directions

ads by ACXIOM
Some business data provided by InfoUSA, Inc. Copyright ® 2007

About Switchboard | Contact Us | Advertising | Tools and Tips | Privacy Policy | Help | Terms of Use

infospace    Our Story | Mobile Products | Online Products | Careers | Press Room | Investor Center

Aquariums & Supplies in City Of Port Lavaca, Tx - Map - Switchboa...     http://www.switchboard.com/swbd.main/dir/detail.htm?kw=Aquari...

InfoSpace Search Network: Dogpile | WebCrawler | MetaCrawler | Infospace | Switchboard

InfoSpace Search Resources: Search Engines | Yellow Pages | White Pages | Town Directories. | Business Categories

© 2007 InfoSpace, Inc. All Rights Reserved.

Page 59
Exhibit 6

9/6/2007 7:59 PM

Aqualogics- Pet supplies pet products pet supply Free Listing            http://www.petstorepetsupply.com/detail/328/aqualogics.html



Home | My Account | Power Search | Register | Member List    search...    the entire directory    SEARCH

New Listings | Top Listings | Top Rated | Editor Pick | Add A Listing | Update A Listing | Get RSS

**Wholesale Pet Supplies**
Quickly Find Pet Supply Wholesalers In Our Online Directory Now.
www.business.com

**Virginia Pet**
Find Pet With Virginia's Online Local Search.
www.local.com

**Pet Products & Supplies**
Locate pet services and products View and rate pet services here!
www.GalacticPet.com

**Wholesale Pet Supplies**
Quickly Find Pet Supply Wholesalers In Our Online Directory Now.
www.business.com

**Pet Stores**
Find a Local Pet Store. Free Yellow Pages Service
www.switchboard.com

**Pet Products & Supplies**
Locate pet services and products View and rate pet services here!
www.GalacticPet.com

**Pet Supplies Stores**
Save Time & Money. Order Your Pet's Meds & Supplies from
1-800-PetMeds.
www.1800PetMeds.com

**Pet Supplies**
Pet Supplies sites Save on Pet Supplies
PurchaseAce.com

**Aqualogics**

| | |
|---|---|
| Link ID | 328 |
| Title | Aqualogics |
| Url | http://www.petstorepetsupply.com/no_url.php |
| Description | 4647 Pine Timbers Street Houston, TX United States 77041 |
| | **Phone:** (713)690-4550 **Fax:** |
| Category | Aquariums & Supplies > Texas |
| Date | Mar 20, 2006 |
| Contact Name | Aqualogics |
| Email | |

✏ Write a Review    ⭐ Add to My Favorite    ✉ Refer it to Friend    ✗ Report Broken Link

**Average Visitor Rating:** ▭▭▭ 0.00 (out of 5)
Number of ratings: 0 Votes

**Visitor Rating**    Select Your Rating ▾    Rate It!

**Other links at Aquariums & Supplies > Texas**

1.  Aquarium Trading CO
    14456 Midway Road
    Dallas, TX United States
    75244

    **Phone:** (972)851-9997
    **Fax:**
    **Category:** Aquariums & Supplies > Texas

1 of 2                                                                        9/6/2007 7:07 PM

Aqualogics- Pet supplies pet products pet supply Free Listing                     http://www.petstorepetsupply.com/detail/328/aqualogics.html

2.  Aquarium Services Inc

   10719 Plano Road Suite 400
   Dallas, TX United States
   75238

   **Phone:** (214)553-8111
   **Fax:**
   **Category:** Aquariums & Supplies > Texas

3.  Austin Aqua-Dome

   1604 Fortview Road
   Austin, TX United States
   78704

   **Phone:** (512)442-1400
   **Fax:**
   **Category:** Aquariums & Supplies > Texas

4.  B & E Enterprises

   930 North Belt Line Road
   Irving, TX United States
   75061

   **Phone:** (972)399-0542
   **Fax:**
   **Category:** Aquariums & Supplies > Texas

5.  Village Tropical Fish Inc.

   3612 S Shepherd Dr
   Houston, TX United States
   77098

   **Phone:** (713)524-0173
   **Fax:**
   **Category:** Aquariums & Supplies > Texas

Home    New Listings    Hot Listings    Top Rated    Editor Pick    Add a Listing    Update a Listing    Get Rated
Copyright © 2006 Nicecoder.com. All Rights Reserved.

**Local Pet Store Directory and Pet Supply Free Resource Search Guide**

9/6/2007 7:07 PM

SuperPages.com: Yellow Pages

http://yellowpages.superpages.com/profile~C_aqualogics~STYPE_...

# super**pages**.com  we know around here

## My Superpages

TX

Sign In & Personalize >

Search for: aqualogics    In TX    Search

> Advanced Search
People Search >

Back to Listings  ➜ Business Profile

❶ Business Owners: Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

### Aqualogics
4647 Pine Timbers Street, Houston, TX 77041
map | driving directions

phone: (713) 690-4550

Be the first to Rate It

**Products & Services:**
.  Aquarium Supplies



View Larger Map    Report Incorrect Map

**Appears in the Category:**
Aquariums & Supplies Retail

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

**Advertise with Us | Add or Edit a Business**
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

ide**arc**

9/6/2007 7:02 PM



○ Category    Business Name

**InjuryHelpLine**
Click here for a FREE Consultation

| City Home Page | Yellow Pages | White Pages | Job Search | Travel | Classifieds | Shopping | Add or Update Your Listing | Change City |

## Houston TX Aquariums Public

◀ Previous Page   Page 183 of 3992   Next Page ▶

### Apprenticeship Training Programs

**Apprenticeship Tracking Software**
Frameup is a complete system for tracking a learner's entire framework. Tracks downn to the

Iron Workers Apprenticeship And Training Center
MAP 7621 Fauna St Houston TX 77061
713-644-3206

**Aprons Domestic & Fancy**

**Domestic Diva Apron**
Find domestic diva apron and Compare prices at Smarter.com.

**Jessie Steele Aprons 10%**

Tartan Textile Services
MAP 9400 Kirby Dr Houston TX 77054
800-999-5082

*Find what you need in the Online Yellow Pages*

*It pays to advertise in the Online Yellow Pages*

*Yellow Pages work 24 Hours a day.*

### Aquariums & Aquarium Supplies Dealers

**Aquariums - Sale Prices**
Fish Care from 24+ Shops. Buy Aquariums Fast.

**All Glass Aquarium**

Aquslogica
MAP 4647 Pine Timbers St Houston TX 77041
713-690-4550

Aquarium Design Group Llc
MAP 3461 Alabama St Houston TX 77027
713-822-6467

Aquarium Environments
MAP 2414 Tangley St Houston TX 77005
713-528-1063

Aquarium Environments
MAP 2414 Tangley St Houston TX 77005
713-528-1063

Aquarium World
MAP 13157 Northwest Frwy Hwy 290 At Ho Spring
713-329-9989

Aquascape Reef Systems
MAP 2403 Brazoria St Houston TX 77019
713-528-3474

World Of Tropics
MAP Houston TX 77001
713-783-8443
713-783-8443

### Aquariums & Aquarium Supplies Leasing & Maintenance & Repair

**Aquariums - Sale Prices**
Fish Care from 24+ Shops. Buy Aquariums Fast.

**All Glass Aquarium**

Aquarium Design Group Llc
MAP 3461 Alabama St Houston TX 77027
713-822-6467

Aquarium Design Group Llc
MAP 3461 Alabama St Houston TX 77027
713-822-6467

Aquarium Environments Inc
MAP 3614 Shephard Dr Houston TX 77098

Aquarium Systems
MAP Spring TX 77373
713-302-4793
713-302-4793

Aquarium Systems Leasing & Maintenance
MAP Houston TX 77001
713-302-4793
713-302-4793

Planetfish
MAP 9203 Stella Link Rd Houston TX 77025
713-839-7788

### Safari Inland
MAP 2614 Tifway Ln Houston TX 77043
713-465-1340

**Third Coast**
MAP Spring TX 77373
713-894-3899
713-894-3899

Third Coast Aquarium Maintenance
MAP 6245 Renwick Dr Houston TX 77081
713-661-9634

Third Coast Aquarium Maintenance
MAP 8700 Commerce Park Dr Houston TX 77036
713-894-3899

Village Tropical Fish
MAP 3612 Shephard Dr Houston TX 77098
713-524-0173

### Aquariums Public

**Public Aquarium at Amazon.com**
Buy books at Amazon.com. Low prices and easy shopping. Search the full text of books. Free Super

Moody Gardens
MAP Galveston TX 77550
800-582-4673
800-582-4673

*Yellow Pages work 24 Hours a day.*

*Yellow Pages work 24 Hours a day.*

*Yellow Pages work 24 Hours a day.*

**YellowPageCity.com is the Official Online Network of Local Yellow Pages**

ADVERTISE WITH US | ADD OR UPDATE YOUR LISTING | OUR PRODUCTS
About YellowPageCity.com | Contact Us | Feedback | Privacy Policy | Site Map | Cloak Email

© 2002 - 2007 Yellow Page City, Inc. All Rights Reserved. Business data provided by Amacai.
IAD501 - 9/6/2007 7:59:03 PM

**BBB OnLine RELIABILITY PROGRAM**
We are a proud member of the Better Business Bureau

SoUno Internet Directories - Yellow Pages, Internet Yellow Pages, ...     http://www.souno.com/category/aquarium/c/EL%20SAUZ/s/TX/bus..





Home - Update My Listing
News - Movies - Travel - Coupons - Maps

I'm Looking for: (name or category)    In or Near: (city, zip, landmark)

aquarium     EL SAUZ, TX     Search

Business Search    People Search    Web Search

Searching for: aquarium in or around EL SAUZ, TX    << < Page 1 of 15 > >>



**Free Aquarium Tickets**
Go To Your Local **Aquarium** For Free. Claim Your Free Vouchers Now. Aquarium.GetTixFree.com

**Get Your Local Aquarium Coupon**
Complete Our Surveys & Get 2 **Aquarium** Tickets Today. Act Now. aquarium.promotionreward.com

**Aquarium Screensaver 3D: Download $19.95 Aquarium** Screensaver 3D. Turn your computer screen into a breathtaking 3D tropical **Aquarium** with realistic sounds and real-time animation. Download now. Only $19.95. www.prosoft3d.com

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All

[1]  2  3  4  5  6  7  8  9  10  ...  Next    Order    10

Name, Address, City, State Zip    Distance

## Courtesy Listings

### Aquarium Enviroments
2414 Tangley St
Houston, TX 77005
**(713)528-1063**    3.7

### ADG Aquarium Design Group
3461 W Alabama St Ste 100
Houston, TX 77027
**(713)622-6467**    2.1

### Downtown Aquarium
410 Bagby St
Houston, TX 77002
**(713)223-3474**    4.1

### The Aquarium Downtown
410 Bagby St
Houston, TX 77002    4.1



It's a new day, It's a new office. Try Margin Galleries now at OFFICE2007.COM

Top:  1"       Bottom: 1"
Inside: 1.25"  Outside:1"

Office 2003 Default
Top:  1"       Bottom: 1"
Left: 1.25"    Right: 1.25"

Custom Margins...

Office

**WAL*MART**

Whatever they're into, we've got it at an unbeatable Wal-Mart price.

**Currentsea Wavemakers and Powerheads**
Wavemaker for 47.95 , Maxi Jet 900=$15.5( and 1200 =$16.99. currentsea.com

**Aquariums - Sale Prices**
Fish Care from 24+ Shops. Buy **Aquariums** Fast. www.Calibex.com

**Shop & Save on Favorite Brands & stores**
Discount shopping on brand names at 1000 of sites all at one site. custom-shopping-site.con

**Alibaba: for Aquarium Manufacturers**
Suppliers of **Aquarium** Manufacturers and other industrial imports. Alibaba.com



**(713)315-5000**

**South Texas Aquariums**

Houston, TX 77002

4.2

**(713)275-8395**

**Aquarium Restaurant - Houston**
410 Bagby
Houston, TX 77002

4.5

**(713)223-3474**

**Aquarium World**
13157 Northwest Fwy
Houston, TX 77040

6.7

**(713)329-9989**

**Aqualogics**
4647 Pine Timbers St
Houston, TX 77041

6.6

**(713)690-4550**

**Planetfish**
3817 Woodvalley Dr
Houston, TX 77025

6.3

**(713)838-7788**

**Fish Ranch**
6734 Larkwood Dr
Houston, TX 77074

6.3

**(713)782-1182**

**Third Coast Aquarium Maintenance**
8700 Commerce Park Dr Ste 124
Houston, TX 77036

7.3

**(713)661-8634**

**Inwood Aquarium**
8244 Antoine Dr
Houston, TX 77088

8.5

**(281)820-0329**

**Safari Inland**
2514 Triway Ln
Houston, TX 77043

7.5

**(713)465-1340**

**Aquariums - Cheap Prices**
We Have 9,200+ Fish Care Products. **Aquariums** on Sale. Read Reviews.
www.NexTag.com

**Free 3D Fish Screensaver**
Turn your desktop into a virtual fish **aquarium** with your free 3D marine **aquarium** screensaver. Beautiful colors, life-like animations.
www.screensaver.com

**Aquarium**
Quickly search merchant prices. 100,000 Stores. Deals. Reviews.
shopping.yahoo.com

SoUno Internet Directories - Yellow Pages, Internet Yellow Pages, ...    http://www.souno.com/category/aquarium/c/EL%20SAUZ/s/TX/bus...



### Petsmart - Store # 1107
2902 S Shepherd Dr
Houston, TX 77098

**(713)520-7917**                    2.6

---

### Petco
2110 S Shepherd Dr
Houston, TX 77019

**(713)521-1005**                    2.3

---

### Society FOR The Prevention Of Cruelty TO Animals
900 Portway Dr
Houston, TX 77024

**(713)869-7722**                    0.8

---

### John Andrews PET Salon
3306 Mercer St
Houston, TX 77027

**(713)963-9595**                    2.4

---

### Houston Spca Pet Parade Galleria
5175 Westheimer Rd
Houston, TX 77056

**(713)961-4657**                    2.5

---

### Petsmart Grooming
5415 West Loop S
Houston, TX 77081

**(713)661-5585**                    3.6

---

### America's Alliance Overhead Garage Doors
Houston, TX 77019

**(281)497-0920**                    2.2

---

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All
[1] 2 3 4 5 6 7 8 9 10 ... Next

Contact Us | About Us | FAQs | Privacy | Employment | Affiliate Program | Publisher Opportunities
Business Profiles | Advertise With Us | Site Map | Site Map by City | Site Map by State | Press Releases

© 2007 soUno, llc. All rights reserved.

     

3 of 3                                                    9/6/2007 8:01 PM

AllPages.com - Aquarium Supplies, Houston, Yellow Pages, Texas ...        http://tx.allpages.com/houston/shopping-shopping-services/pets/aqua...

⌂ **Set as Home Page** | ▣ **Bookmark/Favorite It!** | 🖗 **Link to AllPages.com**

**AllPages.com** 

Other Channels :: **Health**| **Reference** | **Weather**

September 06, 2007

Advertise on this site                                                                                Ads By Google

| **Aquarium Supplies** | **Aquarium Supplies** | **Aquarium Fish** |
|---|---|---|
| Discount Prices - Lowest prices! Lighting, skimmers, pumps & more | Excellent Selection & Great Prices Free Shipping on Orders over $175 | Find Aquarium Fish. View Thousands. Place Free Ads Too! |
| www.desertcoralaquatics.com | www.AquaCave.com | Pets.LiveDeal.com |

---

### All Categories

• **Houston, TX**
  • Agriculture (994)
  • **Business Services** (25,285)
  • **Community Services** (7,272)
  • Construction (8,154)
  • Education (5,371)
  • Finance (11,100)
  • Food & Dining (6,598)
  • Government (3,522)
  • Health & Medical (14,708)
  • Industry (8,382)
  • Manufacturing (2,809)
  • Motorized Vehicle (8,134)
  • Personal Services (17,041)
  • Professional (12,108)
  • Real Estate (6,005)
  • **Shopping & Shopping Services** (21,923)
    ○ **Pets** (358)
      • **Aquarium Supplies** (11)
      • Birds (9)
      • Dogs (3)
      • Fish (39)
      • Pet & Domestic Animal Services (194)
      • Pet Products & Services Franchises (6)
      • Pet Supplies (200)
      • Reptiles (6)

---

Ads by Google    Exotic Pets    Fish Supplies    Aquarium Store    Tropical Fish

[                    ] Google Search

Web ● Allpages.com

## Aquarium Supplies, Houston, Texas (TX)

Ads by Google

• **Aquarium Contest**
  Photos of Aquarium Contest screen saver, wallpapers & Movies
  www.Gocool.co.il

• **Aquarium**
  Find Aquarium Here. Visit our Aquarium Guide.
  All-Aquarium.info

• **Aquarium Supplies**
  Find Aquarium Supplies now See our Aquarium Supplies guide
  SavingsChaser.com

• **Aquarium Supplies**
  Looking for Aquarium Supplies? Find exactly what you want today.
  Yahoo.com

Advertise on this site

| **Advertisers** |
|---|
| **Top 10 Net Fish Sites** |
| Top 10 Organized Net Fish Web Sites. Find Net Fish. |
| ▨ NetFish.biz |
| **Top 10 Aquarium Sites** |
| Top 10 Organized Aquarium Web Sites. Find Aquarium. |
| ▨ ReefSystemsOnline.com |
| **Aquarium Architecture** |
| Salt Water Aquarium. Custom Design Installation & Maintenance. |

---

### Houston Popular Categories

• Attorneys (Lawyers) (9,894)
• Automoti (8,134)
• Book Dealers (1
• Business Services (25,285)
• Colleges Schools (5,371)
• Compute (752)
• Contracto & Builders (8,154)
• Dentists (1,781)
• Doctors (11,205)
• Electroni (1,065)
• Entertainm (327)
• Fitness (491)
• Florists (331)
• Food & Dining (6,5
• Insurance (3,641)
• Lodging Hotels (81
• Music (39
• Night Clu (575)

Page 67
Exhibit 6

AllPages.com - Aquarium Supplies, Houston, Yellow Pages, Texas ...    http://tx.allpages.com/houston/shopping-shopping-services/pets/aqua...

- Transportation (2,720)
- Travel & Tourism (1,466)
- Unknown (13)

| Rate It | business profile | phone |

**Aquariums**
Find aquariums info online. Visit our aquariums listings.
guidetoaquariums.com

**Aquarium Filters Guide**
Directory Of Aquarium Filters. Find Aquarium Filters Quickly.
AquariumFilters.PurityPlanet.com

**Aquarium Supplies**
Learn about Aquarium Supplies.
html | http://www.ToseekA.org

**Aquarium Pumps & Filters at SHOP.COM**
Buy Aquarium Pumps & Filters at SHOP.COM. The Convenience of OneCart!
html | SHOP.COM

- Office Supplies (762)
- Pets (358)
- Pizza (46)
- Real Esta (6,005)
- Restaura (6,598)
- Shopping Stores (7,879)

**Local listings: 11**



**Aqualogics**
4647 Pine Timbers Street
Houston, TX 77041-9323
Phone: (713) 690-4550
Business Types: Aquarium Supplies

**Aquarium Design Group Llc**
3461 West Alabama Street
Houston, TX 77027-6028
Phone: (713) 622-6467
Business Types: Aquarium Supplies, Aquariums Rental & Leasing, Tropical Fish Wholesale

**Aquarium Environments**
2414 Tangley Street
Houston, TX 77005-2514
Phone: (713) 528-1063
Business Types: Aquarium Supplies

**Benchmark Aquarium Systems Llc**
12999 Murphy Road
Houston, TX 77058
Phone: (281) 488-7333
Business Types: Aquarium Supplies

**Fish Land**
13155 Westheimer Road
Houston, TX 77077-5548
Phone: (281) 497-3474
Business Types: Aquarium Supplies, Pet Supplies, Tropical Fish Wholesale

**Fish Ranch**
6734 Larkwood Drive
Houston, TX 77074-3518
Phone: (713) 782-1182
Business Types: Aquarium Supplies, Aquariums Rental & Leasing, Aquariums Repair & Service, Pet Supplies, Tropical

Page 68
Exhibit 6

9/6/2007 7:56 PM

Nearby Cities: Abilene  Arlington  Austin
Corpus Christi  Dallas  El Paso  Fort Worth  Galveston
Laredo  New Orleans  Plano  San Antonio

Home
Yellow Pages
White Pages
Artists
Bands
Events
Sports
Crime
ZIP Codes
• Blog
• Video
Business
Jobs

Other Info

Attractions
Restaurants
Maps
Weather
Real Estate
Movies
• Cars
Dating
Classifieds
M-Photo
Apartments
Rental Homes
• Login

Top > Shopping > PETS & PET SUPPLIES RETAIL

**Business Search**
Choose a Category:
All Categories
Business/Keyword:

Submit

**Rate a Business**

These people have:
David H. (4)
Vivian B. (3)
Beth C. (2)
Gerardo T. (2)
Anthony E. (2)
Pilar C. (2)
Carol D. (2)
Marie L. (2)
Alex B. (1)
Ely S. (1)
...more



**Advertise Here**



**Advertise Here**



# PETS & PET SUPPLIES RETAIL
## Houston, Texas Yellow Pages.
### Houston Texas Shopping Directory

PetSmart. Helping you raise, healthy happy pets!
Call or click today for all your grooming, food and pet care needs.
www.PetSmart.com          phone

Frontline Plus Flea and Tick Control
Directory of discount Frontline Plus pet product providers.
http://plusfrontline.com

Links and Sites
Save money and time with us.
http://www.LinksandSites.com

Top 10 Pet Supply Sites
Top 10 Organized Pet Supply Web Sites. Find Pet Supply.
FoodForDogs.com

[ FIRST PAGE ]  [1]  2  3  4  5   [ LAST PAGE ]

A & C Tropical Fish                     **Send to Mobile**
(713) 941-4885                          Rate this Business
900 Edgebrook Dr                        **map it!**
Houston, TX 77034

A Dog's Dream Inn                       **Send to Mobile**
(713) 334-6000                          Rate this Business
2910 Fountain View Dr                   **map it!**
Houston, TX 77057

A Parrots Cove                          **Send to Mobile**
(281) 469-5455                          Rate this Business
10764 Fm 1960 Rd W                      **map it!**
Houston, TX 77070

Adame and Associates                    **Send to Mobile**
(713) 863-7100                          Rate this Business
811 Heights Blvd                        **map it!**
Houston, TX 77007

Adventures In Birds                     **Send to Mobile**
(713) 681-5299                          Rate this Business
7414 Westview Dr                        **map it!**
Houston, TX 77055                       WebSite Link

**Brand Name Pet Supplies**
Save up to 50% everyday. Free
Shipping on orders over $35.
www.PetCareRx.com
**San Antonio Pet Supplies**
Buy premium food, supplies and
equipment for your dogs, cats &
birds.
www.RobCary.com
**Pet Supply Cat on Sale**
Low Prices on Top Brands For
Your Dog or Cat. Free Shipping.
www.HealthyPets.com
**Order Pet Products Now**
Leading online pet pharmacy.
Best Price Guaranteed. 24 Hour
Service.
www.PetCareChoice.com
**Pet Supplies at Petsmart**
Exactly what great pet parents
need That's Smart - PetSmart.
www.PetSmart.com
**Who Has Better Value
than Pet Supplies?**
Free Shipping. 100% Price and
Satisfaction Guarantee. Great
Value.
www.canadavetdirect.com

**MarketPlace**

Career/Online Education
FREE Online Dating
Sports Nutrition
Vacation Rentals
Apartments
Rental Homes
Home Loans
Credit Cards
Lawyers
Credit Reports
Find Roommates
Debt Consolidation
Insurance Agents
Tickets
Equity Line
Lasik Eye Surgey
Bankruptcy Help
Moving Companies
Used Cars
New Cars
Birth-Death Records
Search More



Page 69
Exhibit 6

1 of 3                                                          07 7:54 PM

Houston Texas Yellow Pages. PETS & PET SUPPLIES RETAIL Lis... http://www.hellohouston.com/YP/c_PETSPETSUPPLIESRETAIL.Cfm



Advertise Here
JOBS
JOBS
JOBS

Advertise Here

Advertise Here

Small Busine
Free Micro-Webs
Start your free account now

A Random Small Business

AudibleThinking

AudibleThinking

MarketPlace

Drug Treatment
Health Insurance
Car Loans
Auto Insurance
Car Donation
Life Insurance
Refinance
Home Insurance
Cash Advances
Home Security
Investment Advice
DSL Providers
Debt Consolidation
Teeth Whitening
Wedding Direcory
Student Loans
Flowers - Florist
Savings Account
Online Education
Search More

New Houston Mobile
Site

HelloHouston.mobi
This version of our Houston
website fits on your cell
phone. Look up Yellow Pages
and White pages and more
from you cell phone. Just
use .mobi instead of .com
our all of our 600 city
websites.
Get a link to
HelloHouston.mobi
Enter you mobile number
and we'll send a link for the
mobile version of this site to
your phone.

Enter Your 10 Digit
Mobile Nubmer

[SEND]
e.g. 5552221111 - No
Dashes
Standard Text rates apply
by your carrier.

Yellow Pages by Zip
Code!
Instantly Build your
Yellow Pages using
only one Zip Code.

Akeml Inc by Body Cooler
(713) 541-6311
8700 Commerce Park Dr Ste 212
Houston, TX 77036

Send to Mobile
Rate this Business
map it!

Alamo Fence
(281) 821-4133
16221 Aldine Westfield Rd
Houston, TX 77032

Send to Mobile
Rate this Business
map it!

Anything Fishy
(713) 329-9989
13157 Northwest Fwy
Houston, TX 77040

Send to Mobile
Rate this Business
map it!

Aqualogics
(713) 690-4550
4647 Pine Timbers St
Houston, TX 77041

Send to Mobile
Rate this Business
map it!

Aquarium Design Group Llc
(713) 622-6467
3461 W Alabama St
Houston, TX 77027

Send to Mobile
Rate this Business
map it!
WebSite Link

Aquarium Environments
(713) 528-1063
2414 Tangley St
Houston, TX 77005

Send to Mobile
Rate this Business
map it!
WebSite Link

Aquarium World
(713) 329-9989
13157 Northwest Fwy
Houston, TX 77040

Send to Mobile
Rate this Business
map it!

Aquatic World
(281) 970-0169
8714 Jones Rd
Houston, TX 77065

Send to Mobile
Rate this Business
map it!

Auburn Kennels
(713) 465-6425
1549 Campbell Rd
Houston, TX 77055

Send to Mobile
Rate this Business
map it!

B B Tropical Fish & Pet
(281) 469-3756
9226 Fm 1960 Rd W
Houston, TX 77070

Send to Mobile
Rate this Business
map it!

Banfield the Pet Hospital
(281) 597-9696
12533 Westheimer Rd
Houston, TX 77077

Send to Mobile
Rate this Business
map it!
WebSite Link

Bellaire Blvd Animal Clinic
(713) 772-5574
6213 Bellaire Blvd
Houston, TX 77081

Send to Mobile
Rate this Business
map it!

Bellaire Boulevard Animal Clinic
(713) 772-5574
6213 Bellaire Blvd
Houston, TX 77081

Send to Mobile
Rate this Business
map it!

Benchmark Aquarium Systems Llc
(281) 488-7333
12999 Murphy Rd
Houston, TX 77058

Send to Mobile
Rate this Business
map it!
WebSite Link

Bishop's Feed & Seed
(713) 472-0587
2305 Preston St
Houston, TX 77003

Send to Mobile
Rate this Business
map it!

Bit of Heaven
(713) 690-7449
8726 Congo Ln
Houston, TX 77040

Send to Mobile
Rate this Business
map it!

Bones 2 Go
(713) 462-2663
7025 W Tidwell Rd
Houston, TX 77092

Send to Mobile
Rate this Business
map it!


Cash Advances
Payday Loans


VISA
Credit Cards
Quick and Easy


Stock
Investing


rentalhomesplus


Advertise Here

Advertise Here


AttorneyPages
Advertise Here


apartments.com
Advertise Here

2 of 3                                                                    9/6/2007 7:54 PM

Houston Texas Yellow Pages. PETS & PET SUPPLIES RETAIL Lis... http://www.hellohouston.com/YP/c_PETSPETSUPPLIESRETAIL.Cfm

**Yellow Pages by  Area Code!**
Instantly Build your
Yellow Pages using
only one **Area Code.**

Camp Bowwow
(713) 953-9663
5508 Star Ln
Houston, TX 77002

**Send to Mobile**
Rate this Business
map it!
WebSite Link

Canine Design by Randy
(713) 827-7297
12653 Memorial Dr Ste B
Houston, TX 77024

**Send to Mobile**
Rate this Business
map it!

Central Garden & Pet
(713) 939-8677
9550 W Wingfoot Rd Ste 100
Houston, TX 77041

**Send to Mobile**
Rate this Business
map it!

[ FIRST PAGE ]  [1]  2   3   4   6   [ LAST PAGE ]

*Local Toolbar*

**New !** With our HelloMetro toolbar you can access your city's information with just one click. One click away from your Yellow
Pages. **Includes a free pop-up blocker and Local Search  100% Free Download - More Info.**

*data by* **ACXIOM**

**Privacy Policy**

Metro Home • Yellow Pages Home
**Houston Health + Medicine •** Physicians • Hospitals • Dentists • Family doctors • Optometrists • Veterinary Hospitals
**Houston Cars and auto •** Car rental • Used car dealer • New car dealer • Auto repair • Auto body repair
**Houston Beauty and fitness •** Diet, weight loss • Spas • Massage • Gyms, health clubs
**Houston Real estate •** Movers • Mortgages • Apartments • Real estate agents
**Sports & Recreation •** Exercise & Gym Equipment • Public Golf Courses • Sports Clubs
**Houston Education •** Colleges, university • Elem. + Secondary • Day care • Business & vocational
**Personal Service •** Barber Shops • Beauty Salons • Dry Cleaners & Laundry • Self-Service Laundries
**Shopping •** Book Stores • Clothing • Department Stores • Florist Shops • Glasses & Contacts • Toy Stores
**Community & Religion •** Churches - Catholic • Mosques • Religious Organizations • Synagogues • Political Organizations
**Houston Legal + Financial •** Attorneys • Bankruptcy • Personal Injury lawyer • Criminal lawyer • Tax lawyer • Insurance
**Miscellaneous •** General contractors • Weddings • Business services • Antiques • Home & garden • Furniture

Advertise in Houston TX
Media Kit

© HelloMetro



**Your Total Pet Resource - Breeders to Groomers**

# PetFun411.com

## "Bringing Pets and Loved Ones Together"

About Pet Fun 411      Pet Updates      Advertise with Us      Contact Us

State: Alabama      Category: Animal Groomers      Search Vendors!

# Houston, Texas Fish And Aquariums

This Page Sponsored By:

| | | |
|---|---|---|
| Reserve Your Listing | *Fish Land* | **(281) 497-3474** Houston, Texas |
| Click to Add Your Own Page | *PETsMART* | **(281) 599-1125** Houston, Texas |
| Click to Add Your Own Page | *PETsMART* | **(713) 661-5585** Houston, Texas |
| Reserve Your Listing | *PETsMART* | **(713) 520-7917** Houston, Texas |
| Reserve Your Listing | *PETsMART* | **(713) 690-0575** Houston, Texas |
| Click to Add Your Own Page | *Red Sea Fish Pharmacy* | **(281) 447-0205** Houston, Texas |
| Click to Add Your Own Page | *PETsMART* | **(281) 496-6990** Houston, Texas |
| Click to Add Your Own Page | *PETsMART* | **(281) 436-1249** Houston, Texas |
| Click to Add Your Own Page | *PETsMART* | **(281) 821-4355** Houston, Texas |
| Click to Add Your Own Page | *Aquarium Environments Inc.* | **(713) 528-1063** Houston, Texas |
| Reserve Your Listing | *PETsMART* | **(713) 973-7667** Houston, Texas |
| Reserve Your Listing | *PETsMART* | **(281) 894-1393** Houston, Texas |

Houston, Texas Fish And Aquariums                    http://www.petfun411.com/Listings/Texas/Houston/Fish_And_Aqua..

| | | |
|---|---|---|
| Reserve Your Listing | *Benchmark Aquarium Systems Llc* | **(281) 488-7333**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Ocean Atlantis Aquarium Design* | **(281) 477-3305**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Safari Inland* | **(713) 465-1340**<br>**Houston, Texas** |
| Reserve Your Listing | *Aqualogics* | **(713) 690-4550**<br>**Houston, Texas** |
| Click to Add Your Own Page | *The Stand Shop* | **(281) 209-3587**<br>**Houston, Texas** |
| Reserve Your Listing | *Village Tropical Fish Inc.* | **(713) 524-0173**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Fish Ranch* | **(713) 782-1182**<br>**Houston, Texas** |

Houston aquarium,Houston aquariums,Houston aquaria,Houston tropical,Houston tropical fish,Houston fishkeeping,Houston tanks,Houston fishtanks,Houston aquatic, tips, help, freshwater, pictures, photos, catfish, cichlids, labyrinth, bichirs, barbs, loaches, sharks, livebearers, species, ornamental, fish, malawi, rift, valley, lake, africa, south, central, america, east, asia, equipment, products, setups, filtration, filters, heating, lighting, decor, substrate, water chemistry, maintenance, water changes, ph, hardness, carbonate, GH, KH, chlorine, chloramine, cycling, breeding, algae, plants, health and disea

| Directories | Alabama | Illinois | Montana | Rhode Island | | |
|---|---|---|---|---|---|---|
| | Alaska | Indiana | Nebraska | South Carolina | Animal Groomers | Bird Breeders |
| | Arizona | Iowa | Nevada | South Dakota | Cat Breeders | Dog Breeders |
| Dental 411 Network | Arkansas | Kansas | New Hampshire | Tennessee | | Fish And |
| Doctor 411 Network | California | Kentucky | New Jersey | Texas | Farm Animals | Aquariums |
| Fitness Fun 411 | Colorado | Louisiana | New Mexico | Utah | | |
| Home Guide 411 | Connecticut | Maine | New York | Vermont | Horse Breeders | |
| Parenting Fun 411 | Delaware | Maryland | North Carolina | Virginia | And Sales | Kennels |
| Party Fun 411 | District of | Massachusetts | North Dakota | Washington | Obedience | |
| Party Fun HQ | Columbia | | | | Training | Pet Supplies |
| Pet Fun 411 | Florida | Michigan | Ohio | West Virginia | Reptiles Snakes | Small Pet |
| USA Tickets 411 | Georgia | Minnesota | Oklahoma | Wisconsin | And Spiders | Breeders |
| Directory Headquarters | Hawaii | Mississippi | Oregon | Wyoming | Stables | Veterinarian |
| | Idaho | Missouri | Pennsylvania | | | |

Front Row King.com\ Boston Red Sox Tickets\ Super Bowl Tickets \ Fenway Park Tickets
\ Clubs \ World Series Tickets \ New York Mets Tickets\ New York Yankees Tickets

Page 73
Exhibit 6



## Your Total Pet Resource - Breeders to Groomers

# PetFun411.com

## "Bringing Pets and Loved Ones Together"

About Pet Fun 411        Pet Updates        Advertise with Us        Contact Us

State: | Alabama |    Category: | Animal Groomers |    Search Vendors!

# T e x a s   F i s h   A n d
A q u a r i u m s

## This Page Sponsored By:

| | | |
|---|---|---|
| Reserve Your Listing | *Fish Man* | **(512) 465-5372** **Austin, Texas** |
| Reserve Your Listing | *Amazonia Aquariums* | **(512) 451-0958** **Austin, Texas** |
| Click to Add Your Own Page | *Aquatic Pictures* | **(512) 750-3298** **Austin, Texas** |
| Click to Add Your Own Page | *JimanEs Tropical Fish* | **(361) 643-8182** **Portland, Texas** |
| Reserve Your Listing | *B & E Enterprises* | **(361) 729-9898** **Rockport, Texas** |
| Reserve Your Listing | *Aquarium Services, Inc* Reef Aquarium Experts. Oceanic Aquariums & Cabinet Sales. Learn The Fine points In Maintaining Y | **(214) 335-6628** **Dallas, Texas** |
| Reserve Your Listing | *PETsMART* | **(972) 239-3554** **Dallas, Texas** |
| Reserve Your Listing | *PETsMART* | **(972) 381-1588** **Dallas, Texas** |
| Reserve Your Listing | *PETsMART* | **(469) 232-2030** **Dallas, Texas** |
| Click to Add Your Own Page | *PETsMART* | **(972) 283-3600** **Dallas, Texas** |
| Reserve Your Listing | *Aquarium Environments* | **(214) 369-9086** **Dallas, Texas** |
| Click to Add Your Own Page | *Aquarium Environments* | **(214) 346-5959** **Dallas, Texas** |

| | | |
|---|---|---|
| Click to Add Your Own Page | *PETsMART* | **(713) 973-7667**<br>**Houston, Texas** |
| Click to Add Your Own Page | *PETsMART* | **(281) 894-1393**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Benchmark Aquarium Systems Llc* | **(281) 488-7333**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Ocean Atlantis Aquarium Design* | **(281) 477-3305**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Safari Inland* | **(713) 465-1340**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Aqualogics* | **(713) 690-4550**<br>**Houston, Texas** |
| Click to Add Your Own Page | *The Stand Shop* | **(281) 209-3587**<br>**Houston, Texas** |
| Reserve Your Listing | *Jungle Entertainment* | **(806) 385-4393**<br>**Littlefield, Texas** |
| Reserve Your Listing | *PETsMART* | **(210) 545-6875**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *PETsMART* | **(210) 523-7995**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Papa Jim's Tropical Fish* | **(210) 927-7991**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Aquarium Environments* | **(210) 208-9799**<br>**San Antonio, Texas** |
| Reserve Your Listing | *Pet Frontier* | **(210) 653-8880**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Texas Tropical & Marine* | **(210) 341-3474**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Fishy Business* | **(210) 637-0355**<br>**San Antonio, Texas** |
| Reserve Your Listing | *Aqua Trend Designs Inc* | **(210) 733-0462**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Ocean View Aquarium Products Inc* | **(817) 640-8209**<br>**Arlington, Texas** |
| Reserve Your Listing | *Dfw Aquarium Supply Inc* | **(817) 640-8209**<br>**Arlington, Texas** |
| Reserve Your Listing | *Petland* | **(956) 722-7707**<br>**Laredo, Texas** |
| Click to Add Your Own Page | *Armke's Rare Aquarium Fish* | **(830) 609-6955**<br>**New Braunfels, Texas** |
| Click to Add Your Own Page | *Village Tropical Fish Inc.* | **(713) 524-0173**<br>**Houston, Texas** |

Page 75
Exhibit 6

Aqualogics Inc - Houston, Texas (TX) | Company Profile                    http://www.manta.com/coms2/dnbcompany_hh9x9z

Home   About Us   Customer Service   FAQ   My Account   Reading Room   View Cart          Login: [▭▭▭▭▭▭] [▭▭▭▭▭▭] ⚙
                                                                                                      Not a member? Learn more.

                                                                                    ┌─────────────────────────┐
                                                                                    │ Enter Company Name      │ ⚙
                                                                                    └─────────────────────────┘

Companies: U.S., CanadaNew!, Worldwide, U.S. Public      Find Jobs: U.S.      Browse: Industries, Publishers, News

Company Profiles > Find Companies > Houston, TX > Consumer Products & Services > Shopping & Stores > Miscellaneous Retail Stores, NEC > Aquarium
supplies > Aqualogics Inc Company Profile

# Aqualogics Inc

4525 S Pinemont Dr # 104, Houston, TX 77041-9330, United States  (Map) (Add Company Info)
**Phone:**  (713) 690-4550
**SIC:** Miscellaneous Retail Stores, NEC
**Line of Business:** Wholesales Misc Merchandise

Ads by Google on Wholesales Misc Merchandise†

Aquarium Tank Buy Fish Aquariums. Compare Prices and Save.

Aquariums Looking for Aquariums? Find Tanks, Fish, and Supplies

Aquarium Helpers Maintenance, setup, testing... Within 25 mi of Manassas,VA

†The ads are not affiliated with Aqualogics Inc

**Detailed Aqualogics Inc Company Profile**
This company profile is for the private company Aqualogics Inc, located in Houston, TX. Aqualogics
Inc's line of business is wholesales misc merchandise.

**Company Profile: Aqualogics Inc**

**Year Started:** 2003
**State of Incorporation:** TX
**URL:** N/A
**Location Type:** Single Location
**Stock Symbol:** N/A
**Stock Exchange:** N/A
**Also Does Business As:** N/A
**NAICS:** N/A
**SIC #Code:** 🔍 View Details
**Est. Annual Sales:** 🔍 View Details
**Est. Employees:** 1
**Est. Employees at Location:** 1
**Contact Name:** Ken Li
**Contact Title:** President

*Data above provided by D&B.*

**Aquarium Tank**
Buy Fish Aquariums. Compare Prices and Save.
PriceGrabber.com/Aquariums

**Aquarium Helpers**
Maintenance, setup, testing... Within 25 mi of
Manassas,VA
aquariumhelpers.googlepages.com

**Additional Information on Aqualogics Inc**

**Have some information to add about Aqualogics Inc?**
Manta allows *you* to make additions and corrections to the information available for the *Aqualogics
Inc* company profile. »Learn More

  Add Company Information

**Set Company Alert**
Stay in the know. Sign up to receive email alert notification when new information about Aqualogics
Inc is available.

  Set Company Alert

☞ Edit Company Profile
⌨ Set Company Alert

**Find** reports and articles on
Aqualogics Inc

**Find other** Aqualogics Inc
companies

More Companies in:
   This Industry
   Houston, TX

**Find** Jobs in Houston, TX

75% off Color Business Cards
& More...



**HelloAtlanta.com**

Atlanta City Guide

Local Art

Music, History

Yellow Page

White Pages

Blogs

Restaurants

Classifieds

Events

Attractions

Jobs

and more.

www.HelloAtlanta.com
Ads by Google

**Looking for reports & articles on Aqualogics Inc?**
Manta also provides financial reports, credit reports, news articles, and market research reports on

# ODYSSEA PROTEIN SKIMMER

## HOW TO LITERALLY BECOME AN EXPERT REGARDING odyssea protein skimmer IN NO TIME!

**Protein Skimmers**
ASM, Octopus & Aqua-Medic Free Shipping - Great Prices
www.aquamartonline.com

**60% Off Protein Skimmers**
Out-Performs all Protein Skimmers Free Ship 180 Day Money Back Policy
www.EcoAqualizer.com

**Sea Clone Skimmer On Sale**
Aquarium Systems Sea Clone 100 and Sea Clone 150 Hang-on Skimmers
www.marineandreef.com

**Free 40 Gallon Aquarium**
Includes Bulb, Net, Plants, Food, Water Conditioner. Act Now!
Home-garden-rewardempire.com

**Protein Skimmer**
EuroReef - AETech - AquaC - Octopus Free Shipping on Orders over $175
www.AquaCave.com

**Seaclone Protein Skimmer**
Find Seaclone Protein Skimmer now See our Skimmer guide
Skimmer.APennySavedOnline.com

**Protein Skimmers**
Free shipping! orders over $169.00 Tunze, ASM, CPR BakPak, Prizm...
www.fishsupply.com

**Aqua-Mart, Inc.**
Low prices ! Fast shipping. Skip the rest and buy from us.
www.aqua-mart.com

## odyssea protein skimmer News

[CaRP] Can't open cache file.

[CaRP] Unable to create/open RSS cache file.

How to Literally Become An Expert Regarding odyssea protein skimmer In No Time!
[CaRP] Can't open cache file.

[CaRP] Unable to create/open RSS cache file.
All About protein evaluation system in ruminants and More!
... **How to Literally Become An Expert Regarding protein** evaluation system in ruminants **In No Time!**Could ... Aquar **Protein Skimmer** W Pump NEW .50 ... 2 5d 18h 56m Jebo **Odyssea** Blue ...
Could not run query " SELECT `text` FROM `Sessions` WHERE `ip` = '68.142.250.176
... .How to Literally Become An Expert Regarding steriod like supplements **In No Time!**Could not ... supplements | zaxby's nutrition | **odyssea protein skimmer** | bipolar and nutrition ...

[CaRP] Can't open cache file.

[CaRP] Unable to create/open RSS cache file.
Buy Odyssea ProPack Protein Skimmer at Aqualogics
#705001 - The **Odyssea** ProPack is an external, hang on the back **protein skimmer** and biological filtration unit. ... **Skimmer**. Ultraviolet Sterilizer. Water Pump. Home >> **Protein Skimmer** >> Odyssea ProPack **Protein Skimmer**. Odyssea ProPack **Protein Skimmer**. #705001 - The **Odyssea** ...
Buy Odyssea ProPack 2x Protein Skimmer at Aqualogics
#705002 - The **Odyssea** ProPack 2x is an external, hang on the back filtration unit for aquariums up to 100G that includes two **protein skimmer** and biological filtration.

**Protein Skimmers**
Free shipping! orders over $169.00
Tunze, ASM, CPR BakPak, Prizm...
www.fishsupply.com

**Aqua-Mart, Inc.**
Low prices ! Fast shipping. Skip the rest and buy from us.
www.aqua-mart.com

**Sunlight Supply Lighting**
Premier wholesale manufacturer of MH & T5 HO reef lighting
www.sunlightsupply.com

**Buy Protein Skimmer Sale**
Fish Food, Pumps, Aquariums &

Home Page of odyssea protein skimmer                        http://www.naturalsportsnutritionsite.com/health/odyssea-protein-s..



**— FREE REPORT —**

**The Ten Deadly Health
Myths of the 21st Century**

.: Please Fill Out the Form Below :.

First Name [                    ]

E-mail Address [                    ]

**Give Me My Free Report**

Your information will never be given out

eBay Store - the aquarium store: **Protein** Skimmers, Books, Filter...
  Jebo 180 HO Aquar **Protein Skimmer** W Pump NEW .50 ... 2 5d 18h 56m     Jebo **Odyssea** Blue Moon LED 20" Strip
15 Moon Lites NEW .95...

Aquarium Supply - **Odyssea** + Aquarium + Lighting
...seaclone **protein skimmer**, jebo compact aquarium lighting, and ... .com are seaclone.....**Skimmer. Protein
Skimmer. 4 products found. Odyssea...**

eBay - Fish, Fish, Filtration Heating, Other, Aquariums Bowls items...
**ODYSSEA PROTEIN SKIMMER** W/ PUMP NEW SALTWATER     .99 .99 - May-27 00:28

Aquatraders
Reg. Price 9.90. Website Special .90. Click To Enlarge. **ODYSSEA** Pro Pack **Protein Skimmer** Single. Reg. Price .90.
Website Special...

bipolar and nutrition | high-fiber health supplements | diet and nutrition in belize central america | low protein dog food uk | sports medicine in
new hampshire | nutrition assessment free forms | sports medicine physical therapy information | steriod like supplements