# Network**Solutions**.

Login                          Customer Service                Your cart is empty
                               Call us toll free

## WHOIS Search Results



Available **aqlogics** extensions:

| .us | .mobi | .de | .tv | .co.uk | .eu | .bz |
|-----|-------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

### Your WHOIS Search Results

IMAGE NOT
AVAILABLE

**aqlogics.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70%**
when you TRANSFER
your domains to
Network Solutions — your
trusted domain name provider!
Go »

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr

Learn the do's and don'ts of
search engine optimization.
Download our Guide to Getting
Found Online now.

**Learn the Secrets
of Search Engine
Optimization**
Attend our
SEO Seminar
Learn More »

Search Engines
TOP SECRET

The data contained in GoDaddy.com, Inc.'s Whols database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

When you register a domain name, current policies require that the contact information for
your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use

Registrant:
  Domains by Proxy, Inc.
  DomainsByProxy.com
  15111 N. Hayden Rd., Ste 160, PMB 353
  Scottsdale, Arizona 85260
  United States

  Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
  Domain Name: AQLOGICS.COM
    Created on: 15-Dec-03
    Expires on: 15-Dec-08
    Last Updated on: 08-Oct-07

  Administrative Contact:
    Private, Registration  AQLOGICS.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599

  Technical Contact:
    Private, Registration  AQLOGICS.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599

  Domain servers in listed order:
    NS01.DOMAINCONTROL.COM
    NS02.DOMAINCONTROL.COM

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

  Show underlying registry data for this record



think local.com

Help your customers find
you. Take advantage of a
free ThinkLocal listing today!

Join Now!

It's smart to
ThinkLocal™

Current Registrar: GODADDY.COM, INC.
**IP Address:**      204.118.3.164 (ARIN & RIPE IP search)
**IP Location:**     US(UNITED STATES)-TEXAS-VICTORIA
**Record Type:**     Domain Name
**Server Type:**     IIS 6
**Lock Status:**     clientDeleteProhibited
**Web Site Status:** Parked
**DMOZ**             no listings

Search ≫

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.com

**Search by:**

| | | |
|---|---|---|
| **Y! Directory:** | see listings | ◉ **Domain Name** |
| **Web Site Title:** | Aqualogics, Inc. - Welcome | ◯ **NIC Handle** |
| **Secure:** | No | ◯ **IP Address** |
| **E-commerce:** | No | |
| **Traffic Ranking:** | Not available | Search ≫ |
| **Data as of:** | 29-Nov-2005 | |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go ≫



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee

Go ≫

  

"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=aqlogics.com                    10/9/2007

**EXHIBIT 8**

Aqualogics, Inc. - Welcome                                                   Page 1 of 1



| AQUALOGICS | Company Info | FAQ | Shipping | Contact Us |

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

**Featured Item**



**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead



Aquarium redefined
Jebo R760

powered by 

**Professional Web Site Design** provided by **Page Concepts**
Copyright    1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20040819081647/http://www.aqlogics.com/                10/9/2007

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |



**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

**COMPANY INFO**

Aqualogics, headquartered in Houston, Texas, is an importer and exporter of aquariums and a full line of aquatic accessories. The company's business is exclusively wholesale of aquatic supplies to independent pet retailers across the country. Our goal is to help small to medium sized retailers reduce costs in purchasing for resale and for everyday business use.

Aqualogics is able to offer lower prices and better values by eliminating virtually all the frills, and cost historically associated with conventional wholesalers and distributors, including fancy buildings, door to door salespeople, billing, and accounts receivables. We run a tight operation with extremely low overhead which enables us to pass on dramatic savings to our customers.

Another service Aqualogics offers is the importing of OEM products for "Less Than Container Load" or LCL. This service allows independent retailers to purchase OEM or private labeling products without being cash-strapped to an entire container load, giving them financial freedom and a competitive edge on their competition. Our company works with a wide network of manufacturers in the Pacific Rim countries that have the capabilities to produce virtually all products associated with the aquatic industry. Just give us the specification and we will take care of the rest.

For further comments or inquires, please contact us at info@aqlogics.com.



powered by SAGE CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20050216190322/www.aqlogics.com/companyinfo.asp                    10/9/2007

Aqualogics, Inc. - Contact Us

Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**CONTACT US**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

**Aqualogics**
4647 Pine Timbers Ste. 120
Houston, TX 77041
**Phone:** 713-690-4550
**Fax:** 713-690-4555

First Name: _____ (required)

Last Name: _____ (required)

Company Name: (required)

Address: _____ (required)

Address 2: _____

City: _____ (required)

State: [Please Select] (required)

Zip: _____ (required)

Phone Number: _____

Fax Number:

Email: _____ (required)

Confirm Email: _____ (required)

Contact Method: Email

Store Type: Online

Products Available for Sale:
☐ Freshwater  ☐ Reptiles
☐ Marine  ☐ Birds
☐ Cats  ☐ Garden
☐ Dogs  ☐ Other

Comments:

[ Submit ]  [ Reset ]

powered by CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright  1996 **Page Concepts**.  All rights reserved.

Page 84
Exhibit 8

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Page 1 of 2**                                         1  2  **Next**

**Home >> Accessories**

Sort by: | Click to Sort

## Accessories                              **18 products found**

Odyssea Hydrometer
$0.00
In-Stock

Odyssea 3-In-1 Scraper
$0.00
In-Stock

photo
unavailable

Odyssea Magnet Cleaner
S
$0.00
In-Stock

photo
unavailable

Odyssea Magnet Cleaner
M
$0.00
In-Stock

photo
unavailable

Odyssea Magnet Cleaner
L
$0.00
In-Stock



Odyssea Premium
Activated Carbon
$0.00
In-Stock

Odyssea Bio Glass Media
$0.00
In-Stock



Fish Net 4"
$0.00
In-Stock

Fish Net 6"
$0.00
In-Stock

### Products
Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

**Page 1 of 2**                                          1  2  **Next**

powered by  PAGE CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

Page 85
Exhibit 8



http://web.archive.org/web/20060422070208/www.aqlogics.com/display.asp?DepartmentI...    9/11/2007

Buy Aquarium and Stand at Aqualogics                                                                    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Page 2 of 2**                                              Previous 1  2

Home >> Aquarium and Stand

Sort by: | Click to Sort

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

## Aquarium and Stand                          **12 products found**

| Blue Ocean 50 | Blue Ocean 100 | Blue Ocean 160 |

Blue Ocean 50            Blue Ocean 100           Blue Ocean 160
$0.00                    $0.00                    $0.00
In-Stock                 In-Stock                 In-Stock

**Page 2 of 2**                                              Previous 1  2

powered by PAGE CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20060514214200/www.aqlogics.com/display.asp?DepartmentID=418&page=2    10/9/2007

| AQUALOGICS | Company Info | FAQ | Shipping | Contact Us |

---

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

**Featured Item**



**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead

**Home >> Chiller**

**Chiller**

[x] Jebo 1/4 Chiller

Jebo 1/4 Chiller
$0.00
Out-of-Stock

**1 product found**

powered by PAGE CONCEPTS

**Professional Web Site Design** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

Page 88
Exhibit 8

Buy Filtration at Aqualogics                                                                                    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Home >> Filtration**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
--Canister
--Internal
--Power Hang-On
--Wet Dry System

Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

**Filtration**                                                                              **View All**

### Canister

---

### Internal

---

### Power Hang-On

---

### Wet Dry System

---

powered by 

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20060514213751/www.aqlogics.com/display.asp?DepartmentID=409          10/9/2007

Buy Canister at Aqualogics ●                                         ● Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Home >> Filtration >> Canister**

## Canister                                                      **3 products found**

☒ Odyssea CFS1            ☒ Odyssea CFS2            ☒ Odyssea CFS Replacement Media

Odyssea CFS1              Odyssea CFS2              Odyssea CFS Replacement Media
$0.00                     $0.00
In-Stock                  In-Stock                          $0.00
                                                            In-Stock

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

powered by  CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20050513193622/www.aqlogics.com/display.asp?subDepartmentID=1084        10/9/2007

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |



Home >> Filtration >> Internal

## Internal

**9 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

☒ Jebo 101 Internal

Jebo 101 Internal Filter
$0.00
In-Stock



Lifetech AP120 Internal Sponge Filter
$0.00
Out-of-Stock



Lifetech AP150 Internal Sponge Filter
$0.00
In-Stock

☒ Lifetech AP220 Internal Sponge

Lifetech AP220 Internal Sponge Filter
$0.00
In-Stock

☒ Jebo AP1700 Internal Sponge

Jebo AP1700 Internal Sponge Filter
$0.00
In-Stock



Lifetech AP1500F Internal Sponge Filter
$0.00
In-Stock

☒ Sonic 3000M Internal Sponge

Sonic 3000M Internal Sponge Filter
$0.00
In-Stock

☒ Jebo AP480FC Internal Filtration

Jebo AP480FC Internal Filtration System
$0.00
In-Stock

☒ Jebo 101 Replacement

Jebo 101 Replacement Media
$0.00
In-Stock

powered by **PAGE CONCEPTS**

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright  1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20050514062702/www.aqlogics.com/display.asp?subDepartmentID=1085    10/9/2007

Buy Power Hang-On at Aqualogics ●                                                    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

Home >> Filtration >> Power Hang-On

## Power Hang-On                                    **4 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| Jebo 508 Power Filter | Jebo 502 Power Filter | Jebo 502 Replacement Media |

Jebo 508 Power Filter       Jebo 502 Power Filter        Jebo 502 Replacement Media
                            $0.00                       $0.00
**In-Stock**                 **In-Stock**                 **In-Stock**

| Jebo 508 Replacement Media |

Jebo 508 Replacement Media
$0.00
**In-Stock**

powered by **PAGE CONCEPTS**

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20050513193701/www.aqlogics.com/display.asp?subDepartmentID=1083          10/9/2007

Buy Heater at Aqualogics                                                    Page 1 of 1



| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Home >> Heater**

Sort by: Click to Sort

### Products

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

### Heater

**5 products found**

Jebo Quartz Heater 50W
$0.00
In-Stock

Jebo Quartz Heater 100W
$0.00
In-Stock

Jebo Quartz Heater 200W
$0.00
In-Stock

Jebo Quartz Heater 300W
$0.00
In-Stock

Odyssea Stainless Steel Heater 500W
$0.00
Out-of-Stock

powered by CONCEPTS

Search Engine Friendly Shopping Cart Software provided by Page Concepts
Copyright   1996 Page Concepts.  All rights reserved.

http://web.archive.org/web/20060811191800/www.aqlogics.com/display.asp?DepartmentI...    9/11/2007

Buy Lighting at Aqualogics

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

[×]

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
  --Compact
Fluorescent Bulbs
  --Compact
Fluorescent Light
  --Metal Halide Bulbs
  --Metal Halide Light
  --T5 Fluorescent
Bulbs
  --T5 Fluorescent Light
  --Underwater Light

Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

**Home >> Lighting**

**Lighting**                               **View All**

### Compact Fluorescent Bulbs

---

### Compact Fluorescent Light

---

### Metal Halide Bulbs

---

### Metal Halide Light

---

### T5 Fluorescent Bulbs

---

### T5 Fluorescent Light

---

### Underwater Light

---

powered by  PAGE CONCEPTS

Search Engine Friendly Shopping Cart Software provided by Page Concepts
Copyright   1996 Page Concepts.   All rights reserved.

http://web.archive.org/web/20060514213734/www.aqlogics.com/display.asp?DepartmentID=407      10/9/2007

Buy Compact Fluorescent Bulbs at ⬤ualogics                                    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

Home >> Lighting >> Compact Fluorescent Bulbs

**Compact Fluorescent Bulbs**                                    **6 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| [x] Odyssea Compact Fluorescent 18W Bulb | [x] Odyssea Compact Fluorescent 24W Bulb | [x] Odyssea Compact Fluorescent 36W Bulb |

Odyssea Compact Fluorescent 18W Bulb
$0.00
In-Stock

Odyssea Compact Fluorescent 24W Bulb
$0.00
In-Stock

Odyssea Compact Fluorescent 36W Bulb
$0.00
In-Stock

| [x] Odyssea Compact Fluorescent 55W Bulb | [x] Odyssea Compact Fluorescent 65W Bulb | [x] Odyssea Compact Fluorescent 96W Bulb |

Odyssea Compact Fluorescent 55W Bulb
$0.00
In-Stock

Odyssea Compact Fluorescent 65W Bulb
$0.00
In-Stock

Odyssea Compact Fluorescent 96W Bulb
$0.00
In-Stock

powered by PAGE CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20050514171420/www.aqlogics.com/display.asp?subDepartmentID=1693          10/9/2007

Buy Compact Fluorescent Light at Aqualogics                                    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Page 1 of 2**                                                              1 2 Next

Home >> Lighting >> Compact Fluorescent Light

**Compact Fluorescent Light**                                    **10 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| Odyssea Compact Fluorescent Uni-Strip 11 | Odyssea Compact Fluorescent Uni-Strip 24 | Odyssea Compact Fluorescent Uni-Strip 36 |
|---|---|---|
| Odyssea Compact Fluorescent Uni-Strip 11" 18W $0.00 In-Stock | Odyssea Compact Fluorescent Uni-Strip 24" 65W $0.00 In-Stock | Odyssea Compact Fluorescent Uni-Strip 36" 96W $0.00 Out-of-Stock |
| Odyssea Compact Fluorescent Uni-Strip 48 | Odyssea Compact Fluorescent Dual Strip 24 | Odyssea Compact Fluorescent Dual Strip 36 |
| Odyssea Compact Fluorescent Uni-Strip 48" 130W $0.00 In-Stock | Odyssea Compact Fluorescent Dual Strip 24" 130W $0.00 In-Stock | Odyssea Compact Fluorescent Dual Strip 36" 192W $0.00 Out-of-Stock |
| Odyssea Compact Fluorescent Dual Strip 48 | Jebo Compact Fluorescent Dual Strip 24" | Jebo Compact Fluorescent Dual Strip 36" |
| Odyssea Compact Fluorescent Dual Strip 48" 260W $0.00 In-Stock | Jebo Compact Fluorescent Dual Strip 24" 110W $0.00 Out-of-Stock | Jebo Compact Fluorescent Dual Strip 36" 110W $0.00 Out-of-Stock |

**Page 1 of 2**                                                              1 2 Next

powered by CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20050514062703/www.aqlogics.com/display.asp?subDepartmentID=1692         10/9/2007

Buy Metal Halide Bulbs at Aqualog                                                                        Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

Home >> Lighting >> Metal Halide Bulbs

## Metal Halide Bulbs                                              **2 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

☒ Odyssea Metal Halide 150W HQI Bulb          ☒ Odyssea Metal Halide 175W HQI Bulb

Odyssea Metal Halide 150W HQI          Odyssea Metal Halide 175W HQI
Bulb                                                        Bulb
$0.00                                                       $0.00
In-Stock                                                   Out-of-Stock

powered by  CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright    1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20050515101403/www.aqlogics.com/display.asp?subDepartmentID=1697          10/9/2007

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Home >> Lighting >> Metal Halide Light**

## Metal Halide Light                                    **2 products found**

[×] **Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

[×] Odyssea Metal Halide 24          [×] Odyssea Metal Halide 48

<u>Odyssea Metal Halide 24"</u>     <u>Odyssea Metal Halide 48"</u>
<u>211W</u>                          <u>384W</u>
$0.00                               $0.00
Out-of-Stock                        Out-of-Stock

powered by 

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright    1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20050515012501/www.aqlogics.com/display.asp?subDepartmentID=1696          10/9/2007

Buy T5 Fluorescent Bulbs at Aqualogics                                    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

Home >> Lighting >> T5 Fluorescent Bulbs

**T5 Fluorescent Bulbs**                                     **6 products found**

Products

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| Odyssea T5 Fluorescent High Output 24W Bulb | Odyssea T5 Fluorescent High Output 39W Bulb | Odyssea T5 Fluorescent High Output 54W Bulb |

Odyssea T5 Fluorescent High Output 24W Bulb
$0.00
In-Stock

Odyssea T5 Fluorescent High Output 39W Bulb
$0.00
In-Stock

Odyssea T5 Fluorescent High Output 54W Bulb
$0.00
In-Stock

| Odyssea T5 Fluorescent 14W Bulb | Odyssea T5 Fluorescent 21W Bulb | Odyssea T5 Fluorescent 28W Bulb |

Odyssea T5 Fluorescent 14W Bulb
$0.00
In-Stock

Odyssea T5 Fluorescent 21W Bulb
$0.00
In-Stock

Odyssea T5 Fluorescent 28W Bulb
$0.00
In-Stock

powered by CONCEPTS

Search Engine Friendly Shopping Cart Software provided by Page Concepts
Copyright    1996 Page Concepts.   All rights reserved.

http://web.archive.org/web/20050515012457/www.aqlogics.com/display.asp?subDepartmentID=1695          10/9/2007

Buy T5 Fluorescent Light at Aqualogics                                    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

Home >> Lighting >> T5 Fluorescent Light

### T5 Fluorescent Light                                    6 products found

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| Odyssea T5 Fluorescent High Output | Odyssea T5 Fluorescent High Output | Odyssea T5 Fluorescent High Output |

Odyssea T5 Fluorescent High Output 24" 48W
$0.00
In-Stock

Odyssea T5 Fluorescent High Output 36" 78W
$0.00
In-Stock

Odyssea T5 Fluorescent High Output 48" 108W
$0.00
In-Stock

| Odyssea T5 Fluorescent | Odyssea T5 Fluorescent 36 | Odyssea T5 Fluorescent |

Odyssea T5 Fluorescent 24" 28W
$0.00
In-Stock

Odyssea T5 Fluorescent 36" 42W
$0.00
In-Stock

Odyssea T5 Fluorescent 48" 56W
$0.00
In-Stock

powered by CONCEPTS

Search Engine Friendly Shopping Cart Software provided by Page Concepts
Copyright  1996 Page Concepts.  All rights reserved.

http://web.archive.org/web/20050816185720/www.aqlogics.com/display.asp?subDepartmentID=1694          10/9/2007

Buy Underwater Light at Aqualogi⬤⬤⬤ ⬤ Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

⊠

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

Home >> Lighting >> Underwater Light

## Underwater Light                                   1 product found

⊠  Odyssea Bluemoon LED 20

Odyssea Bluemoon LED 20"

$0.00
In-Stock



powered by PAGE CONCEPTS

Search Engine Friendly Shopping Cart Software provided by Page Concepts
Copyright   1996 Page Concepts.   All rights reserved.

http://web.archive.org/web/20050515101355/www.aqlogics.com/display.asp?subDepartmentID=1698          10/9/2007

Buy Power head at Aqualogics                                Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Shipping | Contact Us |

Home >> Power head

## Power head

2 products found

 LifeTech AP1500

**LifeTech AP1500**
$0.00
Out-of-Stock

### Products

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System



**LifeTech AP1000**
$0.00
In-Stock

### Featured Item

Jebo
Ultraviolet
Sterilizer
9Watt

**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead

powered by 

**Professional Web Site Design** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20040819234730/www.aqlogics.com/display.asp?DepartmentID=512          10/9/2007

Buy Ultraviolet Sterilizer at Aqualogics    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Shipping | Contact Us |

---

**Home >> Ultraviolet Sterilizer**

**Ultraviolet Sterilizer**                                    **3 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

| Jebo Ultraviolet Sterilizer 9Watt | Jebo Ultraviolet Sterilizer 13W | Jebo Ultraviolet Sterilizer 18W |
| --- | --- | --- |
| Jebo Ultraviolet Sterilizer 9Watt $0.00 In-Stock | Jebo Ultraviolet Sterilizer 13W $0.00 In-Stock | Jebo Ultraviolet Sterilizer 18W $0.00 In-Stock |

**Featured Item**

**Jebo Ultraviolet Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer 9W · Includes UV bulb, and powerhead

powered by 

**Professional Web Site Design** provided by **Page Concepts**
Copyright    1996 **Page Concepts**.    All rights reserved.

Page 103
Exhibit 8

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |



**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

Home >> Water Pump

## Water Pump

**9 products found**



Jebo P377
$0.00
In-Stock

Lifetech 1500
$0.00
In-Stock

Lifetech 1800
$0.00
In-Stock

Lifetech 4550
$0.00
In-Stock

Lifetech 5400
$0.00
In-Stock

Lifetech 5200
$0.00
In-Stock

Lifetech 5600
$0.00
In-Stock

Lifetech 5800
$0.00
Out-of-Stock



Lifetech 10000
$0.00
In-Stock

powered by CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20050410011436/www.aqlogics.com/display.asp?DepartmentID=414        10/9/2007

Buy Wet/Dry System at Aqualogics●                                                    Page 1 of 1

| AQUALOGICS | Company Info | FAQ | Shipping | Contact Us |

---

**Home >> Wet/Dry System**

## Wet/Dry System                                    **3 products found**

| Odyssea Wet/Dry Filtration 24 | Odyssea Wet/Dry Filtration 22 | Jebo GF3300 Filtration System |

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

Odyssea Wet/Dry Filtration 24"
$0.00
In-Stock

Odyssea Wet/Dry Filtration 22"
$0.00
In-Stock

Jebo GF3300 Filtration System
$0.00
In-Stock

**Featured Item**

Jebo
Ultraviolet
Sterilizer
9Watt

**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead



powered by PAGE CONCEPTS

**Professional Web Site Design** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

Page 105
Exhibit 8

http://web.archive.org/web/20040819234206/www.aqlogics.com/display.asp?DepartmentID=488            10/9/2007

Aqualogics, INC. Pet & Products

http://www.alibaba.com/company/11133628.html

Home | Sign In | Join Now | TradeManager | Inquiry Basket | Search all suppliers

 **Alibaba**.com
Global trade starts here.™

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > **Aqualogics, INC.**

## Free
## Member
LISTED SINCE 2007

- Products (2)
- Selling Leads
- About Us
   - TrustPass Profile
   - Contact Information
   - Trade Show Interests

# Aqualogics, INC.

✉ **Contact Now**    Leave me a message

### About Us                                    See our Company Profile

Aqualogics is committed to excellence in the pet industry. Our innovative designs and comprehensive quality control ensure that our stylish products will add colors to your leisure time. We put the finest craftsmanship in every aquarium light and other aquarium accessory we produce.

### Basic Information

| | |
|---|---|
| Company Name: | Aqualogics, INC. |
| Business Type: | Manufacturer |
| Product/Service: | Aquarium Lighting, Pet Products |
| Company Address: | 4647 Pine Timbers Suite 120, Houston, Texas, United States |
| No. of Total Employees: | 51 - 100 People |

### Ownership & Capital

| | |
|---|---|
| Year Established: | 2001 |

### Trade & Market

| | |
|---|---|
| Main Markets: | North America, Europe |
| Total Annual Sales Volume: | US$5 Million - US$10 Million |

### Factory Information

| | |
|---|---|
| No. of R&D Staff: | 71 - 80 People |

### Recently Posted Products

    

Aquarium Light    Metal Halide Light

Page 106
Exhibit 9

1 of 2

9/17/2007 11:11 AM

Aqualogics, INC. Pet & Products

http://www.alibaba.com/company/11133628.html

## Contact Us

Aqualogics, INC. [View Company Details] [United States] 🔽

Address: 4647 Pine Timbers Suite 120, Houston, Texas, United States
✉ **Contact Now**     Leave me a message    📇 View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

Didn't find what you're looking for? Post a buying lead.

**Trade Articles & Discussions in *Resources***                                    More




China's industrial output up 17.5% in Aug
China's GPS vehicles exceeds 1 mln
China's money supply grows 18.09% in Aug
China's exports loses US$36 billion...



Email this page          Bookmark this page          Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
About Alibaba.com - Help - Site Map - Partnerships - Customer Service

Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries - Archive
About Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Page 107
Exhibit 9

Aqualogics, Inc. - Company Info        http://web.archive.org/web/20050216190322/www.aqlogics.com/c...

| Aqualogics | Company | FAQ | Resources | Contact Us |

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

**COMPANY INFO**

Aqualogics, headquartered in Houston, Texas, is an importer and exporter of aquariums and a full line of aquatic accessories. The company's business is exclusively wholesale of aquatic supplies to independent pet retailers across the country. Our goal is to help small to medium sized retailers reduce costs in purchasing for resale and for everyday business use.

Aqualogics is able to offer lower prices and better values by eliminating virtually all the frills, and cost historically associated with conventional wholesalers and distributors, including fancy buildings, door to door salespeople, billing, and accounts receivables. We run a tight operation with extremely low overhead which enables us to pass on dramatic savings to our customers.

Another service Aqualogics offers is the importing of OEM products for "Less Than Container Load" or LCL. This service allows independent retailers to purchase OEM or private labeling products without being cash-strapped to an entire container load, giving them financial freedom and a competitive edge on their competition. Our company works with a wide network of manufacturers in the Pacific Rim countries that have the capabilities to produce virtually all products associated with the aquatic industry. Just give us the specification and we will take care of the rest.

For further comments or inquires, please contact us at info@aqlogics.com.

powered by  C**NCEPTS

**Search Engine Friendly Shopping Cart Software**  provided by **Page Concepts**
Copyright ◆ 1996 **Page Concepts**.  All rights reserved.

*Inspection Report #225*

# 2006 Commercial Feed Report



Office of
Indiana State Chemist
and Seed
Commissioner

## 2006 INDIANA FEED CONTROL PROGRAM

Dr. Robert Waltz - Indiana State Chemist
Mr. Robert Geiger - Feed Administrator
Mrs. Marcia Smith - Secretary



---

## INSPECTION STAFF

D. Brett Groves - Chief Inspector/Field Auditor

Mrs. Joyse Banister - Inspector          Mr. Charles Thomas - Inspector
Mr. Vincent Glose - Small Package Specialist   Mr. Ken Neuhoff - Inspector
Mr. Robert Wakeman - Inspector          Mr. Tom Smith - Inspector
Mrs. Julie Stephens - Inspector

---

## LABORATORY STAFF

Dr. Rodney Noel - Associate State Chemist/Laboratory Director
Mrs. Melinda Walsh - Administrative Assistant/Webmaster

Mr. Peter Kane /Mr. James Bartos- Automated Analysis - Supervisor
Dr. Victoria Siegel - Drugs/Vitamins/Mycotoxins - Supervisor
Dr. Hussein Ragheb - Antibiotics - Supervisor

Mrs. Elizabeth Anne Woody - Sample Preparation/Feed Microscopy

---

## SUPPORT STAFF

Mrs. Connie Wiese - Accounting Supervisor
Mr. Mark Sobers - Data Systems Manager

# 2006 INDIANA FEED CONTROL PROGRAM
## COMMERCIAL FEED REPORT

## TABLE OF CONTENTS

Electronic Contact Information ............................................................................4

Feed Control Program in Indiana .............................................................................5

2006 Regulatory Activity.......................................................................................8

2006 Protein Values for Common Grains...........................................................9

2006 Commercial Feed Tonnage........................................... ....................10

Feed Analyses by Manufacturer and Sample (296 Pages) ............. ...................11

|  | MICROSCOPIC EXAM (WEED SEEDS) |  | Fail |
|---|---|---|---|

**AMERICAN HEALTH KENNELS**
**POMPANO BEACH, FL**

| 20062615 | Mr. Beak's Premium Bird Treats |  |  |
|---|---|---|---|
|  | CRUDE FAT - ETHER EXTRACT | 8.2 % | 14.85 % |
| 20063570 | Bark Bars - Smiles Natural Dog Treats Molasses |  |  |
|  | CRUDE PROTEIN | 14 % | 15.2 % |
| 20064302 | Bark Bars - Smiles Natural Dog Treats Peanut Butter |  |  |
|  | CRUDE PROTEIN | 16 % | 18.3 % |
| 20064346 | Bark Bars - Honey & Oats Cookies Bar |  |  |
|  | CRUDE PROTEIN | 14 % | 16.1 % |

**ANIMAL NATURALS LLC**
**BENICIA, CA**

| 20062702 | SHOW STOPPER ALL IN ONE COAT & BODY OPTIMIZER |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 11 % | 17.8 % |
|  | LABEL REVIEW |  | Performed |
| 20064368 | SHOW STOPPER ALL-IN-ONE COAT & BODY OPTIMIZER |  |  |
|  |  |  | 0 |

**ANTLER KING TROPHY PRODUCTS INC**
**BLACK RIVER FALLS, WI**

| 20063126 | ANTLER KING TROPHY DEER/ELK PELLETS |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 18.5 % | 20.25 % |
|  | LABEL REVIEW |  | Performed |

**AQUADINE INC**
**HEALDSBURG, CA**

| 20064471 | DuraDisk Sinking Wafer Food For All Freshwater & Marine Fish |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 36 % | 44.7 % |

**AQUALOGICS INC**
**HOUSTON, TX**

| 20064531 | ARTEMIA BRINE SHRIMP FOR SALT WATER & FRESH WATER FISH |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 53 % | 49.8 % * |
|  | LABEL REVIEW |  | Performed |

**AQUARIUM PHARMACEUTICALS INC**
**CHALFONT, PA**

| 20064015 | Pond Care Summer Staple Premium Pellet Warm Water Koi And Goldfish |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 36 % | 39.7 % |
|  | COPPER | 70 PPM | 108.5 PPM |
|  | IRON | 1,000 PPM | 1,121 PPM |
|  | MAGNESIUM | 0.19 % | 0.22 % |
|  | MANGANESE | 1,500 PPM | 2,108 PPM |
|  | ZINC | 1,500 PPM | 2,162 PPM |
| 20064506 | Aquarian Goldfish Flake Fish Food |  |  |





Membership Central apter  //  Press Releases: Article Detail

How **Press Releases: Article Detail**

Membership Benefits

Mombership Directory

« Return to Press Release List

Produc October 13, 2004

Press Contact:
Tierra Griffiths / Julie Rowe
Membe MassMediaefs
775-322-0755
Pet Ow vista@massmediapr.com / julie@massmediapr.com

The PAL Campaign              **APPMA Welcomes New Members**

APPMA Publications **Forty-one companies have been approved for membership by APPMA's Board of Directors**

Industry Resources

Refern **GREENWICH, CT, October 13, 2004 -** The American Pet Products Manufacturers Association
About APPMA (APPMA) is pleased to welcome 41 new members whose applications were approved during the
AssociationÕs most recent board meeting. Congratulations to the following members:

PIJAC



- American International Trading Co. dba Pampet USA - Costa Mesa, CA
- Ankur Exports - Delhi, India
- Calendalogics, Inc. - Houston, TX
- Biederlack of America Corp. - Cumberland, MD
- Bravo Raw Diet - Vernon, CT
- China National Non-Metallic Minerals Industrial I/E Corp. - Bejing, China
- Cocojor Hawaii, LLC - Honolulu, HI
- Commodity Axis, Inc. - Camarillo, CA
- Designs In Stone, Inc. - Hatboro, PA
- Diva Doggie, Ltd. - Rolling Meadows, IL
- EcoSystem Aquarium - Santa Ana, CA
- For Bare Feet, Inc. - Helmsburg, IN
- Furhaven Pet Products, Inc. - Bellingham, WA
- Grandma LucyÕs - Lake Forest, CA
- H. B. Exports - New Delhi, India
- HMI srl - Prato (PO), Italy
- Jewett-Cameron Companies - North Plains, OR
- Lasting Impressions - Franklin, TN
- LifeÕs Great Products, LLC dba Another Day Ltd. - San Marcos, CA
- Little Gifts, Inc. - Massapequa, NY
- Milliken & Company - Spartanburg, SC
- Newton Laboratories, Inc. - Conyers, GA
- NewTrix Advanced Pet Products - Toronto, Ont., Canada
- Nutri Pet Research, Inc. - Manalapan, NJ
- On Time Wildlife Feeders - Ruston, LA
- OxyPet International - Freedom, CA
- Parrotopia/Sandy Perch Products - Grants Pass, OR
- Performance Pet Products LLC - Minneapolis, MN
- Pet Medic (Div. Of Fleming Industries) - Chicopee, MA
- Pet Rageous Designs - Burlington, MA
- Pet Soup (Div. Of Vision International, Inc.) - Salt Lake City, UT
- PHD Products, Inc. - Elmsford, NY
- PRT Manufacturing Limited - Fo Tan, Shatin, Hong Kong
- Red Dingo Australia Pty. Ltd. - Brookvale, NSW Australia
- Response Animal Health Products - Broken Bow, NE
- Specialty Pet Products - Charlotte, NC
- Sporty K9, Ltd. - New York, NY
- Xiamen Sunnypet Products Co., Ltd. - Xiamen, Fujian, China
- Yantal China Pet Foods Co., Ltd. - Yantal, ShanDong, China



2007/2008
Pet Owners
Survey
Click for
your copy...

**APPMA®**

**American Pet Products
Manufacturers
Association**

255 Glenville Road
Greenwich, CT 06831
Phone: 203.532.0000
Toll Free: 800.452.1225
Fax: 203.532.0551

**APPMA's Washington
D.C. Office**
Suite 100
1900 K Street NW
Washington, DC 20006
Phone: 202.496.7888



- YourBreed Clothing Co., Inc. - Manchester, NH
- Zenimal - San Carlos, CA

Members of APPMA have access to the premier trade show of the pet products industry, Global Pet Expo, as well as public relations and legislative representation and state-of-the-art member service programs. For more information on joining APPMA call 1-800-452-1225 or visit www.appma.org.

*Founded in 1958, the American Pet Products Manufacturers Association is the nation's leading not-for-profit trade organization serving the interests of the pet product industry and educating the public on the many joys and health benefits associated with pet ownership. APPMA's membership consists of over 750 companies, which include both small businesses, as well as the nation's leading pet product companies.*

Membership Central | How to Join | Membership Benefits | Membership Directory
Products & the Law | Press Center | Member News Briefs | Pet Owners Survey
The PAL Campaign | APPMA Publications | Industry Resources | Referral Network
About APPMA | PIJAC | 2007 Calendar
Contact Us | Sitemap | Agreement of Use | Home



Copyright ©1998-2007 American Pet Products Manufacturers Association, Inc.
APPMA and American Pet Products Manufacturers Association, Inc. are registered trademarks of the American Pet Products Manufacturers Association. All rights reserved. Important Note: See the APPMA Web Site Agreement of Use.

**EXHIBIT 10**

# THE SIMMONS FIRM

### A LAW CORPORATION

SUITE 390 THE PROMONTORY
11440 WEST BERNARDO COURT
SAN DIEGO, CALIFORNIA 92127-1655

STEVEN M. ASHBURN
MOLLY E. SELWAY
ROSS G. SIMMONS
JEFF W. SLATTERY

OF COUNSEL
ALENA HERRANEN

AREA CODE 858
TELEPHONE: 676-1668
FACSIMILE: 676-1839

August 17, 2006

## VIA FACSIMILE [(713) 355-9689] AND
## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Mr. Taras Bemko
The Matthews Firm
2000 Bering Drive, Suite 700
Houston, Texas 77057

Re:  Cease and Desist Infringing Use of Registered Trademark

Dear Mr. Bemko:

This firm represents Aqua Logic, Inc. of San Diego, California, the owner of United States
Trademark Registration No. 2353216, for the term "AQUA LOGIC" in connection with
aquariums and related cooling, heating, and recirculation components (the "Mark"). A copy of
that registration, secured on May 30, 2000, is enclosed. Please also note that our client has filed
a Section 15 affidavit for the Mark, making said registration incontestable.[1]

It has come to our attention that your client, Aqualogics, Inc., has been and is currently using the
Mark as a trade name, in connection with sales of aquariums and related heating and
recirculation components. As you may already be aware, the use of a registered trademark as
part of a corporate name is considered trademark infringement under the law.[2]  The rationale is
that protection for trademarks and trade names are intertwined, with rights in one extending to
encompass the other. To quote one state supreme court on this point, "[a]lthough trade names,
trademarks and service marks are used differently, they all serve the same basic purposes, viz., to
identify a business and its products or services, to create a consumer demand therefor, and to
protect any good will which one may create as to his goods or services."[3]

_____

[1] See 15 U.S.C. § 1065.
[2] Air Reduction Co. v. Airco Supply Co., 258 A.2d 302 (Del. Ch. 1969); Aluminum Fabricating Co. v. Season-All
Window Corp., 259 F.2d 314 (2d Cir. 1958); Thomson Industries, Inc. v. Nippon Thompson Co., 298 F. Supp. 466
(E.D.N.Y. 1968); Holiday Inns of America, Inc. v. Mullen's Holiday Inn, Inc., 292 F. Supp. 755 (E.D. Cal. 1968);
Alfred Dunhill of London, Inc. v. Dunhill Shirt Co., 213 F. Supp. 179 (S.D.N.Y. 1963); Safeway Stores, Inc. v.
Safeway Properties, Inc., 307 F.2d 495 (2d Cir. 1962) ; Stover v. Farmers' Educational & Co-op Union, 250 F.2d
809 (8th Cir. 1958), cert. denied, 356 U.S. 976 (1958); Atlas Supply Co. v. Atlas Brake Shops, Inc., 360 F.2d 16
(6th Cir. 1966); Standard Oil Co. v. Standard Oil Co., 252 F.2d 65 (10th Cir. 1958); J. Wiss & Sons Co. v. Gee
Whiz Tool Corp., 364 F.2d 910 (6th Cir. 1966); Drexel Enterprises, Inc. v. Hermitage Cabinet Shop, Inc., 266 F.
Supp. 532 (N.D. Ga. 1967); Wells Fargo & Co. v. Wells Fargo Express Co., 358 F. Supp. 1065 (D. Nev. 1973),
vacated, 556 F.2d 406 (9th Cir. 1977); Council of Better Business Bureaus, Inc. v. Better Business Bureau, Inc., 200
U.S.P.Q. 282 (S.D. Fla. 1978); Blue Bell, Inc. v. Maverick Sportswear, Inc., 184 U.S.P.Q. 77 (S.D.N.Y. 1974);
National Customer Engineering v. Lockheed Martin Corp., 43 U.S.P.Q.2d 1036 (C.D. Cal. 1997).
[3] Younker v. Nationwide Mut. Ins. Co., 175 Ohio St. 1 (1963).

In the present case, your client incorporated in 2003 under a name nearly identical to the Mark our client has been using since 1989. While the mere act of incorporating under an infringing name is alone sufficient to give rise to a valid claim,[4] your client has since been selling identical goods to the same class of consumers in the same channels of trade as our client, the senior user of a strong mark. The price points for the goods are also relatively low, requiring little consumer sophistication, and our client has fielded telephone calls from purchasers looking for your client. As the required factors for a likelihood of confusion have been met, we are faced with a clear case of trademark infringement under the Lanham Act.[5]

In order to protect the goodwill that has been established by our client with respect to the Mark, we must demand that your client discontinue any further infringing use of the Mark. This would include changing the name of your client's corporation to a non-infringing name, and replacing the AQUALOGICS designation in every case of use with such non-infringing name, including without limitation their websites, catalogs, brochures, advertising, packaging, labels, tags, products, invoices, purchase orders, business cards, directories, signage, and the like.

We further demand that you remit samples of any catalogs, brochures, advertising, packaging, labels, tags, products, or other materials that your client offers or has offered to the public bearing the AQUALOGICS designation, or any similar derivative, to our offices. This information will help establish an appropriate amount of damages payable in this matter.

We insist that your client comply with all of the above demands, and that you send written confirmation of such compliance to our offices, on or before September 1, 2006. If your client does not comply, we will commence proceedings in federal court for trademark infringement, dilution, and unfair competition. Should that become necessary, Aqua Logic, Inc. will demand not only an injunction against your client's further use of AQUALOGICS in connection with aquariums or related components, but also the losses they have incurred, all profits your client made while using the AQUALOGICS designation, costs of the proceeding, and attorney fees.

While we are hopeful that this matter can be resolved without resorting to litigation, this letter is delivered without waiver of, or prejudice to any of Aqua Logic, Inc.'s rights and remedies, all of which are expressly reserved.

Sincerely,

THE SIMMONS FIRM, ALC

By: Jeff W. Slattery

Enclosure
cc: Aqua Logic, Inc. (w/copy of enclosure)

---

[4] Hulburt Oil & Grease Co. v. Hulburt Oil & Grease Co., 371 F.2d 251 (7th Cir. 1966), cert. denied, 386 U.S. 1032 (1967); Magic Pan. Inc. v. Magic Pan, Inc., 192 U.S.P.Q. 321 (S.D. Ind. 1976); CNA Financial Corp. v. Brown, 922 F. Supp. 567 (M.D. Fla. 1996), mo to reopen trial denied, 40 U.S.P.Q.2d 1444 (M.D. Fla. 1996).
[5] See 15 U.S.C. § 1114(1).

Int. Cls.: 11 and 16

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 29, 31, 34, 37, 38 and 50

Reg. No. 2,353,216

## United States Patent and Trademark Office

Registered May 30, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## AQUA LOGIC

AQUA LOGIC, INC. (CALIFORNIA CORPORATION)
8280 CLAIREMONT MESA BOULEVARD, SUITE 127
SAN DIEGO, CA 92111

FOR: FISH TANK COOLING, HEATING AND RE-CIRCULATION SYSTEMS COMPRISED OF WATER CHILLERS, HEAT PUMPS AND ELECTRONIC TEM-PERATURE CONTROLLERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5-5-1989; IN COMMERCE 6-12-1989.

FOR: FISH TANKS, NAMELY, AQUARIUMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-1-1989; IN COMMERCE 9-1-1989.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AQUA", APART FROM THE MARK AS SHOWN.

SER. NO. 75-522,772, FILED 7-21-1998.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY

**EXHIBIT 11**

# MATTHEWS, LAWSON,
# BOWICK & AL-AZEM, PLLC

## ATTORNEYS AT LAW

Houston ★ Beach City ★ Lafayette

GUY E. MATTHEWS
C. VERNON LAWSON
ROBERT M. BOWICK, JR.
SAMER U. AL-AZEM

OF COUNSEL
ALTON W. PAYNE J.D. PhD
LEE N. JOSEPH

2000 BERING DRIVE, SUITE 700
HOUSTON, TEXAS 77057

TELEPHONE (713) 355-4200
TELECOPIER (713) 355-9689

www.matthewsfirm.com

WILLIAM E. JOHNSON, JR.
TARAS P. BEMKO
BRUCE R. COULOMBE
KELLY M. GERBER*
BRIAN L. HILLENDAHL
TIMOTHY W. JOHNSON
TERRY L. MCCUTCHEON

* Admitted to practice in Virginia
and the District of Columbia

September 18, 2006

Mr. Jeff W. Slattery
**The Simmons Firm/A Law Corporation**
Suite 390 The Promontory
11440 West Bernardo Court
San Diego, California 92127-1653

<u>**Via E-mail and Certified Mail**</u>
7005 0390 0000 5047 3667

Dear Mr. Slattery:

In response to your letter dated August 17, 2006, please be assured that Aqualogics, Inc. (TX) has no intention of infringing the mark ("AQUA LOGIC") of your client Aqua Logic, Inc. (CA). Aqualogics, Inc. (TX) does not directly compete with the present goods marketed by your client and it does not wish to engage in costly and unnecessary litigation. Aqualogics, Inc. (TX) markets to retailers and distributors such as pet supply houses and sells equipment primarily for use by individual consumers such as homeowners or apartment dwellers. As evidenced by the packaging, sent for your inspection last week. Aqualogics, Inc. (TX), while using the name Aqualogics on its invoices to customers, does not market its products under the name Aqualogics nor does it mark its packaging with any identification of Aqualogics.

In an effort to resolve any potential or future problems, Aqualogics, Inc. (TX) will cease using the name Aqualogics, Inc. (TX) and will change its corporate name to "AQLOGICS.COM, Inc.", which is the web domain currently used by Aqualogics, Inc. (TX). Further, during the transition period of the name change, which is not expected to last more than six (6) to twelve (12) months, Aqualogics, Inc. (TX) is prepared, if requested, to place a disclaimer on its website and any other advertisements that they are in no way affiliated with Aqua Logic, Inc. or the trademark "Aqua Logic".

In exchange for the above, Aqualogics, Inc. (TX), will need an agreement that Aqua Logic., Inc. (CA) accepts this proposal and agrees to release Aqualogics, Inc. (TX) AQLOGICS.COM, Inc.) from all claims of trademark infringement, past, present, and future, regarding its abandoned corporate name, Aqualogics, Inc., and the trademark "Aqua Logic".

Sincerely,

Taras P. Bemko

 

Search | _____          Topics  All Topics

Create an account          Home · Forums · Picture Gallery · Private Messages · Articles · Submit News          September 14, 2007

## MARSHReef.com: Forums

**Modules**

• Home
• Articles
• Downloads
• Event Calendar
• Event Registration
• Forums
• Join MARSH
• MARSH Club Information
• MARSH Store
• Marsh Survey
• Photo Gallery
• Private Messages
• Product Reviews
• Search
• Sponsors
• Sponsors Map
• Stories Archive
• Submit News
• Surveys
• User Agreement
• Web Links
• Web Members List
• Your Account

**Upcoming Events**

⌐ Sept 14th-16th - MACNA XIX in Pittsburgh, PA

■ Oct 6th - MARSH Meeting with Anthony Calfo!

**Sponsors**

(?) Forum FAQ   🔍 Search   Usergroups   🗐 Profile   Log in to check your private messages   Log In

**Chillers**

(newtopic)  (postreply)   **MARSHReef.com Forum Index -> General Reefkeeping**

**View previous topic :: View next topic**

| Author | Message |
|---|---|

**wah21**
Guest                    🗋 Posted: Thu Jun 23, 2005 10:15 am   Post subject: Chillers   (Ignore) (quote)

Joined: Jun 14, 2005
Posts: 10



I have a 75 gal tank which is presently kept cool (79-80) by evaporation using a fan over the sump. But it requires 1 1/2 gal/day of makeup water. I'm thinking of purchasing a chiller. Any recommendations for a reliable chiller? I'm leaning towards an Aqua Logic chiller (Delta Star inline or Cyclone drop-in) because of it's 2 year warranty, titanium coil, etc. But's there's a lot of other chillers out there. I see ESU (Coralife) has recently come out with it's Aqua-Chill line of chillers which are less expensive than Aqua Logic. Has anyone tried one?

Does 1/4 hp sound about right for a 75 gal tank plus 30 gal sump?

How about in-line vs. drop-in?

Thank you

wah21

Back to top          (profile) (pm)

**SueT**
Guest                    🗋 Posted: Thu Jun 23, 2005 5:36 pm   Post subject:   (Ignore) (quote)

Joined: Apr 15, 2003
Posts: 653
Location: Houston, 290/610 loop

I have a 1/4hp on my 120g sps/clam tank. I currently am using a fan too and my chiller is not even coming on. My evaporation is not quite as much as yours. I keep my temp at 77-78.

Welcome to MARSH too!!!

_____
my 120g sps/clam tank:
http://berlinmethod.com/suet/

http://clamsdirect.com/phpbb2

Back to top          (profile) (pm) (email) (www) (YIM)

Page 119
Exhibit 12





**Last Seen**

aggie4231: 3 seconds ago
pangio: 22 seconds ago
lilbearman: 44 seconds ago
BigDaddy: 1 minute ago
scott-300: 1 minute ago
BigLEE: 2 minutes ago
JimboOutlaw318Tx: 4 minutes ago
goby1kanobi: 4 minutes ago
hurdicuss: 4 minutes ago
markieb: 5 minutes ago
tropicman: 5 minutes ago
shaggy: 5 minutes ago
reefrus: 6 minutes ago
FireEater: 7 minutes ago
skeeter76: 8 minutes ago
lloydb: 8 minutes ago
danphan: 8 minutes ago
RickD: 10 minutes ago
Aquaman: 10 minutes ago
nemo713: 11 minutes ago
RC: 11 minutes ago

 

**Click Here!**

☞ Make MARSHReef.com your Home Page
☆ Add MARSHReef.com to your Favorites!
✉ Contact the Webmaster
🕐 13:10:35

---

**cparka23**
2007 MARSH Member



Joined: Aug 02, 2004
Posts: 912
Location: Memorial

Posted: Thu Jun 23, 2005 6:18 pm   Post subject:                  ignore | quote

1/4 or 1/3HP would work. I'd go w/ the 1/4 unless you're planning something for the future (i.e. larger tank, more lights, more pumps, etc.). As far as brands go, Aqualogics are fine. There are other good companies with less costly products that have equal cooling capacity (HP), titanium coils, and such. Oh yeah, plan to keep your chiller in a well-ventilated area. Under the stand will kill its efficiency.

Lastly, welcome to MARSH!

Back to top    profile | pm

---

**TonyRomano**
Guest

Joined: Jun 03, 2005
Posts: 95
Location: Sugar Land Texas

Posted: Thu Jun 23, 2005 11:17 pm   Post subject:                ignore | quote

If you can keep your tank cool without chiller I think you are saving money. A chiller is a mini indoor AC unit, thus produces hot air. Which much must be cooled using AC. I have owned a chiller for 5 years, think it is necessary with MH lighting in closed hood. But I am in process of adding more fans to send heat into room to let house AC cool it. Also, would be plenty for 75.

Back to top    profile | pm | email

---

**TonyRomano**
Guest

Joined: Jun 03, 2005
Posts: 95
Location: Sugar Land Texas

Posted: Thu Jun 23, 2005 11:19 pm   Post subject:                ignore | quote

Last line should have read. 1/4 hp should be plenty for 75 gallon.

Back to top    profile | pm | email

---

**FishGameRock**
2007 MARSH Member



Joined: Apr 10, 2005
Posts: 499
Location: Galveston

Posted: Thu Jun 23, 2005 11:56 pm   Post subject:                ignore | quote

I think I'm gonna be in the market for one once I get a paycheck... how much are they?

Back to top    profile | pm

---

**t0mmy108**
Guest

Joined: Dec 30, 2003
Posts: 1235
Location: Pearland, Pearland Pkwy and 518



Posted: Fri Jun 24, 2005 1:11 am   Post subject:                ignore | quote

I was using an inline 1/3 hp Current Prime chiller for my 180. It was able to keep my temps between 79 and 81 as it was set. Then I added a 75 gallon frag tank that was plumbed to the same system but placed out in the garage. Them temps began to swing from 79 to 84 even when set at the same settings. I believe my water output was too high to make an impact. I since have added a 1/3 hp Aqua Logic drop in chiller to the system and it stays between 79 and 80. After the first day, both chillers began taking a toll on my circuit breaker (not enough circuits and/amperage.) I took the inline chiller offline and it fixed the power problem. I have noticed that the drop in chiller is able to maintain stable temps by itself. My conclusion was that the drop in works better for me. The inline would probably work but I would have to slow down the output rate for it to be effective. For now it's just sitting there looking pretty. 🙂

Back to top    profile | pm | email | www | YIM | msnm

---

**aqua-nut**
Guest

Joined: Jun 24, 2003
Posts: 534
Location: Houston Heights

Posted: Fri Jun 24, 2005 2:26 pm   Post subject:                ignore | quote

With chillers, noise is also a sizeable consideration. Don't trade a cheap price for a noisy unit! Inquire as to the dB on the unit before you buy it.

Better to spend $50 more and get a quiet unit that doesn't drown out your TV

or whatever you'd rather be listening to.

———————————

Randall
www.randallandetna.com/swtankpix.htm

**Back to top**    (profile) (pm) (www)

**FishGameRock**    Posted: Fri Jun 24, 2005 6:16 pm    Post subject:    (ignore) (quote)
2007 MARSH Member



Joined: Apr 10, 2005
Posts: 499
Location: Galveston

so uh tommy how much would you sell that inline for anyway?
remember this is completely hypothetical I don't want an unused chiller or anything.

edit I just saw the last link never mind... ⊗

**Back to top**    (profile) (pm)

**t0mmy108**    Posted: Fri Jun 24, 2005 7:35 pm    Post subject:    (ignore) (quote)
Guest

Joined: Dec 30, 2003
Posts: 1235
Location: Pearland,
Pearland Pkwy and 518

actually, I listed it in the for sale forum if interested.

**Back to top**    (profile) (pm) (email) (www) (YIM) (msnm)

Display posts from previous: | All Posts | | Oldest First | Go

(newtopic) (postreply)    **MARSHReef.com Forum Index -> General Reefkeeping**    All times are GMT - 5 Hours

**Page 1 of 1**

Jump to:  General Reefkeeping    Go

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum
You **cannot** attach files in this forum
You **can** download files in this forum

Powered by phpBB 2.0.6 © 2001 phpBB Group

phpBB port v2.1 based on Tom Nitzschner's phpbb2.0.6 upgraded to phpBB 2.0.4 standalone was developed and tested by:

ArtificialIntel, ChatServ, mikem, sixonetonoffun and Paul Laudanski (aka Zhen-Xjell).

Version 2.1 by Nuke Cops © 2003 http://www.nukecops.com

Forums ©
Web site engine's code is Copyright © 2003 by PHP-Nuke and The NukeCops Bundle. All Rights Reserved. PHP-Nuke is Free Software released under the GNU/GPL license.
Page Generation: 9.158 Seconds



Marine Aquarium Advice :: View topic - I know nothing about chillers    http://www.marineaquariumadvice.com/forum/viewtopic.php?p=28..

# MarineAquariumAdvice.com

🏠 home
🗺 site map
📞 contact

**About Us    Services    Consultation    Discussion Forums    Library    Sponsors    Photos**

**AZ Coral Company**

Home · FAQ · Search · Memberlist · Usergroups · · Register FlashChat · Profile · Log in to check your private messages · Log in

# I know nothing about chillers

(🗐 newtopic)  (🗐 postreply)    Marine Aquarium Advice Forum Index -> Do it Yourself and Equipment

| | View previous topic :: View next topic |
|---|---|
| **Author** | **Message** |
| _Eric_<br>Moderator<br><br>Age: 30<br>Joined: 15 Jun 2004<br>Posts: 1689<br>Location:<br>Salisbury/Newbury,Ma | 🗋 Posted: Thu Apr 21, 2005 12:36 pm    Post subject: I know nothing about chillers    (🗐 quote)<br><br>Its that time of year..Going to be a hot one too.<br><br>I am getting a chiller but I want to know what everyone thinks about brands.<br><br>I have done some reading on alot of them and found that JBJ makes a great chiller.<br><br>I have also read that the Deltas are not as they are cracked up to be.(Loud)<br><br>My other question....<br>1/3 HP JBJ INLINE CHILLER. IT HAS A TITANIUM HEAT EXCHANGER.<br>Does this mean it has coils that just go into the sump? Or does it need a pump to drive the water through the chiller?<br><br>Question 2<br>IT ALSO HAS A FULL DIGITAL TEMPERATURE CONTROL<br>Does this mean dual?(Heat/Cool)<br><br>Here are the models I have been looking into.<br>Via Aqua<br>http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&category=20758&item=4374190863&rd=1<br><br>JBJ<br>http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&category=20758&item=4375361233&rd=1<br><br>USA PRIME<br>http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&category=46311&item=4375592483&rd=1<br><br>I would Really appreciate any opinions. |
| Back to top | (👤 profile) (✉️ pm) |

Marine Aquarium Advice :: View topic - I know nothing about chillers    http://www.marineaquariumadvice.com/forum/viewtopic.php?p=28...



**Kip**

Age: 32
Joined: 02 Jun 2004
Posts: 2097
Location: Salisbury, NC

Back to top

▯ Posted: Thu Apr 21, 2005 12:44 pm   Post subject:                    [quote]

I dont know anything about those other chillers

but the delta (aqualogic in-line) sounds like a little college refrigerator... I cant hear mine.. Its in the garage 😊

─────────────
**Kip's Reef Website**

Go Heels!

[profile] [pm] [email] [www] [AIM]

**_Eric_**
Moderator

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

Back to top

▯ Posted: Thu Apr 21, 2005 3:11 pm   Post subject:                    [quote]

> Quote:
> I dont know anything about those other chillers

# CRAP!

[profile] [pm]

**Michael7979**

Age: 38
Joined: 30 Jul 2004
Posts: 557
Location: Kelzer, Oregon

Back to top

▯ Posted: Thu Apr 21, 2005 3:31 pm   Post subject:                    [quote]

Hey Eric, you can buy one of those that Kip knows nothing about and then you can teach all of us about it.

You know sooner or later you will be the first to buy something no one else has. Then you will be a genius for buying it 😊 ! Or a fool 😲 !

─────────────
MIKE

100gallon w/ 40 gallon sump/fuge lit by 2-400w MH and VHO supplement

THERE IS ALWAYS MORE TO LEARN!!

**Come Check Us Out**

▯

[profile] [pm] [email]

**_Eric_**
Moderator

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

Back to top

▯ Posted: Thu Apr 21, 2005 3:53 pm   Post subject:                    [quote]

> Quote:
> Or a fool !

I would like to avoid that part. 😊

[profile] [pm]



**Kip**

Posted: Thu Apr 21, 2005 3:56 pm    Post subject:                    [quote]

the aqualogics come highly recommended... thats why i got one
_____
**Kip's Reef Website**

Go Heels!

Age: 32
Joined: 02 Jun 2004
Posts: 2097
Location: Salisbury, NC

Back to top    [profile] [pm] [email] [www] [AIM]

**_Eric_**
Moderator

Posted: Thu Apr 21, 2005 4:35 pm    Post subject:                    [quote]

> Quote:
> the aqualogics come highly recommended... thats why i got one

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

I am not saying that they are bad...I just have been using the search engines and the only down fall is that they are loud.

Back to top    [profile] [pm]

**Kip**

Posted: Thu Apr 21, 2005 5:22 pm    Post subject:                    [quote]

where do you plan to put it?
_____
**Kip's Reef Website**

Go Heels!

Age: 32
Joined: 02 Jun 2004
Posts: 2097
Location: Salisbury, NC

Back to top    [profile] [pm] [email] [www] [AIM]

**_Eric_**
Moderator

Posted: Thu Apr 21, 2005 5:36 pm    Post subject:                    [quote]

Right now I plan on putting it next to the tank..When we move I have no idea,(Hopefully I will have a tank room. 😊 )

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

Back to top    [profile] [pm]

**Kip**

Posted: Thu Apr 21, 2005 5:46 pm    Post subject:                    [quote]

they give off heat... having them close to your tank negates their effectiveness

ie: water gets warm... chiller comes on to cool the water... the whole time the unit is near your tank and heating your water

try to find a remote location, but keep in mind... they need ventilation-- dont suffocate it
_____
**Kip's Reef Website**

Age: 32
Joined: 02 Jun 2004
Posts: 2097
Location: Salisbury, NC

Marine Aquarium Advice :: View topic - I know nothing about chillers    http://www.marineaquariumadvice.com/forum/viewtopic.php?p=28..



Go Heels!

**Back to top**  (profile) (pm) (email) (www) (AIM)

**_Eric_**
Moderator

☐ Posted: Thu Apr 21, 2005 7:19 pm    Post subject:    (quote)

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

**Quote:**

Right now I plan on putting it next to the tank..

I should have been more detailed...5-6 feet away from the tank.

**Back to top**  (profile) (pm)

Display posts from previous: All Posts ▼  Oldest First ▼  Go

(newtopic) (postreply)   **Marine Aquarium Advice Forum Index -> Do it Yourself and**   All times are GMT - 8 Hours
**Equipment**
**Page 1 of 1**

Jump to:  Do it Yourself and Equipment ▼  Go

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum
You **can** attach files in this forum
You **can** download files in this forum

Powered by phpBB © 2001, 2005 phpBB Group

Copyright 2004 MarineAquariumAdvice.com. All Rights Reserved.    privacy policy



# Installing Chiller in Garage

Reeflands Forum > Equipment > Tanks, Filtration & Basic Equipment
└─ Installing Chiller in Garage

**Sponsored Links**

**Aquarium Professionals**
Custom Design Specialists
Beautiful aquariums done right!
www.aquariumprofessionals.com

**My Reef Creations**
Great prices and selection! Tanks,
Skimmers, Reactors, Sumps and
MORE!
www.myreefcreations.com

**Aquarium Tank**
Buy Fish Aquariums. Compare
Prices and Save.
PriceGrabber.com/Aquariums

**ReefKeeper 2 $270**
Get the RK2 to control your entire

---

LinkBack ▽    Thread Tools ▽    Display Modes ▽

☐ 03-18-2006, 08:00 PM                                                      #1

**shaywood**
Tenant

Join Date: Oct 2001
Posts: 80

**Installing Chiller in Garage**

I want to install a chiller in the garage (about 100 ft from my 125g reef tank). Any suggestions on brands? Is it possible to have the chiller that far from the tank?

Shawn

---

**Sponsored Links**

**Aquarium Screensaver**
Lush, green freshwater aquarium
Seriously Amazing, see online
video
www.dreamaquarium.com

**Saltwater Aquarium Tips**
Minimize Nitrates, Control Algae, &
Reduce Water Changes!
www.Aquaripure.com

**biOrb by Reef One, USA**
biOrb - All Items in Stock. Ships
within 1-2 days
www.aquariumpw.com/

**Custom Aquariums**
Aquarium Design & Maintenance

---

☐ 03-18-2006, 10:34 PM                                                      #2

**golfish**
Moderator

Join Date: Jun 2000
Location: Alta Loma,Ca
Posts: 2,868



Shawn,
I have my chiller in the garage but its only about 10 feet away from the tank.

You could probably do it as long as its a pretty level run and you use a high pressure pump.

As far as chillers go I recommend the Tradewinds chiller and then the Aqualogics.



**03-18-2006, 10:42 PM** #3

**shaywood**
Tenant

Join Date: Oct 2001
Posts: 80

Thanks. Do they have extention hoses or something?

**03-19-2006, 12:13 AM** #4

**golfish**
Moderator

Join Date: Jun 2000
Location: Alta Loma, Ca
Posts: 2,868

> Quote:
> Originally Posted by **shaywood**
> *Thanks. Do they have extention hoses or something?*

are you asking about a "drop in" chiller? If so that's not going to happen.

The water runs through a heat exchanger on an inline chiller. You'll have to plumb it from the tank to the chiller using PVC pipe. Can't you just put the chiller outside just a few feet from the tank and cover it so its protected? I used to have mine on the front pourch. I'd much rather do that then have it in the garage.

« tds readings, | Dart Pump Leaking »

### Similar Threads for: Installing Chiller in Garage

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| Installing fan... | DanConnor | DIY | 5 | 11-10-2006 04:57 AM |
| Installing Mh Lighting | raycopp | Lighting | 2 | 11-23-2005 05:40 PM |
| Clinton. Mo garage sale | mr9iron | For Sale or Trade Zone | 0 | 08-18-2004 06:15 PM |
| setting up a 90 galion above a garage?? | Bamm Bamm | Reef Aquariums | 5 | 01-16-2004 02:10 PM |
| Installing a GFCI | CaptainK | Anything But Reefkeeping | 17 | 07-22-2001 05:03 AM |

All times are GMT +1. The time now is 04:01 AM.



**Aquarium Husbandry Articles By Subscription**
Information for The Reef Aquarist Who Needs To Know!

DREAM AQUARIUM
A Next Generation Virtual Aquarium

www.dreamaquarium.com          Feedback - Ads by Google

Contact Us - Reefland - Site Map - Top

Powered by vBulletin Version 3.6.2
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.
Search Engine Friendly URLs by vBSEO 3.0.0 ©2007, Crawlability, Inc.

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55



# Reefs.org Forums

Discussion forums for Reefs.org and Advanced Aquarist Online Magazine

🄵 FAQ  🔍 Search  👥 Memberlist  🖳 Usergroups  ☑ Register
🄿 Profile  🄻 Log in to check your private messages  🄻 Log in

Reefs.org | Advanced Aquarist | MACO | Frag Trading | Aquarium Store Finder | #reefs Chat
About Us | Library | Sponsors | Administrators | RDO Taskforce | Monthly Photo Contest | Links
Clothing and Gear | Wallpapers | Hitchhiker FAQ | Pump Selection Guide

Proud sponsor of Reefs.org & Advanced Aquarist Online Magazine



**High Quality Fish**
**Corals and Inverts**

* Click here to see our other sponsors *

# suggestions for a chiller plz

     **Reefs.org Forums Forum Index -> General Reefkeeping Discussion**

**View previous topic :: View next topic**

| Author | Message |
|---|---|
| **youareafever**<br>Junior Member<br><br>Joined: 26 Aug 2007<br>Posts: 15<br>Location: hawaii<br><br>**Back to top** | ▯ Posted: Wed Aug 29, 2007 2:36 am   Post subject: suggestions for a chiller plz    🄠 quote<br><br>hi, can anyone recommened me a chiller for a 65 gallon tank. inputs from personel experience would be greatly appreciated. thanks.<br><br>🄿 profile  🄿🄿 pm |
| **Rob_Reef_Keeper**<br>{squat}<br><br>Joined: 19 Mar 2001<br>Posts: 5543<br>Location: Pomona, NY USA<br><br>**Back to top** | ▯ Posted: Wed Aug 29, 2007 11:38 am   Post subject:    🄠 quote<br><br>Room air conditioner - keeps you and your tank cool.<br><br>———————————<br><br>Rob<br><br>"Out of da Hood"<br><br>When will someone step up and stop the POA?<br><br>X-Reef Specs - http://reefs.org/phpBB2/viewtopic.php?t=12573<br><br>🄿 profile  🄿🄿 pm |

**Len**
Site Admin



Joined: 04 Nov 1999
Posts: 12611
Location: 34° 3' N, 118° 14'
W

□ Posted: Wed Aug 29, 2007 12:18 pm    Post subject:    

A/C the room if you aren't planning on running the chiller outdoors. Running chillers indoor is not ideal: it gets very hot in the room, and it generates some noise (although the new models tend to be quieter).

That said, I like Teclima chillers and Aqualogics. You'll need a 1/6hp or bigger (I wouldn't get more then 1/5hp unless you are planning on a bigger tank down the line).

_____

Len

   **#reefs Chat | Advanced Aquarist Online Magazine | Marine Aquarist Courses Online**

Back to top      

Display posts from previous:  All Posts    Oldest First    Go

 new topic    postreply    **Reefs.org Forums Forum Index -> General Reefkeeping Discussion**    All times are GMT - 5 Hours

**Page 1 of 1**

Jump to:  General Reefkeeping Discussion     Go

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum
You **cannot** attach files in this forum
You **can** download files in this forum

Proud sponsor of Reefs.org & Advanced Aquarist Online Magazine



* Click here to see our other sponsors *

Powered by phpBB © 2001, 2005 phpBB Group

[Date Prev][Date Next][Thread Prev][Thread Next][Date Index][Thread Index]

# RE Chillers -- just chill until they make the big one

- **To: Aquatic Plants Digest Messages <Aquatic-Plants at actwin_com>**
- **Subject: RE Chillers -- just chill until they make the big one**
- **From: "S. Hieber" <shieber at yahoo_com>**
- Date: Tue, 10 Jun 2003 10:37:37 -0700 (PDT)

The thermoelectrics tend to be better buys for small
aquariums.  For larger cooling tasks, the units available
aren't as efficiently employed and compressor/evaporator
chiller.  But there's more to the story.  A year and a hlaf
ago the cost per BTU/hr was much higher than for
conventional chillers -- the advantage was the small size
and quietness.  Recently, the price gap pretty much ended,
the cost per BTU/hr is about even, the advantages remain
but the disadvantage is limited overall capapcity.

But the size and number of manufacturers is increasing.
About a year or so ago, these units were mainly to chill
electronics cabinets.  The more widespread application to
water systems is more recent.  The
mount-it-yourself-in-a-bulkhead type (Coolworks IceProbe)
is giving way to  in-line versions with the peltier devices
mounted on a remote (from the aqaurium) heat exchanger.

Aqualine-B makes one, and a few others have popped up, like
the Azoo model at Fosters & Smith:

.http://www.drsfostersmith.com/product/prod_Display.cfm?siteid=6&pCatId=8173

This 240 Watt (input) peltier-based model sells for about
the same price as the 240 watt (input) Via Aqua Chiller
model based on a rotatory compressor.  Conventional units    
Like Aqualogics, JBJ-Artica, and CustomSeaLife that are
comparably rated for size or cooling capacity have much
much higher electrical demands.  [I'm not sure if that
means what it sounds like it means.  I'm still trying to
figure the ratings out.  The several engineers I've gone to
so far have each scrathed his head and said, "Hmmmmm, very
interesting, what's the answer?" or words to that effect.]

These peltier-based units are generally built for small to
medium size aquaria at best.  You could run several on one
aquarium, but then a larger conventional unit might be more
practical due to size, cost, loudness.

If you're a gardener and not a reefer,  you're probably
only looking for a few degrees of pull down rather than the
10 or so degrees the reefers often need.  In such cases, a
small unit might work just find, even on a large tank, say
150 gal or so  ;-)  .

Page 130
Exhibit 12

RE Chillers -- just chill until they n●●e the big one                                Page 2 of 2

Scott H.

---

Do you Yahoo!?
Yahoo! Calendar - Free online calendar with sync to Outlook(TM).
http://calendar.yahoo.com

---

- Prev by Date: **Re: Turnover rate of leaves on Tiger Lotus**
- Next by Date: **And yet more and less about: The chilling truth about cold horsepower**
- Previous by thread: **Re: chillers**
- Next by thread: **And yet more and less about: The chilling truth about cold horsepower**
- Index(es):
  - **Date**
  - **Thread**

VIA FAX
FILED

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)      07 NOV -5 PM 4:48

**I. (a) PLAINTIFFS**

AQUA LOGIC, Inc., a California Corporation

**DEFENDANTS**

ESEALIFE, Inc., a Texas corporation, formerly known as CLERK, U.S. DISTRICT COURT
AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas SOUTHERN DISTRICT OF CALIFORNIA
corporation; and DOES 1-10, inclusive      BY ___ DEPUTY

**(b)** County of Residence of First Listed Plaintiff  San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  Harris, TX
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Ross G. Simmons - The Simmons Firm ALC
11440 W. Bernardo Court, Suite 390, San Diego, CA  92127
858-676-1668

Attorneys (If Known)

'07 CV  2119  H (POR)

**II. BASIS OF JURISDICTION** (Place an "✗" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "✗" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|                          | PTF | DEF |                                                       | PTF | DEF |
|--------------------------|-----|-----|-------------------------------------------------------|-----|-----|
| Citizen of This State    | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "✗" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|---|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☑ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "✗" IN ONE BOX ONLY)

- ☑ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. 1114, 1125(a), 1125(d) - Trademark infringement, trademark dilution, unfair competition, trade name infringement & registration of a domain name in violation of the Anti-Cybersquatting Consumer Protection Act.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**  $5,100,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):

JUDGE _____    DocketNumber _____

DATE  11/5/07

SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**

RECEIPT #  144197    AMOUNT $350  by 11/5/07    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144197   — BH
* * C O P Y * *
November 05, 2007
16:17:28**

**Civ Fil Non—Pris**
USAO #.: 07CV2119 CIVIL FILING
Judge..: MARILYN L HUFF
Amount.:                    $350.00 CK
Check#.: BC# 6544

**Total—>   $350.00**

FROM: AQUA LOGIC V. ESEALIFE
      CIVIL FILING