Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -5 PM 4: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,     Plaintiff,<br><br>vs<br><br>ESEALIFE, INC., a Texas corporation, formerly knows as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br>              Defendants. | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>'07 CV   2119   H (POR) |

TO: (Name and Address of Defendant)



YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ross G. Simmons - The Simmons Firm, A Law Corporation
11440 West Bernardo Court, Suite 390
San Diego, CA 92127
Telephone: 858-676-1667

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                             NOV. - 5 2007
        CLERK                                      DATE
     P. DELACRUZ

By _____, Deputy Clerk

Summons in a Civil Action                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)