Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,    Plaintiff, <br><br> vs <br><br> ESEALIFE, INC., a Texas corporation, formerly knows as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive, <br>    Defendants. | SUMMONS IN A CIVIL ACTION <br> Case No. <br><br> **'07 CV    2119    H (POR)** |

TO: (Name and Address of Defendant)

ESEALIFE AQUATICS, INC.
Registered Agent: Kin M. Li
4647 Pine Timbers Street, Suite 120
Houston, TX  77041

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ross G. Simmons - The Simmons Firm, A Law Corporation
11440 West Bernardo Court, Suite 390
San Diego, CA  92127
Telephone: 858-676-1667

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | NOV - 5 2007 |
|---|---|
| CLERK | DATE |
| *P. Dellatown* (signature) By                , Deputy Clerk | |

```
 1  ROSS G. SIMMONS, ATTORNEY AT LAW
    ROSS G. SIMMONS - SBN # 144656
 2  11440 W. BERNARDO COURT, #390
    SAN DIEGO, CA  921270000
 3  (858) 676-1668

 4  Attorney(s) for
```

```
 8            UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT

10  AQUA LOGIC, INC.                 ) Case No.: 07CV2119 H(POR)
             Plaintiff(s)            )
11                                   ) Proof(s) of Service
                   vs.               )
12                                   )    Esealife Aquatics, Inc.
    ESEALIFE, INC.                   )
13           Defendant(s)            )
                                     )
14                                   )
                                     )
15  _____)
```

| RETURN OF SERVICE - Esealife Aquatics, Inc. | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 11-8-07 @ 11:10AM |
| NAME OF SERVER Christopher Sampa | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: Luciano Zepeda, Manager

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____
Date

Signature of Server

Address of Server: 1500 W. Gray #146, Houston, TX 77004

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Subscribed and sworn before me this ___ day of November 2007

COURTNEY TERRELL
Notary Public, State of Texas
My Commission Expires 03-09-2011