Ross G. Simmons (CA BAR NO. 144656)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858 676-1839

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 3:07-cv-02119-H-POR |

## PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT

Plaintiff, Aqua Logic, Inc., by and through its counsel, Ross G. Simmons, of The Simmons Firm, ALC, hereby requests that the Clerk of this Court enter default against the Defendants, eSealife, Inc., and eSealife Aquatics, Inc., pursuant to Federal Rule of Civil Procedure 55(a), on the grounds that the

Defendants have failed to answer or otherwise respond to Plaintiff's Complaint.

The evidence already on file with this court, and verified by the attached Affidavit, indicate the following:

1. Plaintiff filed its original complaint on November 5, 2007, praying for injunctive relief, court orders, and damages in the amount of five million dollars ($5,000,000), treble damages, statutory damages in the amount of one hundred thousand dollars ($100,000), court costs, and attorney fees.
2. Defendant eSealife, Inc. was served a copy of this complaint and summons on November 8, 2007, at 4647 Pine Timbers Street, Suite 120, Houston, Texas 77041.
3. Defendant eSealife Aquatics, Inc. was served on November 8, 2007, at 4647 Pine Timbers Street, Suite 120, Houston, Texas 77041.
4. Plaintiff electronically filed Affidavits of Service for Summons & Complaint regarding eSealife, Inc. and eSealife Aquatics, Inc. with the court on November 21, 2007.
5. Plaintiff received electronic confirmations from this court for both filings on November 21, 2007.
6. Pursuant to Federal Rules of Civil Procedure 12(a)(1)(a)(i) and 6(a)(1), Defendants had twenty (20) days from the date of service, excluding the date of service, within which to respond to Plaintiff's summons and complaint. As service on both Defendants occurred on November 8, 2007, an answer was due on or before November 28, 2007.

7. Upon information and belief, Defendants are not minors or incompetent.

8. Plaintiff drafted, served, and now files this Request and attached Affidavit upon information and belief that Defendants have not answered, nor otherwise responded to the complaint and summons.

WHEREFORE, in light of the foregoing, Plaintiff hereby respectfully requests that the Clerk of this Court effect an Entry of Default against Defendants eSealife, Inc., and eSealife Aquatics, Inc. for the relief outlined above and summarized in the attached Affidavit.

Dated this December 7, 2007, and respectfully submitted,

Ross G. Simmons (CA BAR NO. 144656)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127
T: 858.676.1668
F: 858.676.1839
E: ross@rblaw.com

**ATTORNEY FOR PLAINTIFF**