1  Ross G. Simmons (CA BAR NO. 144656)
   THE SIMMONS FIRM, ALC
2  11440 W. Bernardo Ct.
   Suite 390
3  San Diego, CA 92127
   Phone: (858) 676-1668
4  Facsimile: (858 676-1839

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  AQUA LOGIC, INC., a California )
    corporation,                   )
12                                 )
                                   )
13          Plaintiff,             )
                                   )
14      vs.                        )
                                   )  Case No. 3:07-cv-02119-H-POR
15  ESEALIFE, INC., a Texas        )
    corporation, formerly known as )
16  AQUALOGICS, INC.; ESEALIFE     )
    AQUATICS, INC., a Texas        )
17  corporation; and DOES 1-10,    )
    inclusive,                     )
18                                 )
                                   )
19          Defendants.            )
                                   )
20                                 )
                                   )
21  _____

22           **PLAINTIFF'S JUDGMENT REQUEST AFFIDAVIT**

23

24  Plaintiff, Aqua Logic, Inc., by and through its counsel, Ross G.

25  Simmons, of The Simmons Firm, ALC, hereby files with the Clerk

26  of this Court an affidavit showing the Default Judgment amount

27  due, pursuant to Federal Rule of Civil Procedure 55(b)(1).

28  ///

1. Plaintiff's complaint specifically prayed for the following relief:

   a. An injunction to enjoin Defendants from further infringement of Plaintiff's AQUA LOGIC mark;

   b. An injunction to compel Defendants to take affirmative steps to remove its infringing AQUALOGICS mark from commerce;

   c. A written oath detailing Defendants' compliance with both injunctions;

   d. An order demanding the destruction of all infringing materials within the control of Defendants;

   e. Compensatory damages in the amount of five million dollars ($5,000,000);

   f. Compensatory damages for all profits proven in excess of five million dollars ($5,000,000);

   g. Transfer of the http://www.aqlogics.com domain name to Plaintiffs;

   h. Statutory damages in the amount of one hundred thousand dollars ($100,000) for violation of the Anticybersquatting Consumer Protection Act;

   i. Compensatory damages for Plaintiff's proven actual damages;

   j. Treble damages for Defendant's profits, estimated to be five million dollars ($5,000,000), and Plaintiff's proven actual damages;

   k. Costs related to filing and pursuing this action;

///

///

l. Attorney fees;

m. An order precluding Defendants from filing an application to register the infringing AQUALOGICS mark, and/or directing the cancellation of any such registrations; and

n. Punitive and exemplary damages.

2. Upon Entry of Default against Defendants, Plaintiff respectfully requests that the Clerk grant the following relief, which was specifically plead as required by Federal Rule of Civil Procedure 55(b)(1):

a. Injunctions, pursuant to Plaintiff's prayer for relief.

b. Orders, pursuant to Plaintiff's prayer for relief.

c. Transfer of the http://www.aqlogics.com domain name, pursuant to Plaintiff's prayer for relief;

d. Costs and attorney fees, pursuant to Plaintiff's prayer for relief and Federal Rule of Civil Procedure 55(b)(1).

e. Treble damages in the amount of fifteen million dollars ($15,000,000), three times the amount of profits specifically plead, which was five million dollars ($5,000,000).

f. Statutory damages in the amount of one hundred thousand dollars ($100,000).

WHEREFORE, in light of the foregoing, Plaintiff hereby respectfully requests that the Clerk of this Court enter

///

Plaintiff's Judgment Request Affidavit
3:07-cv-02119-H-POR

1  judgment for an amount of fifteen million one hundred thousand

2  dollars ($15,100,000), as well as the judicial relief sought.

3

4                    Dated this December 7, 2007, and
                     respectfully submitted,
5

6

7                    Ross G. Simmons (CA BAR NO. 144656)
                     THE SIMMONS FIRM, ALC
8                    11440 N. Bernardo Ct., Suite 390
                     San Diego, CA 92127
                     T: 858.676.1668 F: 858.676.1839
9                    E: ross@rblaw.com

10                   **ATTORNEY FOR PLAINTIFF**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          4