1  Ross G. Simmons (CA BAR NO. 144656)
   THE SIMMONS FIRM, ALC
2  11440 W. Bernardo Ct.
   Suite 390
3  San Diego, CA 92127
   Phone: (858) 676-1668
4  Facsimile: (858 676-1839

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9             SOUTHERN DISTRICT OF CALIFORNIA

10
   AQUA LOGIC, INC., a California  )
11 corporation,                    )
                                   )
12          Plaintiff,             )
                                   )  Case No. 3:07-cv-02119-H-POR
13      vs.                        )
                                   )  **DECLARATION OF SERVICE**
14 ESEALIFE, INC., a Texas         )
   corporation, formerly known as  )
15 AQUALOGICS, INC.; ESEALIFE      )  Person served:
   AQUATICS, INC., a Texas         )  Kiin-Ming Li, Registered Agent
16 corporation; and DOES 1-10,     )  ESEASLIFE, INC.
17 inclusive,                      )  4647 Pine Timbers Street
                                   )  Suite 120
18          Defendants.            )  Houston, Texas 77041
19                                 )
                                      Date Served: December 7, 2007
20 ─────────────────────────────────

21 I, the undersigned declare under penalty of perjury that I am

22 over the age of eighteen years and not a party to this action;

23 that I served the above named person the following documents:

24    1. PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT

25    2. PLAINTIFF'S JUDGMENT REQUEST AFFIDAVIT

26 in the following manner:

27

28 ///

                              1

1  By placing a copy in a separate envelope, with postage fully

2  prepaid, for the person and address listed above and depositing

3  the envelope in the U.S. Mail (Certified Mail) at 11440 W.

4  Bernardo Court, San Diego, California, 92127 on December 7th,

5  2007 at 1:30 p.m.

6

7        Executed on December 7, 2007 at San Diego, California.

8

9

10                              Diana M. Niquette

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Service
3:07-cv-02119-H-POR