Ross G. Simmons (CA BAR NO. 144656)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858 676-1839

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:07-cv-02119-H-POR<br><br>**DECLARATION OF SERVICE**<br><br>Person served:<br>Kin M. Li, Registered Agent<br>ESEASLIFE AQUATICS, INC.<br>4647 Pine Timbers Street<br>Suite 120<br>Houston, Texas 77041<br><br>Date Served: December 7, 2007 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

   1. PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT

   2. PLAINTIFF'S JUDGMENT REQUEST AFFIDAVIT

in the following manner:

///

1 | By placing a copy in a separate envelope, with postage fully
2 | prepaid, for the person and address listed above and depositing
3 | the envelope in the U.S. Mail (Certified Mail) at 11440 W.
4 | Bernardo Court, San Diego, California, 92127 on December 7th,
5 | 2007 at 1:30 p.m.

Executed on December 7, 2007 at San Diego, California.

_____
Diana M. Niquette