# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aqua Logic, Inc., a California corporation<br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs<br><br>eSealife, Inc., a Texas corporation, formely known as Aqualogics, Inc.; eSealife Aquatics, Inc., a Texas corporation; and DOES 1-10, inclusive<br>　　　　　　　　　　　　　　Defendant, | Civil No.　　07-CV-2119-H-POR<br>**DEFAULT** |

　　It appears from the records in the above entitled action that Summons issued on the original Complaint filed on 11/05/2007 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered.

　　　　　　　　　　　　　　eSealife, Inc
　　　　　　　　　　　　　　eSealife Aquatics, Inc

**Entered On:**　　December 11, 2007　　　　　　W. SAMUEL HAMRICK, JR., CLERK

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　, Deputy