Andres F. Quintana (SBN 190525)
**QUINTANA LAW GROUP**
A Professional Law Corporation
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 914-2100
Facsimile: (818) 914-2101
Email: andres@qlglaw.com

Attorneys for Defendants
eSealife, Inc. and eSealife Aquatics, Inc.

Ross G. Simmons (SBN 144656)
**THE SIMMONS FIRM, ALC**
11440 West Bernardo Court, Suite 390
San Diego, California 92127
Telephone: (858) 676-1668
Facsimile: (858) 676-1839
Email: ross@rblaw.com

Attorneys for Plaintiff
Aqua Logic, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>         Defendants. | CASE NO. 07 CV 2119 H (POR)<br><br>**JOINT STIPULATION TO VACATE THE DEFAULTS OF DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC. AND PERMIT DEFENDANTS TO ANSWER THE COMPLAINT**<br><br>[[Proposed] Order Vacating Defaults of Defendants eSealife, Inc. and eSealife Aquatics, Inc. and Permitting Defendants to File Their Answer to Complaint Lodged Concurrently Herewith] |

Plaintiff Aqua Logic, Inc. ("Plaintiff") and Defendants eSealife, Inc. and eSealife Aquatics, Inc. ("Defendants"), each acting by and through their respective counsel of record, enter into this Stipulation based on the following facts, subject to the Court's approval:

WHEREAS, on November 5, 2007, Plaintiff filed its Complaint for Trademark Infringement, Trademark Dilution, Unfair Competition, Cybersquatting and Trade Name Infringement against Defendants eSealife, Inc. and eSealife Aquatics, Inc.;

WHEREAS, on December 7, 2007, Plaintiff filed its Request for Entry of Clerk Default against Defendants eSealife, Inc. and eSealife Aquatics, Inc.;

WHEREAS, on December 11, 2007, the defaults of Defendants eSealife, Inc. and eSealife Aquatics, Inc. were entered;

WHEREAS, on December 14, 2007, Defendants eSealife, Inc. and eSealife Aquatics, Inc. retained the Quintana Law Group, APC, as their attorneys of record for this matter;

WHEREAS, on December 18, 2007, Defendants' counsel requested and Plaintiff's counsel agreed to vacate the defaults so that Defendants could file their Answer to the Plaintiff's Complaint.

NOW WHEREFORE, subject to this Court's approval, IT IS STIPULATED AND REQUESTED THAT:

(1) The default of Defendant eSealife, Inc., entered on December 11, 2007, be vacated;

(2) The default of Defendant eSealife Aquatics, Inc., entered on December 11, 2007, be vacated; and

(3) Defendants eSealife, Inc. and eSealife Aquatics, Inc. be permitted to file their Answer to the Plaintiff's Complaint within seven (7) days from entry of the Court's Order vacating the defaults.

1
2  DATED: December 6, 2007

RESPECTFULLY SUBMITTED

QUINTANA LAW GROUP
A Professional Law Corporation

By: _____
Andres F. Quintana
Attorneys for Defendants
eSealife, Inc. and eSealife Aquatics, Inc.

8  DATED: December 28, 2007

THE SIMMONS LAW FIRM, ALC

By: _____
Ross G. Simmons
Attorneys for Plaintiff Aqua Logic, Inc.

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On December 28, 2007, I served the document described as

**[PROPOSED] ORDER VACATING DEFAULTS OF DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC. AND PERMITTING DEFENDANTS TO FILE THEIR ANSWER TO THE COMPLAINT**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on December 28, 2007 at Woodland Hills, California.

_____
Beatriz Singleton

Quintana Law Group, APC

07 CV 2119 H (POR)

## SERVICE LIST

Ross G. Simmons, Esq.
THE SIMMONS FIRM, ALC
11440 West Bernardo Court
Suite 390
San Diego, California 92127
Telephone: (858) 676-1668
Facsimile: (858) 676-1839

Attorneys for Plaintiff Aqua Logic, Inc.