# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 07-CV-2119 H (POR)<br><br>**ORDER VACATING DEFAULT OF DEFENDANTS ESEALIFE, INC., AND ESEALIFE AQUATICS, INC.** |

　　　On November 5, 2007, plaintiff Aqua Logic, Inc. filed a complaint against defendants eSealife, Inc. and eSealife Aquatics, Inc. ("Defendants"). (Doc. No. 1.) On December 7, 2007, plaintiff filed a request for entry of default. (Doc. No. 5.) The Clerk entered the defaults of both Defendants on December 11, 2007. (Doc. No. 6.) On January 2, 2008, the parties filed a joint motion to vacate the defaults of Defendants. (Doc. No. 7.) The Court grants the motion and orders that the defaults of eSealife, Inc. and eSealife Aquatics, Inc. be vacated. Defendants shall answer or otherwise respond to plaintiff's complaint by January 14, 2008.

IT IS SO ORDERED.

DATED: January 3, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT