UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Civil No.   07cv2119-H (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On March 5, 2008, the Court held an Early Neutral Evaluation. Ross Simmons, Esq., counsel for Plaintiff, and Andres Quintana, Esq., counsel for Defendants, appeared before the Court. Based on counsel's representation they are engaged in active settlement discussions, the Court delays issuing Rule 26 dates. The Court hereby schedules a Settlement Conference on **April 15, 2008** at **10:00 a.m.** *All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference.* Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference. *Failure of required counsel and parties to appear <u>in person</u> will be cause for the imposition of sanctions.* All conference discussions will be informal, off the record, privileged, and confidential.

///

The Court will issue Rule 26 dates if the case does not settle at the Settlement Conference.

**IT IS SO ORDERED.**

DATED: March 17, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Marilyn L. Huff
all parties