UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>                                 Plaintiff,<br><br>         v.<br><br>ESEALIFE, INC., a Texas corporation,<br>formerly known as AQUALOGICS, INC.;<br>ESEALIFE AQUATICS, INC., a Texas<br>corporation; and DOES 1-10, inclusive,<br><br>                                 Defendants. | Civil No.   07cv2119-H (POR)<br><br>**ORDER REGARDING RULE 26 DATES** |

On April 15, 2008, the Court held a Settlement Conference. Appearing before the Court were Ross G. Simmons, Esq., counsel for Plaintiff; Douglas Russell, a representative of Plaintiff; John M. Houkom, Esq., counsel for Defendants; and Ken Li, a representative of Defendants. The case did not settle. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. A Settlement Conference shall be held on **May 8, 2008** at **1:30 p.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Defense counsel shall initiate and coordinate the call.

2. The Rule 26(f) conference shall be completed on or before **May 9, 2008**.

3. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **May 19, 2008**.

4. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be

made on or before **May 23, 2008**.

5. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **May 30, 2008** at **9:30 a.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Plaintiff's counsel shall initiate and coordinate the call.

6. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

7. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: April 16, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Marilyn L. Huff
    all parties