1  Andres F. Quintana (SBN 190525)
   **QUINTANA LAW GROUP**
2  A Professional Law Corporation
   Warner Center Tower
3  21650 Oxnard Street, Suite 700
   Woodland Hills, California 91367
4  Telephone: (818) 914-2100
   Facsimile: (818) 914-2101
5  Email: andres@qlglaw.com

6  Attorneys for Defendants
   eSealife, Inc. and eSealife Acquatics, Inc.
7

8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>           Defendants. | CASE NO. 07 CV 2119 H (POR)<br><br>**NOTICE OF MOTION AND MOTION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**<br><br>Date: May 19, 2008<br>Time: 10:30 a.m.<br>Place: Department 13<br><br>[Points and Authorities Filed Concurrently Herewith and [Proposed] Order Lodges Concurrently Herewith] |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on May 19, 2008, at 10:30 a.m. in Department 13 before the Honorable Marilyn L. Huff, located at 940 Front Street, San Diego, California 92101-8900, the law firm of Quintana Law Group, APC ("QLG"), counsel for Defendants eSealife, Inc. and eSealife Aquatices, Inc. (collectively "ESEALIFE" or "Defendants") will and does hereby bring this motion for leave to withdraw as counsel of ESEALIFE ("Motion").

By this Motion, QLG seeks to withdraw as counsel of record for ESEALIFE because various circumstances make the continued representation of ESEALIFE unreasonably difficult for QLG, including that ESEALIFE is no longer an ongoing business entity, has no apparent ability to pay outstanding sums due and owing QLG for professional legal services rendered, and has no apparent ability to pay QLG future attorneys' fees and costs in this and other matters.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Andres F. Quintana, and all oral and documentary evidence, which may be presented at or prior to the hearing on this Motion.

WHEREFORE, QLG respectfully requests the Court to grant the Motion allowing QLG to withdraw as counsel, and grant such further relief as the Court deems appropriate.

DATED: April 18, 2008

QUINTANA LAW GROUP
A Professional Law Corporation

By: _____
Andres F. Quintana
Attorneys for Defendants
eSealife, Inc. and eSealife Aquatics, Inc.

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On April 18, 2008, I served the document described as

**NOTICE OF MOTION AND MOTION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**

on counsel for the parties in this action, or on the parties *in propria persona*, addressed as stated on the attached service list:

[X]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at 21816 Victory Boulevard, Woodland Hills, California 91367.

[ ]   BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on April 18, 2008 at Woodland Hills, California.

Beatriz Singleton

## SERVICE LIST

Ross G. Simmons (SBN 144656)
**THE SIMMONS FIRM, ALC**
11440 West Bernardo Court, Suite 390
San Diego, California 92127

Attorneys for Plaintiff
Aqua Logic, Inc.


Mr. Ken Li
eSealife, Inc.
eSealife, Aquatics, Inc.
4647 Pine Timbers Street, Suite 120
Houston, Texas 77041

Officer of Defendants eSealife, Inc. and
eSealife, Aquatics, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On April 18, 2008, I served the document described as

**NOTICE OF MOTION AND MOTION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[ ]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at 21816 Victory Boulevard, Woodland Hills, California 91367.

[ ]   BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on April 18, 2008 at Woodland Hills, California.

_Beatriz Singleton_

5

07 CV 2119 H (POR)

## SERVICE LIST

Mr. Ken Li
eSealife, Inc.
eSealife, Aquatics, Inc.
4647 Pine Timbers Street, Suite 120
Houston, Texas 77041

Officer of Defendants eSealife, Inc. and eSealife, Aquatics, Inc.