Ross G. Simmons (CA BAR NO. 144656)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858 676-1839

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:07-cv-02119-H-POR<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Date: May 19, 2008<br>Time: 10:30 a.m.<br>Place: Department 13 |

Counsel for Plaintiff Aqua Logic, Inc. ("Aqua Logic") acknowledges timely receipt of Opposing counsel Quintana Law Group, APC's ("QLG") Notice of Motion and Motion to Withdraw as Counsel of Record for Defendants eSealife, Inc. and eSealife Aquatics, Inc. on April 18, 2008.

///

1
Plaintiff's Response to Defendant's
Motion to Withdraw as Attorney of Record
3:07-cv-02119-H-POR

Plaintiff does not object to QLG's Motion to Withdraw as Counsel of Record.

This 9th day of May, 2008.

                    Respectfully submitted,

                    THE SIMMONS FIRM, A.L.C.

                    By: _____
                    Ross G. Simmons
                    Attorney for Plaintiff

2

Plaintiff's Response to Defendant's
Motion to Withdraw as Attorney of Record
3:07-cv-02119-H-POR

PROOF OF SERVICE BY MAIL
C.C.P. 1013a

I declare that I am a resident of or employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within entitled cause. The name and address of my residence or business is: Diana M. Niquette – 11440 West Bernardo Court, Suite 390, San Diego, CA 92127.

I am readily familiar with the ordinary practice of the business of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

On May 9, 2008, I served the Plaintiff's Response to Defendant's Motion to Withdraw as Attorney of Record on the party listed below by placing a true copy thereof enclosed in a sealed envelope for collection and mailing in the United States Postal Service following ordinary business practices at San Diego, California addressed as follows:

Andres F. Quintana
Quintana Law Group
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 9, 2008 at San Diego, California.

_____Diana M. Niquette_____