UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ESEALIFE, INC., a Texas corporation,<br>formerly known as AQUALOGICS, INC.;<br>ESEALIFE AQUATICS, INC., a Texas<br>corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Civil No.    07cv2119-H (POR)<br><br>**ORDER SCHEDULING SETTLEMENT<br>CONFERENCE** |

On May 8, 2008, the Court held a Settlement Conference.  Ross Simmons, Esq., counsel for Plaintiff, and John Houkom, Esq., counsel for Defendants, appeared before the Court.  Plaintiff's counsel indicated that a final settlement proposal was made, and therefore, additional time is needed to discuss the proposal with the parties.  Based thereon, the Court hereby schedules a Settlement Conference on **May 12, 2008** at **10:00 a.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Defendants shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED:  May 9, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:          The Honorable Marilyn L. Huff
             all parties

- 1 -