UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>                                   Plaintiff,<br>       v.<br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>                                   Defendants. | Civil No.   07cv2119-H (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On May 12, 2008, the Court held a Settlement Conference. Ross Simmons, Esq., counsel for Plaintiff, and John Houkom, Esq., counsel for Defendants, appeared before the Court. Counsel represent that the parties are still engaged in settlement discussions. Based thereon, the Court hereby schedules a Settlement Conference on **May 15, 2008** at **9:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Defendants shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: May 12, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:       The Honorable Marilyn L. Huff
          all parties