UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Civil No.   07cv2119-H (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On May 15, 2008, the Court held a Settlement Conference. Ross Simmons, Esq., counsel for Plaintiff, and John Houkom, Esq., counsel for Defendant, appeared before the Court. The case did not settle. Based thereon, the Court hereby schedules a Settlement Conference on **May 30, 2008** at **2:00 p.m.** in the chambers of the Honorable Louisa S Porter.

*All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference.* Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference. *Failure of required counsel and parties to appear in person will be cause for the imposition of sanctions.* All conference discussions will be informal, off the record, privileged, and confidential.

If the case does not settle at the Settlement Conference, a Case Management Conference

1  shall follow immediately thereafter.  Therefore, the Case Management Conference set for May 30,
2  2008 at 9:30 a.m. is hereby VACATED.
3       **IT IS SO ORDERED.**

5  DATED:  May 16, 2008

                                                    _____
7                                                      LOUISA S PORTER
                                                    United States Magistrate Judge

9  cc:        The Honorable Marilyn L. Huff
10            all parties