Ross G. Simmons (SBN 144656)
**THE SIMMONS FIRM, ALC**
11440 West Bernardo Court, Suite 390
San Diego, California 92127
Telephone: (858) 676-1668
Facsimile: (858) 676-1839
Email: ross@rblaw.com

Attorneys for Plaintiff
Aqua Logic, Inc.


Andres F. Quintana (SBN 190525)
John M. Houkom (SBN 203240)
**QUINTANA LAW GROUP**
A Professional Law Corporation
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 914-2100
Facsimile: (818) 914-2101
Email: andres@qlglaw.com

Attorneys for Defendants
eSealife, Inc. and eSealife Aquatics, Inc.

## UNITED STATED DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation, | ) Civil No. 07cv2119-H (POR) |
| Plaintiff, | ) |
| v. | ) |
| ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10 inclusive, | ) HON. LOUIS A. PORTER<br>) **JOINT DISCOVERY**<br>) **PLAN** |
| Defendants. | ) |

1

## BACKGROUND

Plaintiff Aqua Logic, Inc. filed its complaint on November 5, 2007. Defendants eSealife, Inc. (formerly known as Aqualogics, Inc.) and eSealife Aquatics, Inc. (collectively, the "Defendants"), failed to answer or otherwise respond to Plaintiff's Complaint within twenty days from the date of service. Wherefore, on December 7, 2007, Plaintiff's counsel requested an Entry of Default against Defendants. Upon a January 2, 2008 joint stipulation of the parties, that default was put aside on January 3, 2008. On January 9, 2008, Defendants filed their Answer to Plaintiff's Complaint and Demand for Jury Trial. Defendants denied the allegations of the Complaint, specifically denying all allegations in connection with Counts One (1) through Eight (8), and asserting the affirmative defenses of innocent infringement, fair use, the statute of limitations, and the doctrines of waiver, estoppel, laches, and unclean hands.

On April 15, 2008, the Court held a Settlement Conference which was attended by representatives of Plaintiff and Defendants and the parties' counsel. In accordance with Federal Rule of Civil Procedure 26 and order of the Court, counsel for the parties conducted a telephonic Settlement Conference on May 8, 2008, and completed the Rule 26(f) conference on May 9, 2008. Draft 26(a) initial disclosures and a draft discovery plan by Plaintiff were submitted to defense

counsel in advance of the telephonic Settlement Conference. A settlement having not been reached, this Joint Discovery Plan is hereby submitted to the Court.

A Case Management Conference is scheduled for May 30, 2008.

### DISCOVERY

*Initial Disclosures.* As required by Rule 26(a), Plaintiff and Defendants will exchange initial disclosures no later than May 23, 2008. Counsel for Plaintiff and counsel for Defendants have agreed that this deadline can be met.

*Subjects of Discovery.* The subjects on which discovery may be needed include:

a. Plaintiff's continuous use of the Aqua Logic trademark on its products, company containers, advertisements, and other materials over the last two decades;

b. Plaintiff's proper registration of its intellectual property rights in relation to the Aqua Logic trademark;

c. Goodwill Plaintiff has established with consumers in the fish-tank and aquarium industry since 1989;

d. Labor and capital Plaintiff has invested in establishing goodwill in connection with the Aqua Logic trademark;

e. Plaintiff's efforts to police its alleged trademark;

 f. Actual and likelihood of confusion of Defendants' purportedly infringing mark with Plaintiff's mark;

 g. Defendants' efforts to intentionally mislead the public as to Defendants' identity;

 h. Harm suffered by Plaintiff as a result of Defendants' allegedly improper actions; and

 i. Communications between Plaintiff and Defendants.

*Timing of Discovery.* The parties contend that discovery should be completed as follows:

| Deadlines for discovery: | Plaintiff's Proposal | Defendants' Proposal |
| --- | --- | --- |
| Close of Fact Discovery | June 27, 2008 | August 15, 2008 |
| Simultaneous Exchange of Expert Reports | July 18, 2008 | August 29, 2008 |
| Simultaneous Exchange of Rebuttal Expert Reports | August 15, 2008 | September 15, 2008 |
| Close of Expert Discovery | August 29, 2008 | September 30, 2008 |
| Filing of Dispositive Motions | September 26, 2008 | October 31, 2008 |
| Pretrial Conference | October 24, 2008 | November 28, 2008 |

The parties agree that discovery need not be conducted in phases. Discovery should be limited to the subjects above.

*Limitations on Discovery.* The Plaintiff and the Defendants otherwise agree that discovery in this case should be governed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

Respectfully submitted this 19th day of May, 2008.

**THE SIMMONS FIRM, ALC**
Attorneys for Plaintiff

By: _____
Ross G. Simmons
California State Bar No. 144656

Suite 390 The Promontory
11440 West Bernardo Court
San Diego, California 92127
(858) 676-1668
(858) 676-1839 facsimile

**QUINTANA LAW GROUP, APC**
Attorneys for Defendants
eSealife, Inc. and eSealife Aquatics, Inc.

By: _____
John M. Houkom
California State Bar No. 203240

Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 914-2100
Facsimile: (818) 914-2101
Email: andres@qlglaw.com