## Certificate of Service

I HEREBY CERTIFY that on this 23rd day of May, 2008, a true and correct copy of the foregoing INITIAL DISCLOSURES AS REQUIRED BY FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) was served by U.S. Postal Service first class mail, in a sealed envelope, with postage prepaid upon the following:

Andres F. Quintana (SBN 190525)
**QUINTANA LAW GROUP, APLC**
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 914-2100
Facsimile: (818) 914-2101
Attorney for Defendants eSealife, Inc. and eSealife Aquatics, Inc.

_____
Diana M. Niquette, Paralegal
The Simmons Firm ALC