Ross G. Simmons (CA Bar No. 144656)
Juliette C. Gonsalves (CA Bar. No. 253369)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858) 676-1839
Attorney for Plaintiff Aqua Logic, Inc.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:07-cv-02119-H-POR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM STIPULATED ORDER VACATING DEFAULTS OF DEFENDANTS AND MOTION TO REINSTATE DEFAULTS**<br><br>Date: July 21, 2008<br>Time: 10:30 a.m.<br>Place: Department 13<br><br>[Memorandum of Law Filed Concurrently Herewith and [Proposed] Order Lodges Concurrently Herewith] |

## MOTION TO RECONSIDER

PLEASE TAKE NOTICE that on July 21, 2008, the undersigned attorneys for Plaintiff Aqua Logic, Inc. ("Aqua Logic") will move the Court for relief from the Joint Stipulation to Vacate the Defaults of Defendants eSealife, Inc. and eSealife Aquatics, Inc. and, by extension, the Order Vacating Default of Defendants eSealife, Inc. and eSealife Aquatics, Inc.

Additionally, attorneys for Plaintiff will move for an Order reinstating the Defaults against Defendants. In support of this Motion, Plaintiff will rely upon the accompanying Memorandum of Law and the Declaration of Ross G. Simmons, and all oral and documentary evidence, which may be presented at or prior to the hearing on this Motion.

Wherefore, attorneys for Plaintiff respectfully request the Court to grant the Motion allowing relief from the Joint Stipulation to Vacate the Defaults of Defendants, additionally, grant the Motion reinstating the Defaults against Defendants, and grant such further relief as the Court deems appropriate.

On this 18th day of June, 2008.

Respectfully submitted,

THE SIMMONS FIRM, A.L.C.

By: _____
Ross G. Simmons
Attorney for Plaintiff

# PROOF OF SERVICE BY MAIL

I, Diana M. Niquette, declare that: I am over the age of 18 and not a party to the within action; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 11440 West Bernardo Court, Suite 390, San Diego, California 92127.

I further declare that I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On June 18, 2008, I caused to be served the foregoing documents described as:

1. **Plaintiff's Notice of Motion and Motion for Relief From Stipulated Order Vacating Defaults of Defendants and Motion to Reinstate Defaults;**
2. **Memorandum of Law in Support of Motion For Relief From Stipulated Order Vacating Defaults of Defendants and Motion to Reinstate Defaults.**

by placing a true copy of the documents in an envelope addressed to counsel as follows:

Andres F. Quintana
**QUINTANA LAW GROUP, APLC**
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367

I then sealed the envelope, with postage for certified mail, return receipt requested thereon fully prepaid, and I placed it for deposit in the United States Postal service, this same day, at my business address shown above, following ordinary business practices.

Executed on June 18, 2008 at San Diego, California.

_Diana M. Niquette_  _[signature]_
Type or Print Name       Signature