Ross G. Simmons (CA Bar No. 144656)
Juliette C. Gonsalves (CA Bar No. 253369)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858) 676-1839
Attorney for Plaintiff Aqua Logic, Inc.

# IN THE UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:07-cv-02119-H-POR<br><br>**PLAINTIFF'S MOTION AND NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT TO NAME DOE DEFENDANT NUMBER ONE**<br><br>**Date:  July 21, 2008**<br>**Time:  10:30 a.m.**<br>**Place:  Department 13**<br><br>**[Memorandum of Law and Declaration of Ross G. Simmons Filed Concurrently Herewith and [Proposed] Order Lodges Concurrently Herewith]** |

    PLEASE TAKE NOTICE that Plaintiff Aqua Logic, Inc. is filing a Motion to Amend

Complaint pursuant to Rule 15(a) of the <u>Federal Rules of Civil Procedure</u>.  This motion is made

on the grounds that:

///

1    Plaintiff's Motion and Notice of Motion
For Leave to Amend Complaint to Name Doe
Defendant Number One

1. The amendment is necessary to substitute an individual, Mr. Ken Li, for Doe Defendant Number One (1).

2. The amendment will not prejudice any party to this action.

3. A copy of the proposed amended complaint is attached as Exhibit A.

On this 16th day of June, 2008.

Respectfully submitted,

THE SIMMONS FIRM, A.L.C.

By: _____
Ross G. Simmons
Attorney for Plaintiff

2    Plaintiff's Motion and Notice of Motion
For Leave to Amend Complaint to Name Doe
Defendant Number One

## PROOF OF SERVICE BY MAIL

I, Diana M. Niquette, declare that: I am over the age of 18 and not a party to the within action; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 11440 West Bernardo Court, Suite 390, San Diego, California 92127.

I further declare that I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On June 18, 2008, I caused to be served the foregoing documents described as:

1. **Plaintiff's Motion and Notice of Motion for Leave to Amend Complaint to Name Doe Defendant Number One;**
2. **Memorandum of Law in Support of Motion to Amend Complaint;**
3. **Declaration in Support of Motion to Amend Complaint.**

by placing a true copy of the documents in an envelope addressed to counsel as follows:

Andres F. Quintana
**QUINTANA LAW GROUP, APLC**
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367

I then sealed the envelope, with postage for certified mail, return receipt requested thereon fully prepaid, and I placed it for deposit in the United States Postal service, this same day, at my business address shown above, following ordinary business practices.

Executed on June 18, 2008 at San Diego, California.


  Diana M. Niquette
Type or Print Name             Signature