Ross G. Simmons (CA Bar No. 144656)
Juliette C. Gonsalves (CA Bar No. 253369)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858) 676-1839
Attorney for Plaintiff Aqua Logic, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 3:07-cv-02119-H-POR<br><br>**DECLARATION IN SUPPORT OF MOTION TO AMEND COMPLAINT**<br>**(Fed. R. Civ. P. 15(a))**<br><br>Date: July 21, 2008<br>Time: 10:30 a.m.<br>Place: Department 13<br><br>[Notice of Motion and Motion, Memorandum of Law Filed Concurrently Herewith and [Proposed] Order Lodges Concurrently Herewith] |

## DECLARATION OF ROSS G. SIMMONS

My name is Ross Simmons, and I am an attorney admitted to practice before this Court and the courts of the State of California. I declare under penalty of perjury that all of the following is true and correct of my personal knowledge and that if called as a witness in this matter, I could and would competently testify to each of the facts set forth below:

1. I am a shareholder in The Simmons Firm, ALC, attorneys for Plaintiff in this matter. I am, therefore, fully familiar with the facts and circumstances in this action.

2. This declaration is submitted in support of the Motion to Amend Complaint filed on June 16, 2008, to which this declaration is attached.

3. The original complaint in this matter demanded judgment against Defendants-corporations for violating Plaintiff's intellectual property rights.

4. In my attempts to seek an expeditious and economical resolution to this case in the best interests of my client, I have discovered that the owner of the Defendants-corporations, Mr. Ken Li, has abused the corporate structure by using the corporations as his alter ego. At least twice in May 2008, Mr. Li has, on behalf of his entities agreed to contractual terms disposing of this matter, only to renege on the eve of their closing. He has routinely misrepresented and intentionally commingled the actions the two Defendant entities with his own involvement and actions, promoting and ongoing squandering of judicial resources and burgeoning damages for Plaintiff.

5. The amended complaint seeks to name Mr. Li as Doe Defendant One (1). All of the illegal conduct alleged in the original complaint is attributable to Mr. Li in his personal capacity. The amended complaint will therefore include an additional count charging Mr. Li under and alter ego theory of civil liability.

6. Granting Plaintiff's Motion to Amend Complaint will not cause undue delay because discovery has barely commenced in this matter. Indeed, the parties' most recent status conference with the Court was recently held on May 30, 2008.

7. The changes in the complaint could not possibly prejudice Defendants in their ability to defend on the merits because the claims of the amended complaint arise out of the same transaction and facts and circumstances as set forth in the original complaint.

This declaration was executed on June 16, 2008 at San Diego, California.

By: /s/ Ross G. Simmons
Ross G. Simmons

## PROOF OF SERVICE BY MAIL

I, Diana M. Niquette, declare that: I am over the age of 18 and not a party to the within action; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 11440 West Bernardo Court, Suite 390, San Diego, California 92127.

I further declare that I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On June 18, 2008, I caused to be served the foregoing documents described as:

1. **Plaintiff's Motion and Notice of Motion for Leave to Amend Complaint to Name Doe Defendant Number One;**
2. **Memorandum of Law in Support of Motion to Amend Complaint;**
3. **Declaration in Support of Motion to Amend Complaint.**

by placing a true copy of the documents in an envelope addressed to counsel as follows:

Andres F. Quintana
**QUINTANA LAW GROUP, APLC**
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367

I then sealed the envelope, with postage for certified mail, return receipt requested thereon fully prepaid, and I placed it for deposit in the United States Postal service, this same day, at my business address shown above, following ordinary business practices.

Executed on June 18, 2008 at San Diego, California.

_Diana M. Niquette_
Type or Print Name

_[signature]_
Signature