**Int. Cls.: 11 and 16**

**Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 29, 31, 34, 37, 38 and 50**

**Reg. No. 2,353,216**

## United States Patent and Trademark Office

**Registered May 30, 2000**

### TRADEMARK
**PRINCIPAL REGISTER**

### AQUA LOGIC

AQUA LOGIC, INC. (CALIFORNIA CORPORATION)
8280 CLAIREMONT MESA BOULEVARD, SUITE 127
SAN DIEGO, CA 92111

FOR: FISH TANK COOLING, HEATING AND RE-CIRCULATION SYSTEMS COMPRISED OF WATER CHILLERS, HEAT PUMPS AND ELECTRONIC TEMPERATURE CONTROLLERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5-5-1989; IN COMMERCE 6-12-1989.

FOR: FISH TANKS, NAMELY, AQUARIUMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-1-1989; IN COMMERCE 9-1-1989.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''AQUA'', APART FROM THE MARK AS SHOWN.

SER. NO. 75-522,772, FILED 7-21-1998.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2353216     SERIAL NO: 75/522772     MAILING DATE:  06/07/2006
REGISTRATION DATE: 05/30/2000
MARK:  AQUA LOGIC
REGISTRATION OWNER:  Aqua Logic, Inc.

**CORRESPONDENCE ADDRESS:**
ALENA HERRANEN
THE SIMMONS FIRM
SUITE 390
11440 WEST BERNARDO CT.
SAN DIEGO CA 92127

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
011, 016.

HUNTLEY, TIFFANY K
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL





Home/Office Aquariums | Tank Systems | Public Installation | Aquaculture/Research | Custom/OEM



ALL PRODUCTS

What sets Aqua Logic apart from the rest? Their ability to meet customers' specific needs. Knowledge of materials and process are the cornerstone of its state of the art manufacturing facility where all Aqua Logic's products are carefully designed and built by fabricating with titanium, stainless steel, aluminum, fiberglass, plastics and wood. Whether a customer requires an individual product, a fully integrated skid mounted system pack or a customer system designed to meet a specific LSS requirement, Aqua Logic's professional team will deliver solutions that are effective and efficient.

**Call or e-mail us today with your specifications and questions, and we will help you choose the right products for your application.**

**858.292.4773**
info@aqualogicinc.com



**4ft x 4ft Acrylic Tank w/ Waterfall**



**Custom, Precision Aquarium Fabrication**



**PVC Water Stops**



**PVC Skimmer Box with Adjustable Level Control**



Custom Fabrication on State of the Art Machines



Custom LSS Package





Temperature Controlled Coral Research System (Hawaii Institute of Marine Biology)



Insulated PVC Sump
8ft x 4ft x 4ft  (700 gallon)



Tank Construction

**Call or e-mail us today with your specifications and questions, and we will help you choose the right products for your application.**

**Mon. - Fri. 8:00AM to 4:30PM
858.292.4773**

**info@aqualogicinc.com**

Home  |  About Aqua Logic  |  Manuals & FAQs  |  Contact Us  |  Aquanetics Parts  |  Site Map

8268 Clairemont Mesa Blvd. Suite #302  |  San Diego  |  California  |  92111   858.292.4773  |  fax 858.279.0537

Water Chillers  |  Cold Loop Systems  |  Custom Fabrication  |  Filters  |  Flow Switches  |  Heat Exchangers  |  Heaters
Heat Pumps  |  Life Support Systems  |  UV Sterilizers  |  Tank Systems  |  Temperature Controllers  |  Water Pumps
Home & Office Aquariums  |  Tank Systems  |  Public Installations  |  Aquaculture & Research  |  Custom & OEM

http://www.aqualogicinc.com/custom-fabrication.htm                                   9/14/2007



## Tank Systems



**ALL PRODUCTS**

**Related Products**

Water Chillers
Temperature Controllers
Flow Switches
Filters
Water Pumps
UV Sterilizers
Tank Systems
LSS System Packs
Custom Fabrication
Replacement Parts
Accessories
Aquanetic Parts

**A**qua Logic is a leading manufacturer of aquatic animal systems for research and public use. We build a better product because we have extensive experience in both freshwater and marine environments.

Aqua Logic tank systems combine the best of talents...design, manufacturing and engineering. Your animals are only as healthy as their environment and the engineering system that provides support.

Our design experience provides state-of-the-art aquatic systems covering all varieties of organisms and applications.

"December of 2004 marked the date of our first Aqua Logic Bait System installation. Many more installations followed throughout the US in our other stores. Customer response to this product has been 100% positive. Downtime has been zero. Economic, quiet and east to operate, the Aqua Logic Bait System is simply the best.

David Robinson
Vice President
Robinson Wholesale, Inc.

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111   858.292.4773 | fax 858.279.0537

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM
Privacy Policy | Terms of Use

Copyright © 2007, Aqua Logic, Inc.  All rights reserved.

http://aqualogicinc.com/market/tank-systems.htm                                    10/8/2007





| Home/Office Aquariums | Tank Systems | Public Installations | Aquaculture/Research | Custom/OEM |

Aqua Logic believes that every detail should be taken into account when building a life support system for sea life. The first consideration has been to eliminate as much time as possible in maintenance to give our customers more control over the system. Proper refrigeration and filtration are very important factors for life support. We have studied this extensively and engineered our mechanical, bio and cooling systems for maximum efficiency. Every unit that Aqua Logic manufactures runs at peak performance, not only adding life to the tank, but assuring a more cost efficient operation. In addition to quality construction and engineering, we believe that the aesthetic value of any display is extremely important. To this end, we are constantly developing new constructions utilizing the latest innovations in insulated materials, laminates, metals and wood cabinet designs.



ALL PRODUCTS



### SEAFOOD RETAIL TANKS

AL SERIES - ACRYLIC/ WOOD
AL SERIES - THERMAL GLASS/STAINLESS
DS-170/100
DSR-100/100
WATERFALL



### SEAFOOD WHOLESALE TANKS

SFC SERIES
CFT-500
1200 GALLON FIBERGLASS STOCK



### BAIT & FEEDER GOLDFISH TANKS

LIVE BAIT SYSTEMS
FEEDER GOLDFISH SYSTEMS



### PLASTIC INSULATED TANKS

INSULATED TANKS
PVC SUMPS

### TABLE TOP TANKS

LABORATORY SPECIMENS
LABORATORY WATER BATH





### CUSTOM TANKS & TANK SYSTEMS

SEAFOOD
RESEARCH
AQUARIUMS

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111   858.292.4773 | fax 858.279.0537

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM
Privacy Policy | Terms of Use

Copyright © 2007, Aqua Logic, Inc.  All rights reserved.

http://aqualogicinc.com/products/tanks/index.htm                                        10/8/2007





## CUSTOM TANKS and TANK SYSTEMS

**ALL PRODUCTS**

What sets Aqua Logic apart from the rest? Their ability to meet customers' specific needs. Knowledge of materials and process are the cornerstone of its state of the art manufacturing facility where all Aqua Logic's products are carefully designed and built by fabricating with titanium, stainless steel, aluminum, fiberglass, plastics and wood. Aqua Logic's design expertise and manufacturing capabilities allows us to produce a wide range of tank and tank systems, whether it is a seafood display tank built to the customer's exact specifications or a rack of 24 individually temperature controlled research tanks for coral studies.

**Aqua Logic turns your ideas into reality.**




Acrylic 4ft x 4ft Water Fall Seafood Display Tank          Custom, Precision Aquarium Fabrication



**Temperature Controlled Coral Research System**
**(Hawaii Institute of Marine Biology)**



PVC Water Stops



Quarantine Tank Systems
(Shedd Aquarium)



Insulated PVC Sump Tank



Tank Construction

**Contact us for more information:**
**Mon. - Fri. 8:00AM to 4:30PM**
**858.292.4773**

**info@aqualogicinc.com**

Thermostats | Flow Switch | Water Pumps

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111   858.292.4773 | fax 858.279.0537

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM
Privacy Policy | Terms of Use

Copyright © 2007, Aqua Logic, Inc.  All rights reserved.

Page 40
Exhibit 4

# AQUA LOGIC

**Telephone (619) 292 4773**
**FAX (619) 279 0537**

8280 Clairemont Mesa Blvd. #127
San Diego, CA. 92111

# Tanks



### Thermal Pane Glass

| | | | | |
|---|---|---|---|---|
| 4' | 16" | 16" | 53 | 0 |
| 4' | 20" | 20" | 83 | |
| 4' | 24" | 20" | 99 | |
| 4' | 30" | 24" | 124 | |
| 4' | 36" | 24" | 186 | |
| 4' | 48" | 24" | 239 | |
| 5' | 16" | 16" | 66 | 0 |
| 5' | 20" | 20" | 103 | |
| 5' | 24" | 20" | 124 | |
| 5' | 30" | 24" | 187 | |
| 5' | 36" | 24" | 224 | |
| 5' | 48" | 24" | 299 | |
| 6' | 16" | 16" | 79 | 0 |
| 6' | 20" | 20" | 123 | |
| 6' | 24" | 20" | 148 | |
| 6' | 30" | 24" | 224 | |
| 6' | 36" | 24" | 268 | |
| 6' | 48" | 24" | 358 | |
| 8' | 16" | 16" | 106 | 0 |
| 8' | 20" | 20" | 164 | |
| 8' | 24" | 20" | 197 | |
| 8' | 30" | 24" | 298 | |
| 8' | 36" | 24" | 357 | |
| 8' | 48" | 24" | 477 | |



### Acrylic

| | | | | |
|---|---|---|---|---|
| 5' | 15" | 20" | 80 | $100.00 |
| 4' | 15" | 18" | 60 | $135.00 |
| 6' | 15" | 20" | 90 | $265.00 |
| 6'8' | 18" | 20" | 125 | $292.00 |
| 6'8' | 24" | 24" | 130 | $540.00 |



Aqua Logic makes it easy for anyone to make a water recirculation system. Use any of the tanks above with a remote coil chiller, cellular filter, and submersible pump. This is the low cost way to make table top tank systems for research labs, seafood restaurants, and fish stores.



 

**Home/Office Aquariums** | **Tank Systems** | **Public Installation** | **Aquaculture/Research** | **Custom/OEM**



**ALL PRODUCTS**

Aqua Logic offers a large selection of water filters. Water filters come in a wide variety of styles, depending upon the application:

| | |
|---|---|
| **Cartridge** | **Bags** |
| **Sand** | **Rotary Drum** |
| **Carbon** | **Bead Type** |
| | **Biological** |

Selecting the right filter for your aquatic installation will ensure peak performance and optimal water quality for many years. Aqua Logic supplies many of the brands and sizes of filters commonly used in the industry, either as a single unit or incorporated into a complete Life Support System skid mounted package. Auto backwash controls are also available for many of these filters as well as replacement parts for the different brands.

| | | |
|---|---|---|
| **Aqua Logic** | **Neptune Benson** | **Pentair (PacFab)** |
| **Astral** | **Stark** | **Hayward** |
| **Aquaculture System** | **Sta-Rite** | **W. Lim** |
| **Technologies** | **Aquanetics** | **and others** |
| **FSI** | **Jacuzzi** | |

**Call or e-mail us today with your specifications and questions, and we will help you choose the right filter for your application.**

**Mon. - Fri. 8:00AM to 4:30PM
858.292.4773**

info@aqualogicinc.com c

Home | About Aqua Logic | Manuals & FAQs | Contact Us | Aquanetics Parts | Site Map

8268 Clairemont Mesa Blvd. Suite #302 | San Diego | California | 92111  858.292.4773 | fax 858.279.0537

Water Chillers | Cold Loop Systems | Custom Fabrication | Filters | Flow Switches | Heat Exchangers | Heaters
Heat Pumps | Life Support Systems | UV Sterilizers | Tank Systems | Temperature Controllers | Water Pumps
Home & Office Aquariums | Tank Systems | Public Installations | Aquaculture & Research | Custom & OEM

Copyright © 2007, Aqua Logic, Inc. All rights reserved.

http://www.aqualogicinc.com/filters.htm                                                    9/14/2007

Aqualogics, INC. Pet & Products                                    http://www.alibaba.com/company/11133628.html

Home | Sign In | Join Now | ⚡ TradeManager | 🔲 Inquiry Basket | Search all suppliers  🔍

**Alibaba**.com®
Global trade starts here.™

For Buyers     For Sellers     Community     My Alibaba          Help

Home > Buy > Aqualogics, INC.

## Free Member

LISTED SINCE 2007

- Products (2)
- Selling Leads
- About Us
  - TrustPass Profile
  - Contact Information
  - Trade Show Interests

## Aqualogics, INC.

✉ **Contact Now**          Leave me a message

### About Us                                  See our Company Profile

Aqualogics is committed to excellence in the pet industry. Our innovative designs and comprehensive quality control ensure that our stylish products will add colors to your leisure time. We put the finest craftsmanship in every aquarium light and other aquarium accessory we produce.

### Basic Information

| | |
|---|---|
| Company Name: | Aqualogics, INC. |
| Business Type: | Manufacturer |
| Product/Service: | Aquarium Lighting, Pet Products |
| Company Address: | 4647 Pine Timbers Suite 120, Houston, Texas, United States |
| No. of Total Employees: | 51 - 100 People |

### Ownership & Capital

| | |
|---|---|
| Year Established: | 2001 |

### Trade & Market

| | |
|---|---|
| Main Markets: | North America, Europe |
| Total Annual Sales Volume: | US$5 Million - US$10 Million |

### Factory Information

| | |
|---|---|
| No. of R&D Staff: | 71 - 80 People |

### Recently Posted Products



Aquarium Light          Metal Halide Light

Aqualogics, INC. Pet & Products

http://www.alibaba.com/company/11133628.html

## Contact Us

Aqualogics, INC. [View Company Details] [United States] ▾

**Address: 4647 Pine Timbers Suite 120, Houston, Texas, United States**

✉ **Contact Now**    Leave me a message    📇 View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

Didn't find what you're looking for? Post a buying lead.

Trade Articles & Discussions in *Resources*                                              More





China's industrial output up 17.5% in Aug
China's GPS vehicles exceeds 1 min
China's money supply grows 18.09% in Aug
China's exports loses US$36 billion...



Email this page          Bookmark this page          Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
About Alibaba.com - Help - Site Map - Partnerships - Customer Service
Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries - Archive
About Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Alibaba Manufacturer Directory - Suppliers, Manufacturers, Exporte...    http://www.alibaba.com/trade/search/3i1ptyfchms/US/Light.html?..



Aquarium Light (Aqualogics, INC., United States)                    http://www.alibaba.com/catalog/11970673/Aquarium_Light.html

 **Alibaba**.com
Global trade starts here.™

Home | Sign In | Join Now | TradeManager | Inquiry Basket | Search all suppliers

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Sports & Entertainment > Pet & Products > **Aquarium Light**

## Free Member

LISTED SINCE 2007

- Products (2)
- Selling Leads
- About Us
  - TrustPass Profile
  - Contact Information
  - Trade Show Interests

### Aqualogics, INC.

✉ Contact Now          Leave me a message

## Aquarium Light


🔍 Aquarium Light

**Model No:** T103

**Detailed Product Description**

36" ODYSSEA T-6 Fixture

Fixture Includes:

* 39 watt true actinic blue T-6 fluorescent lamp

* On / off switch and built-in ballasts

* Highly-polished reflector


Aquarium Light

Page 46
Exhibit 6

1 of 3                                                                 9/17/2007 11:03 AM

Aquarium Light (Aqualogics, INC., United States)                    http://www.alibaba.com/catalog/11970673/Aquarium_Light.html

**Contact Us**

Aqualogics, INC. [View Company Details] [United States] ☒

**Address: 4647 Pine Timbers Suite 120, Houston, Texas, United States**
✉ Contact Now        Leave me a message        ▣ View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

---

**Related products from other suppliers**



| Aquarium Light | Aquarium Lamp | MH Series Metal Halide Lamps | AL Series Reflector | AL Series Reflector | AL Series Reflector |

| AL Series Reflector | Dophin Submersible Spotlight | Dophin Aquarium Light | Big Boy Light Casing (Double Lamp) | Aim Bio-Lux | USB Mini Aquarium With Light |

Didn't find what you're looking for? Post a buying lead.

Related Searches: Aquarium Light

---

**Trade Articles & Discussions in Resources**                                        More



China's industrial output up 17.5% in Aug
China's GPS vehicles exceeds 1 mln
China's money supply grows 18.09% in Aug
China's exports loses US$36 billion...



**Trade Problems?**
**One Solution!** ▸ Find out here

---

Email this page              Bookmark this page              Print this Page

---

Aquarium Light (Aqualogics, INC., United States)                    http://www.alibaba.com/catalog/11970673/Aquarium_Light.html

About Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Home | Sign In | Join Now | ✎ TradeManager | ⌐ Inquiry Basket | Search all suppliers    🔍

**Alibaba**.com
Global trade starts here.™

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Lights & Lighting > Lighting Bulbs & Tubes > Metal Halide Lamps > **Metal Halide Light**

### Free Member

LISTED SINCE 2007

- Products (2)
- Selling Leads
- About Us
  - TrustPass Profile
  - Contact Information
  - Trade Show Interests

## Aqualogics, INC.

✉ **Contact Now**    Leave me a message

## Metal Halide Light


⚲ Metal Halide Light

Model No:    MHS 48

**Detailed Product Description**

MHS 48" Fixture

Tatal watts: 760w

HQI Lamp (15. 000k) : 250w*2

Power Compact Fluorescent Lamp (actinic) : 65w*4

Blue Moon*6

120v 60Hz (220v 50Hz also available)

1. High-grade reflector to give tank a large reflective angle.

2. Several cords can connected to a timer, timer control timing of lights.


Metal Halide Light

## Contact Us

Aqualogics, INC. [View Company Details] [United States] ✉

Address: 4647 Pine Timbers Suite 120, Houston, Texas, United States
✉ **Contact Now**    Leave me a message    📇 View Contact Details

Metal Halide Light (Aqualogics, INC., United States)        http://www.alibaba.com/catalog/11956617/Metal_Halide_Light.html

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

**Related products from other suppliers**



| Metal halide lamps | Metal Halide Light | Halide Light | Halide Light | Lighting | Lighting |
| Metal Halide Lamp | Metal Halide Light | Metal Halide Light | Metal Halide Light | Metal Halide Light | Metal Halide Light |

Didn't find what you're looking for?Post a buying lead.

Related Searches: Metal Halide Light

**Trade Articles & Discussions in *Resources***                                     More



Try our fun Indonesia Independence Day Quiz, and you could win a great prize!
Take it now!

China seeks to expand oil refineries
China to reconsider anti-dumping duty...
China's textile giant's gross profits soar...
China Enterprises Index down 0.29%

Email this page            Bookmark this page            Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba - China Export Services
About Alibaba.com - Help - Site Map - Partnerships - Customer Service
Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries - Archive
About Alibaba Group - Alibaba China - Alibaba Japan - Alipay - Taobao - Yahoo! China - Koubei.com - Alisoft

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Case 3:07-cv-02119-H-POR    Document 32-5    Filed 06/18/2008    Page 20 of 47

United States Light

http://www.alibaba.com/countrysearch/US-suppliers/Light/3.html

 **Alibaba.com** Global trade starts here.™

Home | Sign In | Join Now | TradeManager | Inquiry Basket  Search all suppliers

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Light

| Search | Light | Products | In All Categories | | Search | . Advanced Search . Search Tips |

**United States Light : 3083 Products**

Select    to   Contact Now   or   Add to Basket


**Fountain Of Lights**
[United States]
We carry animated and non-animated Fountain of Lights from 12' to

10 Matching Results from Holiday Lights & Magic, Inc.


**Lazy Mans Spot Light**
[United States]
The Lazy Mans Spot light is a 110 volt, 5 Watt high power LED spo

3 Matching Results from Four Season's Lighting Inc. (The Lazy Man's Light)


**Starburst DLX3 Series - Auxiliary Light**
[United States]
The STARBURST DLX3 series LED auxiliary light is a small and powe

7 Matching Results from Emergency Services Supply


**Red & Green Christmas Light Earrings**
[United States]
Silver plated, hand enameled Charm Earrings. Can also be made as

2 Matching Results from Charming Wholesale Jewelry


**Semi Finished Raw Cashmere Light Grey**
[United States]
Semi finished raw cashmere
Color: light grey
Country of o

2 Matching Results from Astor International Investment Holding, Inc.


**Light Blue Berry Wreath 10 d**
[United States]
LIGHT BLUE BERRY WREATH 10"D

2 Matching Results from Pizazz International LLC


**Slim Edge Light Box 19 x24**
[United States]
Our edge light box is an excellent way to display your logo, mess

12 Matching Results from Espy Display Solutions Inc.


**Musical Christmas Lights**
[United States]
These Musical Christmas Lights will fill your home with the joyfu

3 Matching Results from Wants & Wishes Gifts


**Compact Studio Light Kit**
[United States]
The Compact Studio Light Kit is specifically designed for accurat

Sharpics Inc.


**Stick N Click-As Seen On TV-LED Lights**
[United States]
Stick n Click: Enjoy bright light fast-whenever you need it! Qui

6 Matching Results from XM Works, INC.


**Canister Lighting**
[United States]
Furniture lighting fixtures,
T505 Series

5 Matching Results from Lighting Top Corp


**Stick Em 5 LED Puck Light**
[United States]
Battery powered LED lights add bright accent lighting without the

13 Matching Results from Protostar International


**Christmas Light Charms**
[United States]
Silver plated charms with translucent resin color makes these Chr

2 Matching Results from CPPI


**Lightness**
[United States]
This little bag is made for the modern woman who's traveling ligh

Giftpost


**Frosted Crystal Glass Butterfly**

**Related Searches in United States**
. led light
. outdoor light
. solar light
. garden light
. solar garden light
. emergency light

**Light from Other Countries/Regions**
. China
. Hong Kong
. Malaysia
. Taiwan
. United States

**Community**
Not a member? Join Now! to win great quarterly Prizes!

**Current Discussions**
Post known scam letters here
Why Travel Insurance Important?
Sugestion for unresponsive members
How do you scan for fraudsters on alibaba?
All Discussions

Post Topic
Ask Question

**Country Profiles**



United States

**Tradexpo The Volume Goods Trade Show Gifts & Crafts ,** Home Appliances , Text ...

Sep 07, 2007 - Sep 12, 2007 [Paris(France)]

**CeBIT Aisa 2007 Computer** Hardware & Software

Oct 10, 2007 - Oct 13, 2007 [Shanghai(China)]

**World of food China 2007** Food & Beverage

Sep 05, 2007 - Sep 07, 2007 [Shanghai(China)]

United States Light                                    http://www.alibaba.com/countrysearch/US-suppliers/Light/3.html



**Inciter 4 Head-Police Dash Light**
[United States]
Features:
INTERIOR USE ONLY!!!
Generation III LED tec

2 Matching Results from Whacker Technologies



**HID Lights T500 / T500r, K500 /
K500r, K2000 / K2000r**
[United States]
We offer new high intensity discharge
(HID) lights!
Compact

OpticsHQ



**Saudi Light Crude Oil**
[United States]
COMMODITY: Saudi Light Crude Oil
ORIGIN: Saudi Arabia
QUA

Investment Assets And Property Management,
Inc.



**Solar Light Garden Decoration
Dragonfly And Butterfly**
[United States]
Solar Light Garden Decoration Dragonfly
and Butterfly
- Garde

3 Matching Results from Sepous



**Saudi Light Crude Oil**
[United States]
We represent a sellers mandate of SLCO.
Please contact me if

MoXa Energy, LLC



**Stainless Steel Bollard Outdoor
Light**
[United States]
Colour: Stainless steel, copper,
Lamp: EL 9w compact floures

5 Matching Results from Salepro



**Aquarium Light**
[United States]
36" ODYSSEA T-5 Fixture
Fixture Includes:
* 39 watt true

2 Matching Results from Aqualogics, INC.



Select    to      or  Add to Basket

Page 3 of 80   << Previous   1  2  3  4  5  6  7  8  9  10   Next>>          Go to Page [      ] Go

| Related Links | | | |
| --- | --- | --- | --- |
| Light Importers | Light | China Light | Hong Kong Light |
| Malaysia Light | Taiwan Light | | |

Subscribe to Trade Alert FREE!                    What's Trade Alert?
Send me the most recent product information on: [ Light ]    Go

Email this page          Bookmark this page          Print this Page

Home · Gold Suppliers · Buy · Sell · Trade Shows · My Alibaba · China Export Services
About Alibaba.com · Help · Site Map · Partnerships · Customer Service

Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries · Archive
About Alibaba Group · Alibaba China · Alibaba Japan · Alipay · Taobao · Yahoo! China · Koubei.com · Alisoft

Product Listing Policy · Intellectual Property Policy and Infringement Claims · Privacy Policy · Terms of Use · Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Backer's 39th Annual Pet Industry Christmas Trade Show Exhibits -...          http://pet.expoplanner.com/pldetail.wcs?cardnum=000037&filter=



HOME          ABOUT US          PET AGE          BACKER SHOWS          CON'





SEARCH H-H BACKER



Backer's
Christmas
2005
Trade Show



Backer's
Spring
2005
Trade Show

PetAge.com

**AquaLogics Inc.**
**Booth 1802**

4647 Pine Timbers
Suite 120
Houston, TX 77041
United States
Phone: 713-690-4550
Fax: 713-690-4555
E-mail: info@aqlogics.com
Web: www.aqlogics.com

**Company profile:**

Aquariums, Lighting, Filtrations, and Aquatic Accessories.

**Brands:**

ODYSSEA

**Products:**
• AQUARIUM PRODUCTS > Aquariums
• AQUARIUM PRODUCTS > Aquariums > Acrylic
• AQUARIUM PRODUCTS > Aquariums > Glass
• AQUARIUM PRODUCTS > Aquariums > Plastic
• AQUARIUM PRODUCTS > Decorative Items > Decorative
Backgrounds
• AQUARIUM PRODUCTS > Equipment > Cleaning brushes
• AQUARIUM PRODUCTS > Equipment > Cleaning scrappers
• AQUARIUM PRODUCTS > Equipment > Filters Biologic
• AQUARIUM PRODUCTS > Equipment > Filters Canister/Modular
• AQUARIUM PRODUCTS > Equipment > Filters power
• AQUARIUM PRODUCTS > Equipment > Filters Protein Skimmers
• AQUARIUM PRODUCTS > Equipment > Filters Wet/Dry
• AQUARIUM PRODUCTS > Equipment > Heating equipment
• AQUARIUM PRODUCTS > Equipment > Hoods
• AQUARIUM PRODUCTS > Equipment > Lighting
• AQUARIUM PRODUCTS > Equipment > Air pumps
• AQUARIUM PRODUCTS > Equipment > Air tubing
• AQUARIUM PRODUCTS > Equipment > Water pumps
• AQUARIUM PRODUCTS > Food > Freeze-dried

1 of 2                                                                                          9/6/2007 7:24 PM

Backer's 39th Annual Pet Industry Christmas Trade Show Exhibits -...          http://pet.expoplanner.com/pldctail.wcs?cardnum=000037&filter=

- AQUARIUM PRODUCTS > Pond > Heaters
- AQUARIUM PRODUCTS > Pond > Lights
- AQUARIUM PRODUCTS > Pond > Pumps

                                

Back to              Add this exhibitor to my          View my Personal
previous screen          Personal ExpoMap                  ExpoMap

Search again by keyword or category or company name or display all
exhibitors, A to Z

Exhibits home

We cannot answer questions on pets from the general public. To receive detailed information
on your pet, please contact your local pet store, veterinarian or library.

H.H. Backer Associates Inc. | 200 S. Michigan Ave., Suite 840 | Chicago, IL 60604
Tel (312) 663-4040 | Fax (312) 663-5676 | E-mail hhbacker@hhbacker.com, petage@hhbacker.com
Copyright © 1998-2004 H.H. Backer Associates Inc.

Built by Cypress Systems Consulting, Inc. - If you experience problems with this site please e-mailwebmaster@cypress-inc.com

Backer's 40th Annual Pet Industry Christmas Trade Show Exhibits -...     http://pet2006.expoplanner.com/pldetail.wcs?cardnum=000038&filter=

# H.H. Backer
## Associates Inc.

HOME          ABOUT US          PET AGE          BACKER SHOWS          CONTAC



SEARCH HH BACKER

**AquaLogics Inc.**
**Booth 1802**

4647 Pine Timbers
Suite 120
Houston, TX 77041
Phone: 713-690-4550
Fax: 713-690-4555
E-mail: info@aqlogics.com
Web: www.aqlogics.com

**Company profile:**
   Aquariums, lighting & filtration accessories
**Products:**
  • AQUARIUM PRODUCTS > Aquariums
  • AQUARIUM PRODUCTS > Aquariums > Acrylic
  • AQUARIUM PRODUCTS > Aquariums > Glass
  • AQUARIUM PRODUCTS > Decorative Items
  • AQUARIUM PRODUCTS > Decorative Items > Decorative Backgrounds
  • AQUARIUM PRODUCTS > Decorative Items > Plastic Plants
  • AQUARIUM PRODUCTS > Equipment
  • AQUARIUM PRODUCTS > Equipment > Cleaning scrappers
  • AQUARIUM PRODUCTS > Equipment > Cleaning sponges
  • AQUARIUM PRODUCTS > Equipment > Filters Biologic
  • AQUARIUM PRODUCTS > Equipment > Filters box/corner
  • AQUARIUM PRODUCTS > Equipment > Filters Canister/Modular
  • AQUARIUM PRODUCTS > Equipment > Filters power
  • AQUARIUM PRODUCTS > Equipment > Filters Protein Skimmers
  • AQUARIUM PRODUCTS > Equipment > Filters Undergravel
  • AQUARIUM PRODUCTS > Equipment > Heating equipment
  • AQUARIUM PRODUCTS > Equipment > Hoods
  • AQUARIUM PRODUCTS > Equipment > Lighting
  • AQUARIUM PRODUCTS > Equipment > Air pumps
  • AQUARIUM PRODUCTS > Equipment > Air tubing
  • AQUARIUM PRODUCTS > Equipment > Airstones
  • AQUARIUM PRODUCTS > Equipment > Water pumps
  • AQUARIUM PRODUCTS > Food



Backer's
40th Anniversary
Gangster Party



Gangster Party
Sponsored By:

(Click Here)



PetAge.com

1 of 2          9/6/2007 7:23 PM

Backer's 40th Annual Pet Industry Christmas Trade Show Exhibits -...    http://pet2006.expoplanner.com/pldetail.wcs?cardnum=000038&filter=

- AQUARIUM PRODUCTS > Food > Freeze-dried
- AQUARIUM PRODUCTS > Health & Care
- AQUARIUM PRODUCTS > Health & Care > Parasitic treatments & preventions
- AQUARIUM PRODUCTS > Pond
- AQUARIUM PRODUCTS > Pond > Pumps







Back to                    Add this exhibitor to my          View my Personal
previous screen            Personal ExpoMap                  ExpoMap

Search again by keyword or category or company name or display all
exhibitors, A to Z

Exhibits home

We cannot answer questions on pets from the general public. To receive detailed information
on your pet, please contact your local pet store, veterinarian or library.

H.H. Backer Associates Inc. | 200 S. Michigan Ave., Suite 840 | Chicago, IL 60604
Tel (312) 663-4040 | Fax (312) 663-5676 | E-mail hhbacker@hhbacker.com, petage@hhbacker.com
Copyright © 1998-2004 H.H. Backer Associates Inc.

Built by Cypress Systems Consulting, Inc. - If you experience problems with this site please e-mailwebmaster@cypress-inc.com

Hobbypet - Mayoreo de accesorios de acuarismo, peces de agua dulc...   http://www.hobbypet.com.mx/h_listado.asp?id=68158001&fam=imp..

[Regresar a ACUARISMO]

**PRODUCTOS IMPORTADOS>ACUARISMO>TUBOS AQUALOGICS.**

| | |
|---|---|
| ODYSSEA T5 14W 12000K 503901 | ODYSSEA T5 14W ACTINICA BLUE 503902 |
| Precio: $193.27 | Precio: $193.49 |
| ODYSSEA T5 21W 12000K 503903 | ODYSSEA T5 21W ACTINICA BLUE 503904 |
| Precio: $209.44 | Precio: $209.44 |
| ODYSSEA T5 24W ACTINICA BLUE 503911 | ODYSSEA T5 28W 12000K 503905 |
| Precio: $290.4 | Precio: $258.06 |
| ODYSSEA T5 28W ACTINICA BLUE 503906 | ODYSSEA T5 39W 12000K 503912 |
| Precio: $260.04 | Precio: $322.3 |
| ODYSSEA T5 39W ACTINICA BLUE 503913 | ODYSSEA T5 54W 12000K 503914 |
| Precio: $322.3 | Precio: $387.09 |
| ODYSSEA T5 54W ACTINICA BLUE 503915 | REP.COMPACT 18W 12000K 501901 |
| Precio: $387.09 | Precio: $220.11 |
| REP.COMPACT 18W 50/50 501903 | REP.COMPACT 18W ACTINICA 501902 |
| Precio: $220.11 | Precio: $220.11 |
| REP.COMPACT 24W 12000K 501904 | REP.COMPACT 24W 50/50 501906 |
| Precio: $251.9 | Precio: $201.63 |
| REP.COMPACT 24W ACTINICA 501905 | REP.COMPACT 36W 12000K 501907 |
| Precio: $201.63 | Precio: $223.85 |
| REP.COMPACT 36W 50/50 501909 | REP.COMPACT 36W ACTINICA 501908 |
| Precio: $197.34 | Precio: $223.85 |
| REP.COMPACT 55W ACTINICA 501911 | REP.COMPACT 65W 12000K 501913 |
| Precio: $288.09 | Precio: $304.04 |
| REP.COMPACT 65W 50/50 501915 | REP.COMPACT 65W ACTINICA 501914 |
| Precio: $297.22 | Precio: $304.04 |
| REP.COMPACT 96W 50/50 501918 | REP.COMPACT 96W ACTINICA 501917 |
| Precio: $544.17 | Precio: $544.17 |

[Regresar a ACUARISMO]

1 of 1                                                                                    9/6/2007 7:27 PM

Aquariums & Supplies in City Of Port Lavaca, Tx - Map - Switchboa...    http://www.switchboard.com/swbd.main/dir/detail.htm?kw=Aquari...

# ⚏ Switchboard® Your Digital Directory

| Find a Business | Find a Person | Maps & Directions | Search by Phone | Area & Zip Codes | Web Sear |

| Business Name or Category | Location | Within |
|---|---|---|
| Aquariums & Supplies | City of port lavaca, TX | ▮▮ Search |

He

**Aqualogics**
**(713) 690-4550**
4647 Pine Timbers St Houston, TX
77041

More Information
Driving Directions



**What's Nearby ®**

Put an icon [ ● ] on the
for nearby services.

⊞ Dining
⊞ Banks and ATMs
⊞ Recreation &
　Entertainment
⊞ Community
⊞ Shopping
⊞ Travel

Clear Map

On Click:  ● Recenter    Zoom IN

▼ More Information

**Aqualogics**
(713) 690-4550  |  4647 Pine Timbers St Houston, TX 77041

| Phone: | (713) 690-4550 |
|---|---|
| Business Categories: | Aquariums & Supplies, Miscellaneous Retail Stores |

▶ Driving Directions

data by ACXIOM
Some business data provided by InfoUSA, Inc. Copyright ® 2007

About Switchboard | Contact Us | Advertising | Tools and Tips | Privacy Policy | Help | Terms of Use

infospace™  Our Story | Mobile Products | Online Products | Careers | Press Room | Investor Center

Aquariums & Supplies in City Of Port Lavaca, Tx - Map - Switchboa...    http://www.switchboard.com/swbd.main/dir/detail.htm?kw=Aquari..

InfoSpace Search Network: Dogpile | WebCrawler | MetaCrawler | Infospace | Switchboard

InfoSpace Search Resources: Search Engines | Yellow Pages | White Pages | Town Directories | Business Categories

© 2007 InfoSpace, Inc. All Rights Reserved.

9/6/2007 7:59 PM

Aqualogics- Pet supplies pet products pet supply Free Listing          http://www.petstorepetsupply.com/detail/328/aqualogics.html



Home | My Account | Power Search | Register | Member List          search...          the entire directory          SEARCH

**Wholesale Pet Supplies**
Quickly Find Pet Supply Wholesalers in Our Online Directory Now.
www.business.com

**Virginia Pet**
Find Pet With Virginia's Online Local Search.
www.local.com

**Pet Products & Supplies**
Locate pet services and products View and rate pet services here!
www.GalacticPet.com

**Wholesale Pet Supplies**
Quickly Find Pet Supply Wholesalers in Our Online Directory Now.
www.business.com

**Pet Stores**
Find a Local Pet Store. Free Yellow Pages Service
www.switchboard.com

**Pet Products & Supplies**
Locate pet services and products View and rate pet services here!
www.GalacticPet.com

**Pet Supplies Stores**
Save Time & Money. Order Your Pet's Meds & Supplies from
1-800-PetMeds.
www.1800PetMeds.com

**Pet Supplies**
Pet Supplies sites Save on Pet Supplies
PurchaseAce.com

**Aqualogics**

| | |
|---|---|
| Link ID | 328 |
| Title | **Aqualogics** |
| Url | http://www.petstorepetsupply.com/no_url.php |
| Description | **4647 Pine Timbers Street**<br>**Houston, TX United States**<br>**77041**<br><br>**Phone: (713)690-4550**<br>**Fax:** |
| Category | Aquariums & Supplies > Texas |
| Date | **Mar 20, 2006** |
| Contact Name | **Aqualogics** |
| Email | |

✍ Write a Review   ⭐ Add to My Favorite   ✉ Refer it to Friend   ✖ Report Broken Link

**Average Visitor Rating:** ▢▢▢▢▢ **0.00** (out of 5)
Number of ratings: 0 Votes

**Visitor Rating**    [ Select Your Rating here ]   [ Rate It! ]

**Other links at Aquariums & Supplies > Texas**

I. Aquarium Trading CO
   14456 Midway Road
   Dallas, TX United States
   75244

   **Phone:** (972)851-9997
   **Fax:**
   **Category:** Aquariums & Supplies > Texas

Page 60
Exhibit 6

1 of 2                                                                                      9/6/2007 7:07 PM

Aqualogics- Pet supplies pet products pet supply Free Listing                    http://www.petstorepetsupply.com/detail/328/aqualogics.html

2.  Aquarium Services Inc

   10719 Plano Road Suite 400
   Dallas, TX United States
   75238

   Phone: (214)553-8111
   Fax:
   Category: Aquariums & Supplies > Texas

3.  Austin Aqua-Dome

   1604 Fortview Road
   Austin, TX United States
   78704

   Phone: (512)442-1400
   Fax:
   Category: Aquariums & Supplies > Texas

4.  B & E Enterprises

   930 North Belt Line Road
   Irving, TX United States
   75061

   Phone: (972)399-0542
   Fax:
   Category: Aquariums & Supplies > Texas

5.  Village Tropical Fish Inc.

   3612 S Shepherd Dr
   Houston, TX United States
   77098

   Phone: (713)524-0173
   Fax:
   Category: Aquariums & Supplies > Texas

Home    New Listings    Hot Listings    Top Rated    Editor Pick    Add a Listing    Update a Listing    Get Rated
Copyright © 2006 Nicecoder.com. All Rights Reserved.

## Local Pet Store Directory and Pet Supply Free Resource Search Guide

SuperPages.com: Yellow Pages                    http://yellowpages.superpages.com/profile~C_aqualogics~STYPE_...

# superpages.com *we know around here*

Home | Advertisers | Download Toolbar | Mobile Search | Help

### My Superpages

TX

Sign In & Personalize >

Search for: aqualogics   In TX          [Find a Business]

Advanced Search
People Search >

Back to Listings → Business Profile

**Business Owners:** Create a FREE Business Profile

Save | Print | Update | Send | What's Nearby

## Aqualogics
4647 Pine Timbers Street, Houston, TX 77041
map | driving directions

phone: (713) 690-4550

Be the first to Rate It

**Products & Services:**
· Aquarium Supplies



View Larger Map    Report Incorrect Map

**Appears in the Category:**
Aquariums & Supplies Retail

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

**Advertise with Us | Add or Edit a Business**
Terms of Use | Privacy Policy | About Superpages | Yellow Pages | City Guides | Online Shopping | SuperTips | Consumer Center | Superpages Español | Site Map
Copyright © 2007 Idearc Media Corp. All rights reserved.

1 of 1                                              9/6/2007 7:02 PM



YellowPageCity.com is the Official Online Network of Local Yellow Pages

ADVERTISE WITH US | ADD OR UPDATE YOUR LISTING | OUR PRODUCTS
About YellowPageCity.com | Contact Us | Feedback | Privacy Policy | Site Map | Check Email

© 2002 - 2007 Yellow Page City, Inc. All Rights Reserved. Business data provided by Amacai.
IAD501 - 9/6/2007 7:59:03 PM




SoUno Internet Directories - Yellow Pages, Internet Yellow Pages, ...     http://www.souno.com/category/aquarium/c/EL%20SAUZ/s/TX/bus..





Home - Update My Listing
News - Movies - Travel - Coupons - Maps

I'm Looking for:
(name or category)

In or Near:
(city, zip, landmark)

aquarium     EL SAUZ, TX     Search

| Business Search | Reverse Search | Web Search |

Searching for: aquarium in or around EL SAUZ, TX     << < Page 1 of 15 > >>

### Free Aquarium Tickets
Go To Your Local **Aquarium** For Free. Claim Your Free Vouchers Now.
Aquarium.GetTixFree.com

### Get Your Local Aquarium Coupon
Complete Our Surveys & Get 2 **Aquarium** Tickets Today. Act Now.
aquarium.promotionreward.com

### Aquarium Screensaver 3D:
**Download $19.95 Aquarium** Screensaver 3D. Turn your computer screen into a breathtaking 3D tropical **Aquarium** with realistic sounds and real-time animation. Download now. Only $19.95.
www.prosoft3d.com

Try Margin Galleries now at OFFICE2007.COM



**WAL*MART**

Whatever they're into, we've got it at an unbeatable Wal-Mart price.

### Currentsea Wavemakers and Powerheads
Wavemaker for 47.95 , Maxi Jet 900=$15.50 and 1200 =$16.99.
currentsea.com

### Aquariums - Sale Prices
Fish Care from 24+ Shops. Buy **Aquariums** Fast.
www.Calibex.com

### Shop & Save on Favorite Brands & stores
Discount shopping on brand names at 1000 of stores all at one site.
custom-shopping-site.com

### Alibaba: for Aquarium Manufacturers
Suppliers of **Aquarium** Manufacturers and other Industrial Imports.
Alibaba.com

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All

[1] 2 3 4 5 6 7 8 9 10 ... Next     Order     10

| Name, Address, City, State Zip | Distance |
|---|---|

## Courtesy Listings

### Aquarium Enviroments
2414 Tangley St
Houston, TX 77005

**(713)528-1063**     3.7

### ADG Aquarium Design Group
3461 W Alabama St Ste 100
Houston, TX 77027

**(713)622-6467**     2.1

### Downtown Aquarium
410 Bagby St
Houston, TX 77002

**(713)223-3474**     4.1

### The Aquarium Downtown
410 Bagby St
Houston, TX 77002     4.1

SoUno Internet Directories - Yellow Pages, Internet Yellow Pages, ...     http://www.souno.com/category/aquarium/c/EL%20SAUZ/s/TX/bus...

**(713)315-5000**

---

### South Texas Aquariums

Houston, TX  77002

**(713)275-8395**                                                    4.2

---

### Aquarium Restaurant - Houston
410 Bagby
Houston, TX  77002

**(713)223-3474**                                                    4.5

---

### Aquarium World
13157 Northwest Fwy
Houston, TX  77040

**(713)329-9989**                                                    6.7

---

### Aqualogics
4647 Pine Timbers St
Houston, TX  77041

**(713)690-4550**                                                    6.6

---

### Planetfish
3817 Woodvalley Dr
Houston, TX  77025

**(713)838-7788**                                                    6.3

---

### Fish Ranch
6734 Larkwood Dr
Houston, TX  77074

**(713)782-1182**                                                    6.3

---

### Third Coast Aquarium Maintenance
8700 Commerce Park Dr Ste 124
Houston, TX  77036

**(713)661-8634**                                                    7.3

---

### Inwood Aquarium
8244 Antoine Dr
Houston, TX  77088

**(281)820-0329**                                                    8.5

---

### Safari Inland
2514 Triway Ln
Houston, TX  77043

**(713)465-1340**                                                    7.5

**Aquariums - Cheap Prices**
We Have 9,200+ Fish Care Products. Aquariums on Sale. Read Reviews.
www.NexTag.com

**Free 3D Fish Screensaver**
Turn your desktop into a virtual fish aquarium with your free 3D marine aquarium screensaver. Beautiful colors, life-like animations.
www.screensaver.com

**Aquarium**
Quickly search merchant prices. 100,000 Stores. Deals. Reviews.
shopping.yahoo.com

SoUno Internet Directories - Yellow Pages, Internet Yellow Pages, ...    http://www.souno.com/category/aquarium/c/EL%20SAUZ/s/TX/bus..

### Petsmart - Store # 1107
2902 S Shepherd Dr
Houston, TX 77098

**(713)520-7917**

2.6

### Petco
2110 S Shephard Dr
Houston, TX 77019

**(713)521-1005**

2.3

### Society FOR The Prevention Of
### Cruelty TO Animals
900 Portway Dr
Houston, TX 77024

**(713)869-7722**

0.8

### John Andrews PET Salon
3306 Mercer St
Houston, TX 77027

**(713)963-9595**

2.4

### Houston Spca Pet Parade Galleria
5175 Westheimer Rd
Houston, TX 77056

**(713)961-4657**

2.5

### Petsmart Grooming
5415 West Loop S
Houston, TX 77081

**(713)661-5585**

3.6

### America's Alliance Overhead
### Garage Doors
Houston, TX 77019

**(281)497-0920**

2.2

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All
[1]  2  3  4  5  6  7  8  9  10  ...  Next

Contact Us | About Us | FAQs | Privacy | Employment | Affiliate Program | Publisher Opportunities
Business Profiles | Advertise With Us | Site Map | Site Map by City | Site Map by State | Press Releases

© 2007 soUno, llc. All rights reserved.

     

AllPages.com - Aquarium Supplies, Houston, Yellow Pages, Texas ...    http://tx.allpages.com/houston/shopping-shopping-services/pets/aqua...

⌂ **Set as Home Page** | 🔖 **Bookmark/Favorite It!** | 🔗 **Link to AllPages.com**

# AllPages.com 

**Other Channels :: Health| Reference | Weather**

**September 06, 2007**

Advertise on this site                                                    Ads By Google

| **Aquarium Supplies** | **Aquarium Supplies** | **Aquarium Fish** |
|---|---|---|
| Discount Prices - Lowest prices! Lighting, skimmers, pumps & more | Excellent Selection & Great Prices Free Shipping on Orders over $175 | Find Aquarium Fish. View Thousands. Place Free Ads Tool |
| www.desertcoralaquatics.com | www.AquaCave.com | Pets.LiveDeal.com |

---

**All Categories**

**Houston, TX**
- Agriculture (994)
- Business Services (25,285)
- Community Services (7,272)
- Construction (8,154)
- Education (5,371)
- Finance (11,100)
- Food & Dining (6,598)
- Government (3,522)
- Health & Medical (14,708)
- Industry (8,382)
- Manufacturing (2,809)
- Motorized Vehicle (8,134)
- Personal Services (17,041)
- Professional (12,108)
- Real Estate (6,005)
- **Shopping & Shopping Services** (21,923)
  - Pets (358)
    - **Aquarium Supplies** (11)
    - Birds (9)
    - Dogs (3)
    - Fish (39)
    - Pet & Domestic Animal Services (194)
    - Pet Products & Services Franchises (6)
    - Pet Supplies (200)
    - Reptiles (6)

---

Ads by Google    Exotic Pets    Fish Supplies    Aquarium Store    Tropical Fish

[                    ]  Google Search

Web ● Allpages.com

## Aquarium Supplies, Houston, Texas (TX)

Ads by Google

**Aquarium Contest**
Photos of Aquarium Contest screen saver, wallpapers & Movies
www.Gocool.co.il

**Aquarium**
Find Aquarium Here. Visit our Aquarium Guide.
All-Aquarium.info

**Aquarium Supplies**
Find Aquarium Supplies now See our Aquarium Supplies guide
SavingsChaser.com

**Aquarium Supplies**
Looking for Aquarium Supplies? Find exactly what you want today.
Yahoo.com

Advertise on this site

| **Advertisers** |
|---|
| **Top 10 Net Fish Sites** |
| Top 10 Organized Net Fish Web Sites. Find Net Fish. |
| 📰 NetFish.biz |
| **Top 10 Aquarium Sites** |
| Top 10 Organized Aquarium Web Sites. Find Aquarium. |
| 📰 ReefSystemsOnline.com |
| **Aquarium Architecture** |
| Salt Water Aquarium. Custom Design Installation & Maintenance. |

---

**Housto Popula Categori**
- Attorneys (Lawyers) (9,894)
- Automoti (8,134)
- Book Dealers (1
- Business Services (25,285)
- Colleges Schools (5,371)
- Compute (752)
- Contracto & Builders (8,154)
- Dentists (1,781)
- Doctors (11,205)
- Electroni (1,065)
- Entertainm (327)
- Fitness (491)
- Florists (331)
- Food & Dining (6,5
- Insurance (3,641)
- Lodging Hotels (81
- Music (3!
- Night Clu (575)

· AllPages.com - Aquarium Supplies, Houston, Yellow Pages, Texas ...     http://tx.allpages.com/houston/shopping-shopping-services/pets/aqua...

- Transportation (2,720)
- Travel & Tourism (1,466)
- Unknown (13)

| Rate It | business profile | phone |

**Aquariums**
Find aquariums info online. Visit our aquariums listings.
guidetoaquariums.com

**Aquarium Filters Guide**
Directory Of Aquarium Filters. Find Aquarium Filters Quickly.
AquariumFilters.PurityPlanet.com

**Aquarium Supplies**
Learn about Aquarium Supplies.
html | http://www.ToseekA.org

**Aquarium Pumps & Filters at SHOP.COM**
Buy Aquarium Pumps & Filters at SHOP.COM. The Convenience of OneCart!
html | SHOP.COM

- Office Supplies (762)
- Pets (35...
- Pizza (46...
- Real Est... (6,005)
- Restaura... (6,598)
- Shopping Stores (7,879)

**Local listings: 11**

**Aqualogics**
4647 Pine Timbers Street
Houston, TX 77041-9323
Phone: (713) 690-4550
**Business Types:** Aquarium Supplies

**Aquarium Design Group Llc**
3461 West Alabama Street
Houston, TX 77027-6028
Phone: (713) 622-6467
**Business Types:** Aquarium Supplies, Aquariums Rental & Leasing, Tropical Fish Wholesale

**Aquarium Environments**
2414 Tangley Street
Houston, TX 77005-2514
Phone: (713) 528-1063
**Business Types:** Aquarium Supplies

**Benchmark Aquarium Systems Llc**
12999 Murphy Road
Houston, TX 77058
Phone: (281) 488-7333
**Business Types:** Aquarium Supplies

**Fish Land**
13155 Westheimer Road
Houston, TX 77077-5548
Phone: (281) 497-3474
**Business Types:** Aquarium Supplies, Pet Supplies, Tropical Fish Wholesale

**Fish Ranch**
6734 Larkwood Drive
Houston, TX 77074-3518
Phone: (713) 782-1182
**Business Types:** Aquarium Supplies, Aquariums Rental & Leasing, Aquariums Repair & Service, Pet Supplies, Tropical

Houston Texas Yellow Pages. PETS & PET SUPPLIES RETAIL Lis... http://www.hellohouston.com/YP/c_PETSPETSUPPLIESRETAIL.Cfm

**Nearby Cities:** Abilene  Arlington  Austin
Corpus Christi  Dallas  El Paso  Fort Worth  Galveston
Laredo  New Orleans  Plano  San Antonio

Home
Yellow Pages
White Pages
Artists
Bands
Events
Sports
Crime
ZIP Codes
• Blog
• Video
Business
Jobs

Other Info

Attractions
Restaurants
Maps
Weather
Real Estate
Movies
• Cars
Dating
Classifieds
M-Photo
Apartments
Rental Homes
• Login

Top > Shopping > PETS & PET SUPPLIES RETAIL

**Business Search**
Choose a Category:
All Categories
Business/Keyword:
Submit

**Rate a Business**
These people have:
David H. (4)
Vivian B. (3)
Beth C. (2)
Gerardo T. (2)
Anthony E. (2)
Pilar C. (2)
Carol D. (2)
Marie L. (2)
Alex B. (1)
Ely S. (1)
...more


Advertise Here


Advertise Here


$26.99

### PETS & PET SUPPLIES RETAIL
### Houston, Texas Yellow Pages.
### Houston Texas Shopping Directory

PetSmart. Helping you raise, healthy happy pets!
Call or click today for all your grooming, food and pet care needs.
www.PetSmart.com                    phone

Frontline Plus Flea and Tick Control
Directory of discount Frontline Plus pet product providers.
http://plusfrontline.com

Links and Sites
Save money and time with us.
http://www.LinksandSites.com

Top 10 Pet Supply Sites
Top 10 Organized Pet Supply Web Sites. Find Pet Supply.
FoodForDogs.com

[ FIRST PAGE ]  1  2  3  4  5  [ LAST PAGE ]

A & C Tropical Fish              Send to Mobile
(713) 941-4885                  Rate this Business
900 Edgebrook Dr                    map it!
Houston, TX 77034

A Dog's Dream Inn               Send to Mobile
(713) 334-6000                  Rate this Business
2910 Fountain View Dr               map it!
Houston, TX 77057

A Parrots Cove                  Send to Mobile
(281) 469-5455                  Rate this Business
10764 Fm 1960 Rd W                  map it!
Houston, TX 77070

Adams and Associates            Send to Mobile
(713) 863-7100                  Rate this Business
811 Heights Blvd                    map it!
Houston, TX 77007

Adventures In Birds             Send to Mobile
(713) 681-5299                  Rate this Business
7414 Westview Dr                    map it!
Houston, TX 77055               WebSite Link

**Brand Name Pet Supplies**
Save up to 50% everyday. Free
Shipping on orders over $35.
www.PetCareRx.com
**San Antonio Pet Supplies**
Buy premium food, supplies and
equipment for your dogs, cats &
birds.
www.RobCary.com
**Pet Supply Cat on Sale**
Low Prices on Top Brands For
Your Dog or Cat. Free Shipping.
www.HealthyPets.com
**Order Pet Products Now**
Leading online pet pharmacy.
Best Price Guaranteed. 24 Hour
Service.
www.PetCareChoice.com
**Pet Supplies at Petsmart**
Exactly what great pet parents
need That's Smart - PetSmart.
www.PetSmart.com
**Who Has Better Value
than Pet Supplies?**
Free Shipping. 100% Price and
Satisfaction Guarantee. Great
Value.
www.canadavetdirect.com

MarketPlace

Career/Online Education
FREE Online Dating
Sports Nutrition
Vacation Rentals
Apartments
Home Loans
Credit Cards
Lawyers
Credit Reports
Find Roommates
Debt Consolidation
Insurance Agents
Tickets
Equity Line
Lasik Eye Surgey
Bankruptcy Help
Moving Companies
Used Cars
New Cars
Birth-Death Records
Search More


Get Noticed!

Houston Texas Yellow Pages. PETS & PET SUPPLIES RETAIL Lis... http://www.hellohouston.com/YP/c_PETSPETSUPPLIESRETAIL.C(m



Advertise Here

Advertise Here

Advertise Here

Small Business

Free Micro-Website
Start your free account now

A Random Small Business



AudibleThinking

AudibleThinking

**MarketPlace**
Drug Treatment
Health Insurance
Car Loans
Auto Insurance
Car Donation
Life Insurance
Refinance
Home Insurance
Cash Advances
Home Security
Investment Advice
DSL Providers
Debt Consolidation
Teeth Whitening
Wedding Direcory
Student Loans
Flowers - Florist
Savings Account
Online Education
**Search More**

**New Houston Mobile Site**

HelloHouston.mobi

This version of our Houston
website fits on your cell
phone. Look up Yellow Pages
and White pages and more
from you cell phone. Just
use .mobi instead of .com
our all of our 600 city
websites.
**Get a link to
HelloHouston.mobi**
Enter you mobile number
and we'll send a link for the
mobile version of this site to
your phone.

**Enter Your 10 Digit
Mobile Nubmer**

[ SEND ]

e.g. 5552221111 - No
Dashes
Standard Text rates apply
by your carrier.

**Yellow Pages by Zip
Code!**
Instantly Build your
Yellow Pages using
only one Zip Code.

Akemi Inc by Body Cooler
(713) 541-6311
8700 Commerce Park Dr Ste 212
Houston, TX 77036
*Send to Mobile*
*Rate this Business*
*map it!*

Alamo Fence
(281) 821-4133
16221 Aldine Westfield Rd
Houston, TX 77032
*Send to Mobile*
*Rate this Business*
*map it!*

Anything Fishy
(713) 329-9989
13157 Northwest Fwy
Houston, TX 77040
*Send to Mobile*
*Rate this Business*
*map it!*

Aqualogics
(713) 690-4550
4647 Pine Timbers St
Houston, TX 77041
*Send to Mobile*
*Rate this Business*
*map it!*

Aquarium Design Group Llc
(713) 622-6467
3461 W Alabama St
Houston, TX 77027
*Send to Mobile*
*Rate this Business*
*map it!*
*WebSite Link*

Aquarium Environments
(713) 526-1063
2414 Tangley St
Houston, TX 77005
*Send to Mobile*
*Rate this Business*
*map it!*
*WebSite Link*

Aquarium World
(713) 329-9989
13157 Northwest Fwy
Houston, TX 77040
*Send to Mobile*
*Rate this Business*
*map it!*

Aquatic World
(281) 970-0169
8714 Jones Rd
Houston, TX 77065
*Send to Mobile*
*Rate this Business*
*map it!*

Auburn Kennels
(713) 465-6425
1549 Campbell Rd
Houston, TX 77055
*Send to Mobile*
*Rate this Business*
*map it!*

B B Tropical Fish & Pet
(281) 469-3756
9226 Fm 1960 Rd W
Houston, TX 77070
*Send to Mobile*
*Rate this Business*
*map it!*

Banfield the Pet Hospital
(281) 597-9696
12533 Westheimer Rd
Houston, TX 77077
*Send to Mobile*
*Rate this Business*
*map it!*
*WebSite Link*

Bellaire Blvd Animal Clinic
(713) 772-5574
6213 Bellaire Blvd
Houston, TX 77081
*Send to Mobile*
*Rate this Business*
*map it!*

Bellaire Boulevard Animal Clinic
(713) 772-5574
6213 Bellaire Blvd
Houston, TX 77081
*Send to Mobile*
*Rate this Business*
*map it!*

Benchmark Aquarium Systems Llc
(281) 488-7333
12999 Murphy Rd
Houston, TX 77058
*Send to Mobile*
*Rate this Business*
*map it!*
*WebSite Link*

Bishop's Feed & Seed
(713) 472-0587
2305 Preston St
Houston, TX 77003
*Send to Mobile*
*Rate this Business*
*map it!*

Bit of Heaven
(713) 690-7449
8726 Congo Ln
Houston, TX 77040
*Send to Mobile*
*Rate this Business*
*map it!*

Bones 2 Go
(713) 462-2663
7025 W Tidwell Rd
Houston, TX 77092
*Send to Mobile*
*Rate this Business*
*map it!*

 

 Credit Cards
Quick and Easy

 Stock
Investing

 rentalhomesplus

Advertise Here

Advertise Here

AttorneyPages

Advertise Here

 apartments.com

Advertise Here

Page 70
Exhibit 6

Houston Texas Yellow Pages. PETS & PET SUPPLIES RETAIL Lis... http://www.hellohouston.com/YP/c_PETSPETSUPPLIESRETAIL.cfm

**Yellow Pages by Area Code!**
Instantly Build your Yellow Pages using only one **Area Code**.

Camp Bowwow
(713) 953-9663
5508 Star Ln
Houston, TX 77002

**Send to Mobile**
**Rate this Business**
**map it!**
**WebSite Link**

Canine Design by Randy
(713) 827-7297
12653 Memorial Dr Ste B
Houston, TX 77024

**Send to Mobile**
**Rate this Business**
**map it!**

Central Garden & Pet
(713) 939-8677
9550 W Wingfoot Rd Ste 100
Houston, TX 77041

**Send to Mobile**
**Rate this Business**
**map it!**

[ FIRST PAGE ]  1  2  3  4  5  [ LAST PAGE ]

*Local Toolbar*

**New !** With our HelloMetro toolbar you can access your city's information with just one click. One click away from your Yellow Pages. Includes a free pop-up blocker and Local Search  **100% Free Download - More Info.**

data by **ACXIOM**

**Privacy Policy**

Metro Home • Yellow Pages Home
**Houston Health + Medicine** • Physicians • Hospitals • Dentists • Family doctors • Optometrists • Veterinary Hospitals
**Houston Cars and auto** • Car rental • Used car dealer • New car dealer • Auto repair • Auto body repair
**Houston Beauty and fitness** • Diet, weight loss • Spas • Massage • Gyms, health clubs
**Houston Real estate** • Movers • Mortgages • Apartments • Real estate agents
**Sports & Recreation** • Exercise & Gym Equipment • Public Golf Courses • Sports Clubs
**Houston Education** • Colleges, university • Elem. + Secondary • Day care • Business & vocational
**Personal Service** • Barber Shops • Beauty Salons • Dry Cleaners & Laundry • Self-Service Laundries
**Shopping** • Book Stores • Clothing • Department Stores • Florist Shops • Glasses & Contacts • Toy Stores
**Community & Religion** • Churches - Catholic • Mosques • Religious Organizations • Synagogues • Political Organizations
**Houston Legal + Financial** • Attorneys • Bankruptcy • Personal Injury lawyer • Criminal lawyer • Tax lawyer • Insurance
**Miscellaneous** • General contractors • Weddings • Business services • Antiques • Home & garden • Furniture

Advertise in Houston TX
Media Kit

© HelloMetro



**Your Total Pet Resource - Breeders to Groomers**

# PetFun411.com

### "Bringing Pets and Loved Ones Together"

About Pet Fun 411          Pet Updates          Advertise with Us          Contact Us

State: | Alabama |    Category: | Animal Groomers |    Search Vendors!

# Houston, Texas Fish And Aquariums

This Page Sponsored By:

| | | |
|---|---|---|
| Reserve Your Listing | *Fish Land* | (281) 497-3474 **Houston, Texas** |
| Click to Add Your Own Page | *PETsMART* | (281) 599-1125 **Houston, Texas** |
| Click to Add Your Own Page | *PETsMART* | (713) 661-5585 **Houston, Texas** |
| Reserve Your Listing | *PETsMART* | (713) 520-7917 **Houston, Texas** |
| Reserve Your Listing | *PETsMART* | (713) 690-0575 **Houston, Texas** |
| Click to Add Your Own Page | *Red Sea Fish Pharmacy* | (281) 447-0205 **Houston, Texas** |
| Click to Add Your Own Page | *PETsMART* | (281) 496-6990 **Houston, Texas** |
| Click to Add Your Own Page | *PETsMART* | (281) 436-1249 **Houston, Texas** |
| Click to Add Your Own Page | *PETsMART* | (281) 821-4355 **Houston, Texas** |
| Click to Add Your Own Page | *Aquarium Environments Inc.* | (713) 528-1063 **Houston, Texas** |
| Reserve Your Listing | *PETsMART* | (713) 973-7667 **Houston, Texas** |
| Reserve Your Listing | *PETsMART* | (281) 894-1393 **Houston, Texas** |

Houston, Texas Fish And Aquariums                    http://www.petfun411.com/Listings/Texas/Houston/Fish_And_Aqua..

| | | |
|---|---|---|
| Reserve Your Listing | *Benchmark Aquarium Systems Llc* | **(281) 488-7333**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Ocean Atlantis Aquarium Design* | **(281) 477-3305**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Safari Inland* | **(713) 465-1340**<br>**Houston, Texas** |
| Reserve Your Listing | *Aqualogics* | **(713) 690-4550**<br>**Houston, Texas** |
| Click to Add Your Own Page | *The Stand Shop* | **(281) 209-3587**<br>**Houston, Texas** |
| Reserve Your Listing | *Village Tropical Fish Inc.* | **(713) 524-0173**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Fish Ranch* | **(713) 782-1182**<br>**Houston, Texas** |

Houston aquarium,Houston aquariums,Houston aquaria,Houston tropical,Houston tropical fish,Houston fishkeeping,Houston tanks,Houston fishtanks,Houston aquatic, tips, help, freshwater, pictures, photos, catfish, cichlids, labyrinth, bichirs, barbs, loaches, sharks, livebearers, species, ornamental, fish, malawi, rift, valley, lake, africa, south, central, america, east, asia, equipment, products, setups, filtration, filters, heating, lighting, decor, substrate, water chemistry, maintenance, water changes, ph, hardness, carbonate, GH, KH, chlorine, chloramine, cycling, breeding, algae, plants, health and disea

**Directories**
Dental 411 Network
Doctor 411 Network
Fitness Fun 411
Home Guide 411
Parenting Fun 411
Party Fun 411
Party Fun HQ
Pet Fun 411
USA Tickets 411
Directory Headquarters

| | | | |
|---|---|---|---|
| Alabama | Illinois | Montana | Rhode Island |
| Alaska | Indiana | Nebraska | South Carolina |
| Arizona | Iowa | Nevada | South Dakota |
| Arkansas | Kansas | New Hampshire | Tennessee |
| California | Kentucky | New Jersey | Texas |
| Colorado | Louisiana | New Mexico | Utah |
| Connecticut | Maine | New York | Vermont |
| Delaware | Maryland | North Carolina | Virginia |
| District of Columbia | Massachusetts | North Dakota | Washington |
| Florida | Michigan | Ohio | West Virginia |
| Georgia | Minnesota | Oklahoma | Wisconsin |
| Hawaii | Mississippi | Oregon | Wyoming |
| Idaho | Missouri | Pennsylvania | |

| | |
|---|---|
| Animal Groomers | Bird Breeders |
| Cat Breeders | Dog Breeders |
| Farm Animals | Fish And Aquariums |
| Horse Breeders And Sales | Kennels |
| Obedience Training | Pet Supplies |
| Reptiles Snakes And Spiders | Small Pet Breeders |
| Stables | Veterinarian |

Front Row King.com\ Boston Red Sox Tickets\ Super Bowl Tickets \ Fenway Park Tickets \ Clubs \ World Series Tickets \ New York Mets Tickets\ New York Yankees Tickets



**Your Total Pet Resource - Breeders to Groomers**

# PetFun411.com

## "Bringing Pets and Loved Ones Together"

About Pet Fun 411        Pet Updates        Advertise with Us        Contact Us

State: [Alabama]    Category: [Animal Groomers]    Search Vendors!

## Texas Fish And Aquariums

**This Page Sponsored By:**

| | | |
|---|---|---|
| Reserve Your Listing | *Fish Man* | (512) 465-5372 Austin, Texas |
| Reserve Your Listing | *Amazonia Aquariums* | (512) 451-0958 Austin, Texas |
| Click to Add Your Own Page | *Aquatic Pictures* | (512) 750-3298 Austin, Texas |
| Click to Add Your Own Page | *JimanEs Tropical Fish* | (361) 643-8182 Portland, Texas |
| Reserve Your Listing | *B & E Enterprises* | (361) 729-9898 Rockport, Texas |
| Reserve Your Listing | *Aquarium Services, Inc* Reef Aquarium Experts. Oceanic Aquariums & Cabinet Sales. Learn The Fine points In Maintaining Y | (214) 335-6628 Dallas, Texas |
| Reserve Your Listing | *PETsMART* | (972) 239-3554 Dallas, Texas |
| Reserve Your Listing | *PETsMART* | (972) 381-1588 Dallas, Texas |
| Reserve Your Listing | *PETsMART* | (469) 232-2030 Dallas, Texas |
| Click to Add Your Own Page | *PETsMART* | (972) 283-3600 Dallas, Texas |
| Reserve Your Listing | *Aquarium Environments* | (214) 369-9086 Dallas, Texas |
| Click to Add Your Own Page | *Aquarium Environments* | (214) 346-5959 Dallas, Texas |

Page 74
Exhibit 6

Texas Fish And Aquariums Vendors                    http://www.petfun411.com/Listings/Texas/Fish_And_Aquariums

| | | |
|---|---|---|
| Click to Add Your Own Page | *PETsMART* | **(713) 973-7667**<br>**Houston, Texas** |
| Click to Add Your Own Page | *PETsMART* | **(281) 894-1393**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Benchmark Aquarium Systems Llc* | **(281) 488-7333**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Ocean Atlantis Aquarium Design* | **(281) 477-3305**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Safari Inland* | **(713) 465-1340**<br>**Houston, Texas** |
| Click to Add Your Own Page | *Aqualogics* | **(713) 690-4550**<br>**Houston, Texas** |
| Click to Add Your Own Page | *The Stand Shop* | **(281) 209-3587**<br>**Houston, Texas** |
| Reserve Your Listing | *Jungle Entertainment* | **(806) 385-4393**<br>**Littlefield, Texas** |
| Reserve Your Listing | *PETsMART* | **(210) 545-6875**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *PETsMART* | **(210) 523-7995**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Papa Jim's Tropical Fish* | **(210) 927-7991**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Aquarium Environments* | **(210) 208-9799**<br>**San Antonio, Texas** |
| Reserve Your Listing | *Pet Frontier* | **(210) 653-8880**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Texas Tropical & Marine* | **(210) 341-3474**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Fishy Business* | **(210) 637-0355**<br>**San Antonio, Texas** |
| Reserve Your Listing | *Aqua Trend Designs Inc* | **(210) 733-0462**<br>**San Antonio, Texas** |
| Click to Add Your Own Page | *Ocean View Aquarium Products Inc* | **(817) 640-8209**<br>**Arlington, Texas** |
| Reserve Your Listing | *Dfw Aquarium Supply Inc* | **(817) 640-8209**<br>**Arlington, Texas** |
| Reserve Your Listing | *Petland* | **(956) 722-7707**<br>**Laredo, Texas** |
| Click to Add Your Own Page | *Armke's Rare Aquarium Fish* | **(830) 609-6955**<br>**New Braunfels, Texas** |
| Click to Add Your Own Page | *Village Tropical Fish Inc.* | **(713) 524-0173**<br>**Houston, Texas** |

Aqualogics Inc - Houston, Texas (TX) | Company Profile

http://www.manta.com/coms2/dnbcompany_hh9x9z

Home  About Us  Customer Service  FAQ  My Account  Reading Room  View Cart    Login: [ ] [ ]  ⊙

Not a member? Learn more.

Enter Company Name [ ]  ⊙

Companies: U.S., Canada New!, Worldwide, U.S. Public    Find Jobs: U.S.    Browse: Industries, Publishers, News

Company Profiles > Find Companies > Houston, TX > Consumer Products & Services > Shopping & Stores > Miscellaneous Retail Stores, NEC > Aquarium supplies > Aqualogics Inc Company Profile

# Aqualogics Inc

4525 S Pinemont Dr # 104, Houston, TX 77041-9330, United States  (Map) (Add Company Info)
**Phone:** (713) 690-4550
**SIC:** Miscellaneous Retail Stores, NEC
**Line of Business:** Wholesales Misc Merchandise

Ads by Google on Wholesales Misc Merchandise†

Aquarium Tank Buy Fish Aquariums. Compare Prices and Save.

Aquariums Looking for Aquariums? Find Tanks, Fish, and Supplies

Aquarium Helpers Maintenance, setup, testing... Within 25 mi of Manassas,VA

†The ads are not affiliated with Aqualogics Inc

### Detailed Aqualogics Inc Company Profile

This company profile is for the private company Aqualogics Inc, located in Houston, TX. Aqualogics Inc's line of business is wholesales misc merchandise.

### Company Profile: Aqualogics Inc

**Year Started:** 2003
**State of Incorporation:** TX
**URL:** N/A
**Location Type:** Single Location
**Stock Symbol:** N/A
**Stock Exchange:** N/A
**Also Does Business As:** N/A
**NAICS:** N/A
**SIC #Code:** 🔍 View Details
**Est. Annual Sales:** 🔍 View Details
**Est. Employees:** 1
**Est. Employees at Location:** 1
**Contact Name:** Ken Li
**Contact Title:** President

*Data above provided by D&B.*

**Aquarium Tank**
Buy Fish Aquariums. Compare Prices and Save.
PriceGrabber.com/Aquariums

**Aquarium Helpers**
Maintenance, setup, testing... Within 25 mi of Manassas,VA
aquariumhelpers.googlepages.com

■■■■■■■

### Additional Information on Aqualogics Inc

**Have some information to add about Aqualogics Inc?**
Manta allows you to make additions and corrections to the information available for the *Aqualogics Inc* company profile. »Learn More

    Add Company Information

**Set Company Alert**
Stay in the know. Sign up to receive email alert notification when new information about Aqualogics Inc is available.

    Set Company Alert

**Looking for reports & articles on Aqualogics Inc?**
Manta also provides financial reports, credit reports, news articles, and market research reports on

☞ Edit Company Profile
🖂 Set Company Alert

**Find** reports and articles on Aqualogics Inc

**Find other** Aqualogics Inc **companies**

**More Companies In:**
    This Industry
    Houston, TX

**Find** Jobs in Houston, TX

75% off Color Business Cards & More...



**HelloAtlanta.com**

Atlanta City Guide

Local Art

Music, History

Yellow Pages

White Pages

Blogs

Restaurants

Classifieds

Events

Attractions

Jobs

and more.

www.HelloAtlanta.com
Ads by Google

1 of 2

1:34 PM

# ODYSSEA PROTEIN SKIMMER

## HOW TO LITERALLY BECOME AN EXPERT REGARDING ODYSSEA PROTEIN SKIMMER IN NO TIME!

**Protein Skimmers**
ASM, Octopus & Aqua-Medic Free Shipping - Great Prices
www.aquamartonline.com

**Protein Skimmer**
EuroReef - AETech - AquaC - Octopus Free Shipping on Orders over $175
www.AquaCave.com

**60% Off Protein Skimmers**
Out-Performs all Protein Skimmers Free Ship 180 Day Money Back Policy
www.EcoAqualizer.com

**Seaclone Protein Skimmer**
Find Seaclone Protein Skimmer now See our Skimmer guide
Skimmer.APennySavedOnline.com

**Sea Clone Skimmer On Sale**
Aquarium Systems Sea Clone 100 and Sea Clone 150 Hang-on Skimmers
www.marineandreef.com

**Protein Skimmers**
Free shipping! orders over $169.00 Tunze, ASM, CPR BakPak, Prizm...
www.fishsupply.com

**Free 40 Gallon Aquarium**
Includes Bulb, Net, Plants, Food, Water Conditioner. Act Now!
Home-garden-rewardempire.com

**Aqua-Mart, Inc.**
Low prices! Fast shipping. Skip the rest and buy from us.
www.aqua-mart.com

## odyssea protein skimmer News

[CaRP] Can't open cache file.

[CaRP] Unable to create/open RSS cache file.

How to Literally Become An Expert Regarding odyssea protein skimmer in No Time!
[CaRP] Can't open cache file.

[CaRP] Unable to create/open RSS cache file.
All About protein evaluation system in ruminants and More!
... **How to Literally Become An Expert Regarding** protein evaluation system in ruminants in No Time!Could ... Aquar **Protein Skimmer** W Pump NEW .50 ... 2 5d 18h 56m Jebo Odyssea Blue ...
Could not run query " SELECT `text` FROM `Sessions` WHERE `ip` = '68.142.250.176
... .How to Literally Become An Expert Regarding steriod like supplements in No Time!Could not ... supplements | zaxby's nutrition | **odyssea protein skimmer** | bipolar and nutrition ...

[CaRP] Can't open cache file.

[CaRP] Unable to create/open RSS cache file.
Buy Odyssea ProPack Protein Skimmer at Aqualogics
#705001 · The **Odyssea ProPack** is an external, hang on the back **protein skimmer** and biological filtration unit. ... Skimmer. Ultraviolet Sterilizer. Water Pump. Home >> **Protein Skimmer** >> **Odyssea ProPack Protein Skimmer. Odyssea ProPack Protein Skimmer.**
#705001 · The **Odyssea** ...
Buy Odyssea ProPack 2x Protein Skimmer at Aqualogics
#705002 · The **Odyssea ProPack 2x** is an external, hang on the back filtration unit for aquariums up to 100G that includes two **protein skimmer** and biological filtration.

**Protein Skimmers**
Free shipping! orders over $169.00 Tunze, ASM, CPR BakPak, Prizm...
www.fishsupply.com

**Aqua-Mart, Inc.**
Low prices! Fast shipping. Skip the rest and buy from us:
www.aqua-mart.com

**Sunlight Supply Lighting**
Premier wholesale manufacturer of MH & T5 HO reef lighting
www.sunlightsupply.com

**Buy Protein Skimmer Sale**
Fish Food, Pumps, Aquariums &

Home Page of odyssea protein skimmer                    http://www.naturalsportsnutritionsite.com/health/odyssea-protein-s..



eBay Store - the aquarium store: **Protein** Skimmers, Books, Filter...
  Jebo 180 HO Aquar **Protein Skimmer** W Pump NEW .50 ... 2 5d 18h 56m    Jebo **Odyssea** Blue Moon LED 20" Strip 15 Moon Lites NEW .95...

Aquarium Supply - **Odyssea** + Aquarium + Lighting
...seaclone **protein skimmer**, Jebo compact aquarium lighting, and ... .com are seaclone.....**Skimmer. Protein Skimmer. 4** products found. **Odyssea**...

eBay - Fish, Fish, Filtration Heating, Other, Aquariums Bowls items...
**ODYSSEA PROTEIN SKIMMER** W/ PUMP NEW SALTWATER    .99 .99 - May-27 00:28

Aquatraders
Reg. Price 9.90. Website Special .90. Click To Enlarge. **ODYSSEA** Pro Pack **Protein Skimmer** Single. Reg. Price .90. Website Special...

bipolar and nutrition | high-fiber health supplements | diet and nutrition in belize central america | low protein dog food uk | sports medicine in new hampshire | nutrition assessment free forms | sports medicine physical therapy information | steriod like supplements