

# Network**Solutions**

Login                    Customer Service          Your cart is empty
                         Call us toll free

## WHOIS Search Results

Available **aqlogics** extensions:

| .us | .mobi | .de | .tv | .co.uk | .eu | .bz |
|-----|-------|-----|-----|--------|-----|-----|
| ☐   | ☐     | ☐   | ☐   | ☐      | ☐   | ☐   |

Order Selected Domain(s) »

### Your WHOIS Search Results

IMAGE NOT
AVAILABLE

**aqlogics.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70%**
when you TRANSFER
your domains to
Network Solutions — your
trusted domain name provider!

Go »

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.



Learn the Secrets
of **Search Engine
Optimization**

Attend our
SEO Seminar

Learn More »

Search Engines

TOP SECRET

The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

When you register a domain name, current policies require that the contact information for
your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use

Registrant:
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: AQLOGICS.COM
   Created on: 15-Dec-03
   Expires on: 15-Dec-08
   Last Updated on: 08-Oct-07

Administrative Contact:
   Private, Registration  AQLOGICS.COM@domainsbyproxy.com
   Domains by Proxy, Inc.
   DomainsByProxy.com
   15111 N. Hayden Rd., Ste 160, PMB 353
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599

Technical Contact:
   Private, Registration  AQLOGICS.COM@domainsbyproxy.com
   Domains by Proxy, Inc.
   DomainsByProxy.com
   15111 N. Hayden Rd., Ste 160, PMB 353
   Scottsdale, Arizona 85260
   United States
   (480) 624-2599

Domain servers in listed order:
   NS01.DOMAINCONTROL.COM
   NS02.DOMAINCONTROL.COM

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record



Current Registrar: GODADDY.COM, INC.

| | |
|---|---|
| IP Address: | 204.118.3.164 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-TEXAS-VICTORIA |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Parked |
| DMOZ | no listings |

**Search »**

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:

http://www.networksolutions.com/whois/results.jsp?domain=aqlogics.com    10/9/2007

Case 3:07-cv-02119-H-POR    Document 32-6    Filed 06/18/2008    Page 3 of 53

| | |
|---|---|
| **Y! Directory:** | see listings |
| **Web Site Title:** | Aqualogics, Inc. - Welcome |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 29-Nov-2005 |

◉ **Domain Name**

○ NIC Handle

○ IP Address

Search »



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

Go »



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99** one time set-up fee

Go »







"An outstanding customer service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

http://www.networksolutions.com/whois/results.jsp?domain=aqlogics.com                    10/9/2007



| AQUALOGICS | Company Info | FAQ | Shipping | Contact Us |

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

**Featured Item**



Jebo
Ultraviolet
Sterilizer
9Watt

**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead



Aquarium redefined



powered by **CONCEPTS**

**Professional Web Site Design** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20040819081647/http://www.aqlogics.com/          10/9/2007

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |



**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

## COMPANY INFO

Aqualogics, headquartered in Houston, Texas, is an importer and exporter of aquariums and a full line of aquatic accessories. The company's business is exclusively wholesale of aquatic supplies to independent pet retailers across the country. Our goal is to help small to medium sized retailers reduce costs in purchasing for resale and for everyday business use.

Aqualogics is able to offer lower prices and better values by eliminating virtually all the frills, and cost historically associated with conventional wholesalers and distributors, including fancy buildings, door to door salespeople, billing, and accounts receivables. We run a tight operation with extremely low overhead which enables us to pass on dramatic savings to our customers.

Another service Aqualogics offers is the importing of OEM products for "Less Than Container Load" or LCL. This service allows independent retailers to purchase OEM or private labeling products without being cash-strapped to an entire container load, giving them financial freedom and a competitive edge on their competition. Our company works with a wide network of manufacturers in the Pacific Rim countries that have the capabilities to produce virtually all products associated with the aquatic industry. Just give us the specification and we will take care of the rest.

For further comments or inquires, please contact us at info@aqlogics.com.



powered by CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

Page 83
Exhibit 8

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**CONTACT US**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

**Aqualogics**
4647 Pine Timbers Ste. 120
Houston, TX 77041
**Phone**: 713-690-4550
**Fax**: 713-690-4555

First Name:        [_____] (required)

Last Name:        [_____] (required)

Company Name:     [_____] (required)

Address:          [_____] (required)

Address 2:       [_____]

City:            [_____] (required)

State:          [Please Select] (required)

Zip:            [_____] (required)

Phone Number:     [_____]

Fax Number:      [_____]

Email:          [_____] (required)

Confirm Email:     [_____] (required)

Contact Method:    Email

Store Type:       Online

Products Available for Sale:

- [ ] Freshwater    [ ] Reptiles
- [ ] Marine        [ ] Birds
- [ ] Cats          [ ] Garden
- [ ] Dogs         [ ] Other

Comments:

[ Submit ]  [ Reset ]

powered by CONCEPTS

Search Engine Friendly Shopping Cart Software provided by **Page Concepts**
Copyright  1996 **Page Concepts**.  All rights reserved.

Page 84
Exhibit 8

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Page 1 of 2**

1   2   Next

Home >> Accessories

Sort by:   Click to Sort

### Products

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

## Accessories

**18 products found**

Odyssea Hydrometer
$0.00
In-Stock

Odyssea 3-In-1 Scraper
$0.00
In-Stock

Odyssea Magnet Cleaner S
$0.00
In-Stock

Odyssea Magnet Cleaner M
$0.00
In-Stock

Odyssea Magnet Cleaner L
$0.00
In-Stock

Odyssea Premium Activated Carbon
$0.00
In-Stock

Odyssea Bio Glass Media
$0.00
In-Stock

Fish Net 4"
$0.00
In-Stock

Fish Net 6"
$0.00
In-Stock

**Page 1 of 2**

1   2   Next

powered by  CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20060514213834/www.aqlogics.com/display.asp?DepartmentID=412    10/9/2007

**AQUALOGICS** | **Company Info** | **FAQ** | **Resources** | **Contact Us**

**Page 1 of 2**

Home >> Aquarium and Stand

1  2  Next

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

Sort by: Click to Sort

## Aquarium and Stand

**12 products found**

Odyssea B5 Aquarium Kit
$0.00
In-Stock

Odyssea B9 Aquarium Kit
$0.00
In-Stock

Odyssea 5 Aquarium Kit
$0.00
In-Stock

Odyssea 10 Aquarium Kit
$0.00
Out-of-Stock

Odyssea B20 Aquarium Kit
$0.00
Out-of-Stock

Odyssea B24
$0.00
In-Stock

Odyssea B45
$0.00
In-Stock



Odyssea B60
$0.00
In-Stock

Odyssea B80
$0.00
Out-of-Stock

**Page 1 of 2**

1  2  Next

powered by **CONCEPTS**

**Search Engine Friendly Shopping Cart Software** provided by Page Concepts
Copyright © 1996 Page Concepts. All rights reserved.



| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Page 2 of 2**                                                    Previous 1  2

**Home >> Aquarium and Stand**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

Sort by:  Click to Sort

## Aquarium and Stand                                    **12 products found**

Blue Ocean 50
$0.00
In-Stock

Blue Ocean 100
$0.00
In-Stock

Blue Ocean 160
$0.00
In-Stock

**Page 2 of 2**                                                    Previous 1  2

powered by  PAGE CONCEPTS

Search Engine Friendly Shopping Cart Software provided by Page Concepts
Copyright    1996 Page Concepts.    All rights reserved.

| AQUALOGICS | Company Info | FAQ | Shipping | Contact Us |

---

Home >> Chiller

### Chiller                                                   **1 product found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

Jebo 1/4 Chiller

Jebo 1/4 Chiller
$0.00
Out-of-Stock

**Featured Item**



**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead

powered by 

**Professional Web Site Design** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

Buy Filtration at Aqualogics



| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Home >> Filtration**

**Filtration**                                                                    __View All__

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
--Canister
--Internal
--Power Hang-On
--Wet Dry System

Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

## Canister

## Internal

## Power Hang-On

## Wet Dry System

powered by 

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20060514213751/www.aqlogics.com/display.asp?DepartmentID=409                 10/9/2007

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

---

**Home >> Filtration >> Canister**

## Canister

**3 products found**

### Products

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

Odyssea CFS1

**Odyssea CFS1**
$0.00
In-Stock

Odyssea CFS2

Odyssea CFS2
$0.00
In-Stock

Odyssea CFS Replacement Media

Odyssea CFS Replacement Media

$0.00
In-Stock

powered by  CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20050513193622/www.aqlogics.com/display.asp?subDepartmentID=1084                10/9/2007

## | AQUALOGICS | Company Info | FAQ | Resources | Contact Us

Home >> Filtration >> Internal

### Internal

**9 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

Jebo 101 Internal
Jebo 101 Internal Filter
$0.00
In-Stock



Lifetech AP120 Internal Sponge Filter
$0.00
Out-of-Stock



Lifetech AP150 Internal Sponge Filter
$0.00
In-Stock

Lifetech AP220 Internal Sponge
Lifetech AP220 Internal Sponge Filter
$0.00
In-Stock

Jebo AP1700 Internal Sponge
Jebo AP1700 Internal Sponge Filter
$0.00
In-Stock



Lifetech AP1500F Internal Sponge Filter
$0.00
In-Stock

Sonic 3000M Internal Sponge
Sonic 3000M Internal Sponge Filter
$0.00
In-Stock

Jebo AP480FC Internal Filtration
Jebo AP480FC Internal Filtration System
$0.00
In-Stock

Jebo 101 Replacement
Jebo 101 Replacement Media
$0.00
In-Stock



powered by PAGE CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.



| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Home >> Filtration >> Power Hang-On**

### Power Hang-On                                                    **4 products found**



**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

Jebo 508 Power Filter
Jebo 508 Power Filter
In-Stock

Jebo 502 Power Filter
Jebo 502 Power Filter
$0.00
In-Stock

Jebo 502 Replacement Media
Jebo 502 Replacement Media
$0.00
In-Stock

Jebo 508 Replacement Media
Jebo 508 Replacement Media
$0.00
In-Stock

powered by **CONCEPTS**

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20050513193701/www.aqlogics.com/display.asp?subDepartmentID=1083    10/9/2007



AQUALOGICS | Company Info | FAQ | Resources | Contact Us

Home >> Heater

Sort by: Click to Sort

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

## Heater

**5 products found**

Jebo Quartz Heater 50W
$0.00
In-Stock

Jebo Quartz Heater 100W
$0.00
In-Stock

Jebo Quartz Heater 200W
$0.00
In-Stock

Jebo Quartz Heater 300W
$0.00
In-Stock

Odyssea Stainless Steel Heater
500W
$0.00
Out-of-Stock



powered by CONCEPTS

Search Engine Friendly Shopping Cart Software provided by Page Concepts
Copyright   1996 Page Concepts.   All rights reserved.

http://web.archive.org/web/20060811191800/www.aqlogics.com/display.asp?DepartmentI...   9/11/2007

AQUALOGICS | Company Info | FAQ | Resources | Contact Us



Home >> Lighting

## Lighting                                                      <u>View All</u>

**Products**

Accessories
Air Equipment
Aquarium and Stand
Filtration
Food
Heater
Lighting
  --Compact
Fluorescent Bulbs
  --Compact
Fluorescent Light
  --Metal Halide Bulbs
  --Metal Halide Light
  --T5 Fluorescent
Bulbs
  --T5 Fluorescent Light
  --Underwater Light

Pond Equipment
Protein Skimmer
Ultraviolet Sterilizer
Water Pump

## Compact Fluorescent Bulbs
_____

## Compact Fluorescent Light
_____

## Metal Halide Bulbs
_____

## Metal Halide Light
_____

## T5 Fluorescent Bulbs
_____

## T5 Fluorescent Light
_____

## Underwater Light
_____

powered by
CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

Home >> Lighting >> **Compact Fluorescent Bulbs**

## Compact Fluorescent Bulbs                                    **6 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| ☒ Odyssea Compact Fluorescent 18W Bulb | ☒ Odyssea Compact Fluorescent 24W Bulb | ☒ Odyssea Compact Fluorescent 36W Bulb |
|---|---|---|
| Odyssea Compact Fluorescent 18W Bulb $0.00 In-Stock | Odyssea Compact Fluorescent 24W Bulb $0.00 In-Stock | Odyssea Compact Fluorescent 36W Bulb $0.00 In-Stock |
| ☒ Odyssea Compact Fluorescent 55W Bulb | ☒ Odyssea Compact Fluorescent 65W Bulb | ☒ Odyssea Compact Fluorescent 96W Bulb |
| Odyssea Compact Fluorescent 55W Bulb $0.00 In-Stock | Odyssea Compact Fluorescent 65W Bulb $0.00 In-Stock | Odyssea Compact Fluorescent 96W Bulb $0.00 In-Stock |

powered by  CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright    1996 **Page Concepts**.   All rights reserved.

Page 95
Exhibit 8

Buy Compact Fluorescent Light at Aqualogics

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Page 1 of 2**

Home >> Lighting >> Compact Fluorescent Light

1 2  Next

### Compact Fluorescent Light

**10 products found**

1 2  Next

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

Odyssea Compact Fluorescent Uni-Strip 11
Odyssea Compact Fluorescent Uni-Strip 11" 18W
$0.00
In-Stock

Odyssea Compact Fluorescent Uni-Strip 24
Odyssea Compact Fluorescent Uni-Strip 24" 65W
$0.00
In-Stock

Odyssea Compact Fluorescent Uni-Strip 36
Odyssea Compact Fluorescent Uni-Strip 36" 96W
$0.00
Out-of-Stock

Odyssea Compact Fluorescent Uni-Strip 48
Odyssea Compact Fluorescent Uni-Strip 48" 130W
$0.00
In-Stock

Odyssea Compact Fluorescent Dual Strip 24
Odyssea Compact Fluorescent Dual Strip 24" 130W
$0.00
In-Stock

Odyssea Compact Fluorescent Dual Strip 36
Odyssea Compact Fluorescent Dual Strip 36" 192W
$0.00
Out-of-Stock

Odyssea Compact Fluorescent Dual Strip 48
Odyssea Compact Fluorescent Dual Strip 48" 260W
$0.00
In-Stock

Jebo Compact Fluorescent Dual Strip
Jebo Compact Fluorescent Dual Strip 24" 110W
$0.00
Out-of-Stock

Jebo Compact Fluorescent Dual Strip 36
Jebo Compact Fluorescent Dual Strip 36" 110W
$0.00
Out-of-Stock

**Page 1 of 2**

1 2  Next

powered by PAGE CONCEPTS

Search Engine Friendly Shopping Cart Software provided by Page Concepts
Copyright © 1996 Page Concepts. All rights reserved.

http://web.archive.org/web/20050514062703/www.aqlogics.com/display.asp?subDepartmentID=1692
10/9/2007



| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Home >> Lighting >> Metal Halide Bulbs**

## Metal Halide Bulbs

**2 products found**

**Products**
Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| ☒ Odyssea Metal Halide 150W HQI Bulb | ☒ Odyssea Metal Halide 175W HQI Bulb |

Odyssea Metal Halide 150W HQI Bulb
$0.00
In-Stock

Odyssea Metal Halide 175W HQI Bulb
$0.00
Out-of-Stock



powered by PAGE CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright  1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20050515101403/www.aqlogics.com/display.asp?subDepartmentID=1697    10/9/2007

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

Home >> Lighting >> Metal Halide Light

## Metal Halide Light

2 products found

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| ☒ Odyssea Metal Halide 24 | ☒ Odyssea Metal Halide 48 |

Odyssea Metal Halide 24"
211W
$0.00
Out-of-Stock

Odyssea Metal Halide 48"
384W
$0.00
Out-of-Stock

powered by 

**Search Engine Friendly Shopping Cart Software** provided by Page Concepts
Copyright   1996 **Page Concepts**.  All rights reserved.

http://web.archive.org/web/20050515012501/www.aqlogics.com/display.asp?subDepartmentID=1696    10/9/2007

AQUALOGICS | Company Info | FAQ | Resources | Contact Us

**Home >> Lighting >> T5 Fluorescent Bulbs**

**T5 Fluorescent Bulbs**                                                              **6 products found**



**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

Odyssea T5 Fluorescent High Output 24W Bulb — Odyssea T5 Fluorescent High Output 39W Bulb — Odyssea T5 Fluorescent High Output 54W Bulb

Odyssea T5 Fluorescent High Output 24W Bulb — $0.00 — In-Stock

Odyssea T5 Fluorescent High Output 39W Bulb — $0.00 — In-Stock

Odyssea T5 Fluorescent High Output 54W Bulb — $0.00 — In-Stock

Odyssea T5 Fluorescent 14W Bulb — Odyssea T5 Fluorescent 21W Bulb — Odyssea T5 Fluorescent 28W Bulb

Odyssea T5 Fluorescent 14W Bulb — $0.00 — In-Stock

Odyssea T5 Fluorescent 21W Bulb — $0.00 — In-Stock

Odyssea T5 Fluorescent 28W Bulb — $0.00 — In-Stock

powered by CONCEPTS

Search Engine Friendly Shopping Cart Software provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.



powered by

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright    1996 **Page Concepts**.    All rights reserved.

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

**Home >> Lighting >> Underwater Light**

## Underwater Light

**1 product found**



Odyssea Bluemoon LED 20"

$0.00
In-Stock

### Products

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

powered by CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright    1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20050515101355/www.aqlogics.com/display.asp?subDepartmentID=1698    10/9/2007



**AQUALOGICS** | **Company Info** | **FAQ** | **Shipping** | **Contact Us**

Home >> Power head

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

**Featured Item**



**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead

### Power head



LifeTech AP1000
$0.00
In-Stock



LifeTech AP1500
$0.00
Out-of-Stock

**2 products found**



powered by

**Professional Web Site Design** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.



AQUALOGICS | Company Info | FAQ | Shipping | Contact Us

Home >> Ultraviolet Sterilizer

**Ultraviolet Sterilizer**

**3 products found**

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

Jebo Ultraviolet Sterilizer 9Watt

Jebo Ultraviolet Sterilizer 13W

Jebo Ultraviolet Sterilizer 18W

Jebo Ultraviolet Sterilizer
9Watt
$0.00
In-Stock

Jebo Ultraviolet Sterilizer
13W
$0.00
In-Stock

Jebo Ultraviolet Sterilizer
18W
$0.00
In-Stock

**Featured Item**

Jebo
Ultraviolet
Sterilizer
9Watt

**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead

powered by  CONCEPTS

**Professional Web Site Design** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.  All rights reserved.

| AQUALOGICS | Company Info | FAQ | Resources | Contact Us |

Home >> Water Pump

## Water Pump

**9 products found**



Jebo P377
$0.00
In-Stock

| x | Lifetech 1500 |

Lifetech 1500
$0.00
In-Stock

| x | Lifetech 1800 |

Lifetech 1800
$0.00
In-Stock

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

| x | Lifetech 4550 |

Lifetech 4550
$0.00
In-Stock

| x | Lifetech 5400 |

Lifetech 5400
$0.00
In-Stock

| x | Lifetech 5200 |

Lifetech 5200
$0.00
In-Stock

| x | Lifetech 5600 |

Lifetech 5600
$0.00
In-Stock

| x | Lifetech 5800 |

Lifetech 5800
$0.00
Out-of-Stock



Lifetech 10000
$0.00
In-Stock

powered by  CONCEPTS

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

http://web.archive.org/web/20050410011436/www.aqlogics.com/display.asp?DepartmentID=414    10/9/2007

| AQUALOGICS | Company Info | FAQ | Shipping | Contact Us |

Home >> Wet/Dry System

## Wet/Dry System                                              3 products found



| Odyssea Wet/Dry Filtration 24 | Odyssea Wet/Dry Filtration 22 | Jebo GF3300 Filtration System |

Odyssea Wet/Dry Filtration 24"
$0.00
In-Stock

Odyssea Wet/Dry Filtration 22"
$0.00
In-Stock

Jebo GF3300 Filtration System
$0.00
In-Stock

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Lighting
Pond Equipment
Power head
Protein Skimmer
Ultraviolet Sterilizer
Water Pump
Wet/Dry System

**Featured Item**

Jebo
Ultraviolet
Sterilizer
9Watt

**Jebo Ultraviolet
Sterilizer 9Watt**
Jebo Ultraviolet Sterilizer
9W - Includes UV bulb, and
powerhead



powered by PAGE CONCEPTS

**Professional Web Site Design** provided by **Page Concepts**
Copyright   1996 **Page Concepts**.   All rights reserved.

Aqualogics, INC. Pet & Products

http://www.alibaba.com/company/11133628.html


Alibaba.com
Global trade starts here.™

For Buyers    For Sellers    Community    My Alibaba    Help

Home > Buy > Aqualogics, INC.

## Free Member

**LISTED SINCE 2007**

- Products (2)
- Selling Leads
- About Us
  - TrustPass Profile
  - Contact Information
  - Trade Show Interests

# Aqualogics, INC.

✉ **Contact Now**       Leave me a message

### About Us                                          See our Company Profile

Aqualogics is committed to excellence in the pet industry. Our innovative designs and comprehensive quality control ensure that our stylish products will add colors to your leisure time. We put the finest craftsmanship in every aquarium light and other aquarium accessory we produce.

### Basic Information

| | |
|---|---|
| Company Name: | Aqualogics, INC. |
| Business Type: | Manufacturer |
| Product/Service: | Aquarium Lighting, Pet Products |
| Company Address: | 4647 Pine Timbers Suite 120, Houston, Texas, United States |
| No. of Total Employees: | 51 - 100 People |

### Ownership & Capital

| | |
|---|---|
| Year Established: | 2001 |

### Trade & Market

| | |
|---|---|
| Main Markets: | North America, Europe |
| Total Annual Sales Volume: | US$5 Million - US$10 Million |

### Factory Information

| | |
|---|---|
| No. of R&D Staff: | 71 - 80 People |

**Recently Posted Products**

Aquarium Light                 Metal Halide Light

Aqualogics, INC. Pet & Products                                    http://www.alibaba.com/company/11133628.html

**Contact Us**

Aqualogics, INC. [View Company Details] [United States] ▽

Address: 4647 Pine Timbers Suite 120, Houston, Texas, United States
✉ Contact Now          Leave me a message          📇 View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

Didn't find what you're looking for?Post a buying lead.

Trade Articles & Discussions in *Resources*                                          More





China's industrial output up 17.5% in Aug
China's GPS vehicles exceeds 1 mln
China's money supply grows 18.09% in Aug
China's exports loses US$36 billion...



Trade Problems?
One Solution!  ➔ Find out here

Email this page          Bookmark this page          Print this Page

Home · Gold Suppliers · Buy · Sell · Trade Shows · My Alibaba · China Export Services
About Alibaba.com · Help · Site Map · Partnerships · Customer Service
Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries · Archive
About Alibaba Group · Alibaba China · Alibaba Japan · Alipay · Taobao · Yahoo! China · Koubei.com · Alisoft

Product Listing Policy · Intellectual Property Policy and Infringement Claims · Privacy Policy · Terms of Use · Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.

Aqualogics, Inc. - Company Info                    http://web.archive.org/web/20050216190322/www.aqlogics.com/c...

| Aqualogics | Company | FAQ | Resources | Contact Us |

**Products**

Accessories
Air Equipment
Aquarium and Stand
Chiller
Filtration
Food
Heater
Lighting
Pond Equipment
Protein Skimmer
Water Pump

**COMPANY INFO**

Aqualogics, headquartered in Houston, Texas, is an importer and exporter of aquariums and a full line of aquatic accessories. The company's business is exclusively wholesale of aquatic supplies to independent pet retailers across the country. Our goal is to help small to medium sized retailers reduce costs in purchasing for resale and for everyday business use.

Aqualogics is able to offer lower prices and better values by eliminating virtually all the frills, and cost historically associated with conventional wholesalers and distributors, including fancy buildings, door to door salespeople, billing, and accounts receivables. We run a tight operation with extremely low overhead which enables us to pass on dramatic savings to our customers.

Another service Aqualogics offers is the importing of OEM products for "Less Than Container Load" or LCL. This service allows independent retailers to purchase OEM or private labeling products without being cash-strapped to an entire container load, giving them financial freedom and a competitive edge on their competition. Our company works with a wide network of manufacturers in the Pacific Rim countries that have the capabilities to produce virtually all products associated with the aquatic industry. Just give us the specification and we will take care of the rest.

For further comments or inquires, please contact us at info@aqlogics.com.



powered by

**Search Engine Friendly Shopping Cart Software** provided by **Page Concepts**
Copyright ◆ 1996 **Page Concepts**.  All rights reserved.

*Inspection Report #225*

# 2006
# Commercial
# Feed
# Report



OjSC

Office of
Indiana State Chemist
and Seed
Commissioner

## 2006 INDIANA FEED CONTROL PROGRAM

Dr. Robert Waltz - Indiana State Chemist
Mr. Robert Geiger - Feed Administrator
Mrs. Marcia Smith - Secretary



Office of
Indiana State Chemist
and Seed Commissioner

---

### INSPECTION STAFF

D. Brett Groves - Chief Inspector/Field Auditor

Mrs. Joyse Banister - Inspector          Mr. Charles Thomas - Inspector
Mr. Vincent Glose - Small Package Specialist   Mr. Ken Neuhoff - Inspector
Mr. Robert Wakeman - Inspector          Mr. Tom Smith - Inspector
Mrs. Julie Stephens - Inspector

---

### LABORATORY STAFF

Dr. Rodney Noel - Associate State Chemist/Laboratory Director
Mrs. Melinda Walsh - Administrative Assistant/Webmaster

Mr. Peter Kane /Mr. James Bartos- Automated Analysis - Supervisor
Dr. Victoria Siegel - Drugs/Vitamins/Mycotoxins - Supervisor
Dr. Hussein Ragheb - Antibiotics - Supervisor

Mrs. Elizabeth Anne Woody - Sample Preparation/Feed Microscopy

---

### SUPPORT STAFF

Mrs. Connie Wiese - Accounting Supervisor
Mr. Mark Sobers - Data Systems Manager

# 2006 INDIANA FEED CONTROL PROGRAM
## COMMERCIAL FEED REPORT

## TABLE OF CONTENTS

Electronic Contact Information ............................................................................4

Feed Control Program in Indiana ........................................................................5

2006 Regulatory Activity......................................................................................8

2006 Protein Values for Common Grains............................................................9

2006 Commercial Feed Tonnage............................................ ....................10

Feed Analyses by Manufacturer and Sample (296 Pages) ............ ..................11

|  | MICROSCOPIC EXAM (WEED SEEDS) |  | Fall |
|---|---|---|---|

**AMERICAN HEALTH KENNELS**
**POMPANO BEACH, FL**

| 20062615 | Mr. Beak's Premium Bird Treats |  |  |
|---|---|---|---|
|  | CRUDE FAT - ETHER EXTRACT | 8.2 % | 14.85 % |
| 20063570 | Bark Bars - Smiles Natural Dog Treats Molasses |  |  |
|  | CRUDE PROTEIN | 14 % | 15.2 % |
| 20064302 | Bark Bars - Smiles Natural Dog Treats Peanut Butter |  |  |
|  | CRUDE PROTEIN | 16 % | 18.3 % |
| 20064346 | Bark Bars - Honey & Oats Cookies Bar |  |  |
|  | CRUDE PROTEIN | 14 % | 16.1 % |

**ANIMAL NATURALS LLC**
**BENICIA, CA**

| 20062702 | SHOW STOPPER ALL IN ONE COAT & BODY OPTIMIZER |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 11 % | 17.8 % |
|  | LABEL REVIEW |  | Performed |
| 20064368 | SHOW STOPPER ALL-IN-ONE COAT & BODY OPTIMIZER |  |  |
|  |  |  | 0 |

**ANTLER KING TROPHY PRODUCTS INC**
**BLACK RIVER FALLS, WI**

| 20063126 | ANTLER KING TROPHY DEER/ELK PELLETS |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 18.5 % | 20.25 % |
|  | LABEL REVIEW |  | Performed |

**AQUADINE INC**
**HEALDSBURG, CA**

| 20064471 | DuraDisk Sinking Wafer Food For All Freshwater & Marine Fish |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 36 % | 44.7 % |

**AQUALOGICS INC**
**HOUSTON, TX**

| 20064531 | ARTEMIA BRINE SHRIMP FOR SALT WATER & FRESH WATER FISH |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 53 % | 49.8 % * |
|  | LABEL REVIEW |  | Performed |

**AQUARIUM PHARMACEUTICALS INC**
**CHALFONT, PA**

| 20064015 | Pond Care Summer Staple Premium Pellet Warm Water Koi And Goldfish |  |  |
|---|---|---|---|
|  | CRUDE PROTEIN | 36 % | 39.7 % |
|  | COPPER | 70 PPM | 108.5 PPM |
|  | IRON | 1,000 PPM | 1,121 PPM |
|  | MAGNESIUM | 0.19 % | 0.22 % |
|  | MANGANESE | 1,500 PPM | 2,108 PPM |
|  | ZINC | 1,500 PPM | 2,162 PPM |
| 20064506 | Aquarian Goldfish Flake Fish Food |  |  |





Membership Center // Press Releases: Article Detail

How **Press Releases: Article Detail**

Membership Benefits

Membership Directory                                          « Return to Press Release List

Product Showcase

October 13, 2004

Press Center:
Tierra Griffiths / Julie Rowe
Member Media
775-322-0755
Pet Owners tierra@massmediapr.com / julie@massmediapr.com

The PAL Campaign                    **APPMA Welcomes New Members**

APPMA Publications **Forty-one companies have been approved for membership by APPMA's Board of
Directors -**
Industry Resources

References **GREENWICH, CT, October 13, 2004 - The American Pet Products Manufacturers Association
(APPMA) is pleased to welcome 41 new members whose applications were approved during the
About APPMA AssociationÕs most recent board meeting. Congratulations to the following members:**

PIJAC•   • American International Trading Co. dba Pampet USA - Costa Mesa, CA
         • Ankur Exports - Delhi, India
Calendar • Analogics, Inc. - Houston, TX
         • Biederlack of America Corp. - Cumberland, MD
         • Bravo Raw Diet - Vernon, CT
         • China National Non-Metallic Minerals Industrial I/E Corp. - Bejing, China
         • Cocojor Hawaii, LLC - Honolulu, HI
         • Commodity Axis, Inc. - Camarillo, CA
         • Designs In Stone, Inc. - Hatboro, PA
         • Diva Doggie, Ltd. - Rolling Meadows, IL
         • EcoSystem Aquarium - Santa Ana, CA
         • For Bare Feet, Inc. - Helmsburg, IN
         • Furhaven Pet Products, Inc. - Bellingham, WA
         • Grandma LucyÕs - Lake Forest, CA
         • H. B. Exports - New Delhi, India
         • HMI srl - Prato (PO), Italy
         • Jewett-Cameron Companies - North Plains, OR
         • Lasting Impressions - Franklin, TN
         • LifeÕs Great Products, LLC dba Another Day Ltd. - San Marcos, CA
         • Little Gifts, Inc. - Massapequa, NY
         • Milliken & Company - Spartanburg, SC
         • Newton Laboratories, Inc. - Conyers, GA
         • NewTrix Advanced Pet Products - Toronto, Ont., Canada
         • Nutri Pet Research, Inc. - Manalapan, NJ
         • On Time Wildlife Feeders - Ruston, LA
         • OxyPet International - Freedom, CA
         • Parrotopia/Sandy Perch Products - Grants Pass, OR
         • Performance Pet Products LLC - Minneapolis, MN
         • Pet Medic (Div. Of Fleming Industries) - Chicopee, MA
         • Pet Rageous Designs - Burlington, MA
         • Pet Soup (Div. Of Vision International, Inc.) - Salt Lake City, UT
         • PHD Products, Inc. - Elmsford, NY
         • PRT Manufacturing Limited - Fo Tan, Shatin, Hong Kong
         • Red Dingo Australia Pty. Ltd. - Brookvale, NSW Australia
         • Response Animal Health Products - Broken Bow, NE
         • Specialty Pet Products - Charlotte, NC
         • Sporty K9, Ltd. - New York, NY
         • Xiamen Sunnypet Products Co., Ltd. - Xiamen, Fujian, China
         • Yantai China Pet Foods Co., Ltd. - Yantai, ShanDong, China



2007/2008
Pet Owners
Survey
Click for
your copy...

**APPMA**
American Pet Products
Manufacturers
Association

255 Glenville Road
Greenwich, CT 06831
Phone: 203.532.0000
Toll Free: 800.452.1225
Fax: 203.532.0551

**APPMA's Washington
D.C. Office**
Suite 100
1900 K Street NW
Washington, DC 20006
Phone: 202.496.7888

- YourBreed Clothing Co., Inc. - Manchester, NH
- Zenimal - San Carlos, CA

Members of APPMA have access to the premier trade show of the pet products industry, Global Pet Expo, as well as public relations and legislative representation and state-of-the-art member service programs. For more information on joining APPMA call 1-800-452-1225 or visit www.appma.org.

*Founded in 1958, the American Pet Products Manufacturers Association is the nation's leading not-for-profit trade organization serving the interests of the pet product industry and educating the public on the many joys and health benefits associated with pet ownership. APPMA's membership consists of over 750 companies, which include both small businesses, as well as the nation's leading pet product companies.*

Membership Central | How to Join | Membership Benefits | Membership Directory
Products & the Law | Press Center | Member News Briefs | Pet Owners Survey
The PAL Campaign | APPMA Publications | Industry Resources | Referral Network
About APPMA | PIJAC | 2007 Calendar
Contact Us | Sitemap | Agreement of Use | Home



Copyright ©1998-2007 American Pet Products Manufacturers Association, Inc.
APPMA and American Pet Products Manufacturers Association, Inc. are registered trademarks of the American Pet Products Manufacturers Association. All rights reserved. Important Note: See the APPMA Web Site Agreement of Use.

THE SIMMONS FIRM
A LAW CORPORATION

STEVEN M. ASHBURN
MOLLY E. SELWAY
ROSS D. SIMMONS
JEFF W. SLATTERY

OF COUNSEL
ALENA HERRANEN

SUITE 390 THE PROMONTORY
11440 WEST BERNARDO COURT
SAN DIEGO, CALIFORNIA 92127-1655

AREA CODE 858
TELEPHONE: 676-1668
FACSIMILE: 676-1839

August 17, 2006

**VIA FACSIMILE [(713) 355-9689] AND
CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Mr. Taras Bemko
The Matthews Firm
2000 Bering Drive, Suite 700
Houston, Texas 77057

Re:  Cease and Desist Infringing Use of Registered Trademark

Dear Mr. Bemko:

This firm represents Aqua Logic, Inc. of San Diego, California, the owner of United States Trademark Registration No. 2353216, for the term "AQUA LOGIC" in connection with aquariums and related cooling, heating, and recirculation components (the "Mark"). A copy of that registration, secured on May 30, 2000, is enclosed. Please also note that our client has filed a Section 15 affidavit for the Mark, making said registration incontestable.[1]

It has come to our attention that your client, Aqualogics, Inc., has been and is currently using the Mark as a trade name, in connection with sales of aquariums and related heating and recirculation components. As you may already be aware, the use of a registered trademark as part of a corporate name is considered trademark infringement under the law.[2] The rationale is that protection for trademarks and trade names are intertwined, with rights in one extending to encompass the other. To quote one state supreme court on this point, "[a]lthough trade names, trademarks and service marks are used differently, they all serve the same basic purposes, viz., to identify a business and its products or services, to create a consumer demand therefor, and to protect any good will which one may create as to his goods or services."[3]

---

[1] *See* 15 U.S.C. § 1065.
[2] Air Reduction Co. v. Airco Supply Co., 258 A.2d 302 (Del. Ch. 1969); Aluminum Fabricating Co. v. Season-All Window Corp., 259 F.2d 314 (2d Cir. 1958); Thomson Industries, Inc. v. Nippon Thompson Co., 298 F. Supp. 466 (E.D.N.Y. 1968); Holiday Inns of America, Inc. v. Mullen's Holiday Inn, Inc., 292 F. Supp. 755 (E.D. Cal. 1968); Alfred Dunhill of London, Inc. v. Dunhill Shirt Co., 213 F. Supp. 179 (S.D.N.Y. 1963); Safeway Stores, Inc. v. Safeway Properties, Inc., 307 F.2d 495 (2d Cir. 1962) ; Stover v. Farmers' Educational & Co-op Union, 250 F.2d 809 (8th Cir. 1958), *cert. denied*, 356 U.S. 976 (1958); Atlas Supply Co. v. Atlas Brake Shops, Inc., 360 F.2d 16 (6th Cir. 1966); Standard Oil Co. v. Standard Oil Co., 252 F.2d 65 (10th Cir. 1958); J. Wiss & Sons Co. v. Gee Whiz Tool Corp., 364 F.2d 910 (6th Cir. 1966); Drexel Enterprises, Inc. v. Hermitage Cabinet Shop, Inc., 266 F. Supp. 532 (N.D. Ga. 1967); Wells Fargo & Co. v. Wells Fargo Express Co., 358 F. Supp. 1065 (D. Nev. 1973), *vacated*, 556 F.2d 406 (9th Cir. 1977); Council of Better Business Bureaus, Inc. v. Better Business Bureau, Inc., 200 U.S.P.Q. 282 (S.D. Fla. 1978); Blue Bell, Inc. v. Maverick Sportswear, Inc., 184 U.S.P.Q. 77 (S.D.N.Y. 1974); National Customer Engineering v. Lockheed Martin Corp., 43 U.S.P.Q.2d 1036 (C.D. Cal. 1997).
[3] Younker v. Nationwide Mut. Ins. Co., 175 Ohio St. 1 (1963).

In the present case, your client incorporated in 2003 under a name nearly identical to the Mark our client has been using since 1989. While the mere act of incorporating under an infringing name is alone sufficient to give rise to a valid claim,[4] your client has since been selling identical goods to the same class of consumers in the same channels of trade as our client, the senior user of a strong mark. The price points for the goods are also relatively low, requiring little consumer sophistication, and our client has fielded telephone calls from purchasers looking for your client. As the required factors for a likelihood of confusion have been met, we are faced with a clear case of trademark infringement under the Lanham Act.[5]

In order to protect the goodwill that has been established by our client with respect to the Mark, we must demand that your client discontinue any further infringing use of the Mark. This would include changing the name of your client's corporation to a non-infringing name, and replacing the AQUALOGICS designation in every case of use with such non-infringing name, including without limitation their websites, catalogs, brochures, advertising, packaging, labels, tags, products, invoices, purchase orders, business cards, directories, signage, and the like.

We further demand that you remit samples of any catalogs, brochures, advertising, packaging, labels, tags, products, or other materials that your client offers or has offered to the public bearing the AQUALOGICS designation, or any similar derivative, to our offices. This information will help establish an appropriate amount of damages payable in this matter.

We insist that your client comply with all of the above demands, and that you send written confirmation of such compliance to our offices, on or before September 1, 2006. If your client does not comply, we will commence proceedings in federal court for trademark infringement, dilution, and unfair competition. Should that become necessary, Aqua Logic, Inc. will demand not only an injunction against your client's further use of AQUALOGICS in connection with aquariums or related components, but also the losses they have incurred, all profits your client made while using the AQUALOGICS designation, costs of the proceeding, and attorney fees.

While we are hopeful that this matter can be resolved without resorting to litigation, this letter is delivered without waiver of, or prejudice to any of Aqua Logic, Inc.'s rights and remedies, all of which are expressly reserved.

Sincerely,

THE SIMMONS FIRM, ALC

By: Jeff W. Slattery

Enclosure
cc: Aqua Logic, Inc. (w/copy of enclosure)

---

[4] Hulburt Oil & Grease Co. v. Hulburt Oil & Grease Co., 371 F.2d 251 (7th Cir. 1966), cert. denied, 386 U.S. 1032 (1967); Magic Pan, Inc. v. Magic Pan, Inc., 192 U.S.P.Q. 321 (S.D. Ind. 1976); CNA Financial Corp. v. Brown, 922 F. Supp. 567 (M.D. Fla. 1996), mo to reopen trial denied, 40 U.S.P.Q.2d 1444 (M.D. Fla. 1996).
[5] See 15 U.S.C. § 1114(1).

Int. Cls.: 11 and 16

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 29, 31, 34, 37, 38 and 50

**Reg. No. 2,353,216**

# United States Patent and Trademark Office

Registered May 30, 2000

## TRADEMARK
### PRINCIPAL REGISTER

# AQUA LOGIC

AQUA LOGIC, INC. (CALIFORNIA CORPORATION)
8280 CLAIREMONT MESA BOULEVARD, SUITE 127
SAN DIEGO, CA 92111

FOR: FISH TANK COOLING, HEATING AND RE-CIRCULATION SYSTEMS COMPRISED OF WATER CHILLERS, HEAT PUMPS AND ELECTRONIC TEMPERATURE CONTROLLERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5-5-1989; IN COMMERCE 6-12-1989.

FOR: FISH TANKS, NAMELY, AQUARIUMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-1-1989; IN COMMERCE 9-1-1989. NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AQUA", APART FROM THE MARK AS SHOWN.

SER. NO. 75-522,772, FILED 7-21-1998.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY

# MATTHEWS, LAWSON,
# BOWICK & AL-AZEM, PLLC

### ATTORNEYS AT LAW

──────── Houston ★ Beach City ★ Lafayette ────────

GUY B. MATTHEWS
C. VERNON LAWSON
ROBERT M. BOWICK, JR.
SAMER U. AL-AZEM

OF COUNSEL
ALTON W. PAYNE J.D. PhD
LEE N. JOSEPH

2000 BERING DRIVE, SUITE 700
HOUSTON, TEXAS 77057

TELEPHONE  (713) 355-4200
TELECOPIER  (713) 355-9689

www.matthewsfirm.com

WILLIAM E. JOHNSON, JR.
TARAS P. BEMKO
BRUCE R. COULOMBE
KELLY M. GERBER*
BRIAN L. HILLENDAHL
TIMOTHY W. JOHNSON
TERRY L. MCCUTCHEON

* Admitted to practice in Virginia
and the District of Columbia

September 18, 2006

Mr. Jeff W. Slattery
**The Simmons Firm/A Law Corporation**
Suite 390 The Promontory
11440 West Bernardo Court
San Diego, California 92127-1653

**Via E-mail and Certified Mail**
7005 0390 0000 5047 3667

Dear Mr. Slattery:

In response to your letter dated August 17, 2006, please be assured that Aqualogics, Inc. (TX) has no intention of infringing the mark ("AQUA LOGIC") of your client Aqua Logic, Inc. (CA). Aqualogics, Inc. (TX) does not directly compete with the present goods marketed by your client and it does not wish to engage in costly and unnecessary litigation. Aqualogics, Inc. (TX) markets to retailers and distributors such as pet supply houses and sells equipment primarily for use by individual consumers such as homeowners or apartment dwellers. As evidenced by the packaging, sent for your inspection last week. Aqualogics, Inc. (TX), while using the name Aqualogics on its invoices to customers, does not market its products under the name Aqualogics nor does it mark its packaging with any identification of Aqualogics.

In an effort to resolve any potential or future problems, Aqualogics, Inc. (TX) will cease using the name Aqualogics, Inc. (TX) and will change its corporate name to "AQLOGICS.COM, Inc.", which is the web domain currently used by Aqualogics, Inc. (TX). Further, during the transition period of the name change, which is not expected to last more than six (6) to twelve (12) months, Aqualogics, Inc. (TX) is prepared, if requested, to place a disclaimer on its website and any other advertisements that they are in no way affiliated with Aqua Logic, Inc. or the trademark "Aqua Logic".

In exchange for the above, Aqualogics, Inc. (TX), will need an agreement that Aqua Logic., Inc. (CA) accepts this proposal and agrees to release Aqualogics, Inc. (TX) AQLOGICS.COM, Inc.) from all claims of trademark infringement, past, present, and future, regarding its abandoned corporate name, Aqualogics, Inc., and the trademark "Aqua Logic".

Sincerely,

*Taras P. Bemko*

Taras P. Bemko

Page 118
Exhibit 11



Search                                    Topics  All Topics

Home · Forums · Picture Gallery · Private Messages · Articles · Submit News        September 14, 2007

## MARSHReef.com: Forums

 **Modules**

* Home
* Articles
* Downloads
* Event Calendar
* Event Registration
* Forums
* Join MARSH
* MARSH Club Information
* MARSH Store
* Marsh Survey
* Photo Gallery
* Private Messages
* Product Reviews
* Search
* Sponsors
* Sponsors Map
* Stories Archive
* Submit News
* Surveys
* User Agreement
* Web Links
* Web Members List
* Your Account

 **Upcoming Events**

⌐ Sept 14th-16th – MACNA XIX in Pittsburgh, PA

■ Oct 6th – MARSH Meeting with Anthony Calfo!

 **Sponsors**



Chillers

  MARSHReef.com Forum Index -> General Reefkeeping



| Author | Message |
| --- | --- |
| **wah21**<br>Guest<br><br>Joined: Jun 14, 2005<br>Posts: 10 | 🗅 Posted: Thu Jun 23, 2005 10:15 am   Post subject: Chillers   (ignore) (quote)<br><br>I have a 75 gal tank which is presently kept cool (79-80) by evaporation using a fan over the sump. But it requires 1 1/2 gal/day of makeup water. I'm thinking of purchasing a chiller. Any recommendations for a reliable chiller? I'm leaning towards an Aqua Logic chiller (Delta Star inline or Cyclone drop-in) because of it's 2 year warranty, titanium coil, etc. But's there's a lot of other chillers out there. I see ESU (Coralife) has recently come out with it's Aqua-Chill line of chillers which are less expensive than Aqua Logic. Has anyone tried one?<br><br>Does 1/4 hp sound about right for a 75 gal tank plus 30 gal sump?<br><br>How about in-line vs. drop-in?<br><br>Thank you<br><br>wah21<br><br>Back to top   (profile) (pm) |
| **SueT**<br>Guest<br><br>Joined: Apr 15, 2003<br>Posts: 653<br>Location: Houston, 290/610 loop | 🗅 Posted: Thu Jun 23, 2005 5:36 pm   Post subject:   (ignore) (quote)<br><br>I have a 1/4hp on my 120g sps/clam tank. I currently am using a fan too and my chiller is not even coming on. My evaporation is not quite as much as yours. I keep my temp at 77-78.<br><br>Welcome to MARSH too!!!<br><br>my 120g sps/clam tank:<br>http://berlinmethod.com/suet/<br><br>http://clamsdirect.com/phpbb2<br><br>Back to top   (profile) (pm) (email) (www) (YIM) |




 **Last Seen**

aggie4231: 3 seconds ago
pangio: 22 seconds ago
lilbearman: 44 seconds ago
BigDaddy: 1 minute ago
scott-300: 1 minute ago
BigLEE: 2 minutes ago
JimboOutlaw318Tx: 4 minutes ago
goby1kanobi: 4 minutes ago
hurdicuss: 4 minutes ago
markleb: 5 minutes ago
tropicman: 5 minutes ago
shaggy: 5 minutes ago
reefrus: 6 minutes ago
FireEater: 7 minutes ago
skeeter76: 8 minutes ago
lloydb: 8 minutes ago
danphan: 8 minutes ago
RickD: 10 minutes ago
Aquaman: 10 minutes ago
nemo713: 11 minutes ago
RC: 11 minutes ago

 **Click Here!** 

📖 Make MARSHReef.com your Home Page
⭐ Add MARSHReef.com to your Favorites!
📧 Contact the Webmaster
🕐 **13:10:35**

---

**cparka23**
2007 MARSH Member



Joined: Aug 02, 2004
Posts: 912
Location: Memorial

Back to top

📄 Posted: Thu Jun 23, 2005 6:18 pm    Post subject:    [ignore] [quote]

1/4 or 1/3HP would work. I'd go w/ the 1/4 unless you're planning something for the future (i.e. larger tank, more lights, more pumps, etc.). As far as brands go, Aqualogics are fine. A little pricey. There are other good companies with less costly products that have equal cooling capacity (HP), titanium coils, and such. Oh yeah, plan to keep your chiller in a well-ventilated area. Under the stand will kill its efficiency.

Lastly, welcome to MARSH!

(profile) (pm)

---

**TonyRomano**
Guest

Joined: Jun 03, 2005
Posts: 95
Location: Sugar Land Texas

Back to top

📄 Posted: Thu Jun 23, 2005 11:17 pm    Post subject:    [ignore] [quote]

If you can keep your tank cool without chiller I think you are saving money. A chiller is a mini indoor AC unit, thus produces hot air. Which much must be cooled using AC. I have owned a chiller for 5 years, think it is necessary with MH lighting in closed hood. But I am in process of adding more fans to send heat into room to let house AC cool it. Also, would be plenty for 75.

(profile) (pm) (email)

---

**TonyRomano**
Guest

Joined: Jun 03, 2005
Posts: 95
Location: Sugar Land Texas

Back to top

📄 Posted: Thu Jun 23, 2005 11:19 pm    Post subject:    [ignore] [quote]

Last line should have read. 1/4 hp should be plenty for 75 gallon.

(profile) (pm) (email)

---

**FishGameRock**
2007 MARSH Member

Joined: Apr 10, 2005
Posts: 499
Location: Galveston

Back to top

📄 Posted: Thu Jun 23, 2005 11:56 pm    Post subject:    [ignore] [quote]

I think I'm gonna be in the market for one once I get a paycheck... how much are they?

(profile) (pm)

---

**t0mmy108**
Guest

Joined: Dec 30, 2003
Posts: 1235
Location: Pearland, Pearland Pkwy and 518

Back to top

📄 Posted: Fri Jun 24, 2005 1:11 am    Post subject:    [ignore] [quote]

I was using an inline 1/3 hp Current Prime chiller for my 180. It was able to keep my temps between 79 and 81 as it was set. Then I added a 75 gallon frag tank that was plumbed to the same system but placed out in the garage. Them temps began to swing from 79 to 84 even when set at the same settings. I believe my water output was too high to make an impact. I since have added a 1/3 hp Aqua Logic drop in chiller to the system and it stays between 79 and 80. After the first day, both chillers began taking a toll on my circuit breaker (not enough circuits and/or amperage.) I took the inline chiller offline and it fixed the power problem. I have noticed that the drop in chiller is able to maintain stable temps by itself. My conclusion was that the drop in works better for me. The inline would probably work but I would have to slow down the output rate for it to be effective. For now it's just sitting there looking pretty. 😊

(profile) (pm) (email) (www) (YIM) (msnm)

---

**aqua-nut**
Guest

Joined: Jun 24, 2003
Posts: 534
Location: Houston Heights

📄 Posted: Fri Jun 24, 2005 2:26 pm    Post subject:    [ignore] [quote]

With chillers, noise is also a sizeable consideration. Don't trade a cheap price for a noisy unit! Inquire as to the dB on the unit before you buy it.

Better to spend $50 more and get a quiet unit that doesn't drown out your TV



or whatever you'd rather be listening to.

Randall
www.randallandetna.com/swtankpix.htm

**Back to top**

**FishGameRock**
2007 MARSH Member

Joined: Apr 10, 2005
Posts: 499
Location: Galveston

Posted: Fri Jun 24, 2005 6:16 pm    Post subject:

so uh tommy how much would you sell that inline for anyway?
remember this is completely hypothetical I don't want an unused chiller or anything.

edit I just saw the last link never mind...

**Back to top**

**t0mmy108**
Guest

Joined: Dec 30, 2003
Posts: 1235
Location: Pearland,
Pearland Pkwy and 518

Posted: Fri Jun 24, 2005 7:35 pm    Post subject:

actually, I listed it in the for sale forum if interested.

**Back to top**

Display posts from previous:  All Posts   Oldest First   Go

newtopic   postreply    MARSHReef.com Forum Index -> General        All times are GMT - 5 Hours
Reefkeeping

**Page 1 of 1**

Jump to:  General Reefkeeping          Go

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum
You **cannot** attach files in this forum
You **can** download files in this forum

Powered by phpBB 2.0.6 © 2001 phpBB Group

phpBB port v2.1 based on Tom Nitzschner's phpbb2.0.6 upgraded to phpBB 2.0.4 standalone was developed and tested by:
ArtificialIntel, ChatServ, mikem, sixonetonoffun and Paul Laudanski (aka Zhen-Xjell).
Version 2.1 by Nuke Cops © 2003 http://www.nukecops.com

Forums ©
Web site engine's code is Copyright © 2003 by PHP-Nuke and The NukeCops Bundle. All Rights Reserved. PHP-Nuke is Free Software released under the
GNU/GPL license.
Page Generation: 9.158 Seconds



Marine Aquarium Advice :: View topic - I know nothing about chillers    http://www.marineaquariumadvice.com/forum/viewtopic.php?p=28..



Home · FAQ · Search · Memberlist · Usergroups · · Register FlashChat · Profile · Log in to check your private messages · Log in

# I know nothing about chillers



**Author**

**_Eric_**
Moderator

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury, Ma

**Message**

Posted: Thu Apr 21, 2005 12:36 pm   Post subject: I know nothing about chillers

Its that time of year..Going to be a hot one too.

I am getting a chiller but I want to know what everyone thinks about brands.

I have done some reading on alot of them and found that JBJ makes a great chiller.

I have also read that the Deltas are not as they are cracked up to be.(Loud)

My other question....
1/3 HP JBJ INLINE CHILLER. IT HAS A TITANIUM HEAT EXCHANGER.
Does this mean it has coils that just go into the sump? Or does it need a pump to drive the water through the chiller?

Question 2
IT ALSO HAS A FULL DIGITAL TEMPERATURE CONTROL
Does this mean dual?(Heat/Cool)

Here are the models I have been looking into.
Via Aqua
http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&category=20758&item=4374190863&rd=1

JBJ
http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&category=20758&item=4375361233&rd=1

USA PRIME
http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&category=46311&item=4375592483&rd=1

I would Really appreciate any opinions.

Back to top

Marine Aquarium Advice :: View topic - I know nothing about chillers     http://www.marineaquariumadvice.com/forum/viewtopic.php?p=28...

**Kip**

Age: 32
Joined: 02 Jun 2004
Posts: 2097
Location: Salisbury, NC

Back to top

□ Posted: Thu Apr 21, 2005 12:44 pm   Post subject:                    quote

i dont know anything about those other chillers

but the delta (aqualogic in-line) sounds like a little college refrigerator... i cant hear mine.. its in the garage 😎

___

**Kip's Reef Website**

Go Heels!

( profile ) ( pm ) ( email ) ( www ) ( AIM )

---

**_Eric_**
Moderator

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

Back to top

□ Posted: Thu Apr 21, 2005 3:11 pm   Post subject:                    quote

Quote:
i dont know anything about those other chillers

# CRAP!

( profile ) ( pm )

---

**Michael7979**

Age: 38
Joined: 30 Jul 2004
Posts: 557
Location: Keizer, Oregon

Back to top

□ Posted: Thu Apr 21, 2005 3:31 pm   Post subject:                    quote

Hey Eric, you can buy one of those that Kip knows nothing about and then you can teach all of us about it.

You know sooner or later you will be the first to buy something no one else has. Then you will be a genius for buying it 😎 ! Or a fool 😵 !

MIKE

100gallon w/ 40 gallon sump/fuge lit by 2-400w MH and VHO supplement

THERE IS ALWAYS MORE TO LEARN!!

**Come Check Us Out**

( profile ) ( pm ) ( email )

---

**_Eric_**
Moderator

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

Back to top

□ Posted: Thu Apr 21, 2005 3:53 pm   Post subject:                    quote

Quote:
Or a fool !

I would like to avoid that part. 😎

( profile ) ( pm )

Marine Aquarium Advice :: View topic - I know nothing about chillers      http://www.marineaquariumadvice.com/forum/viewtopic.php?p=28...



**Kip**

Age: 32
Joined: 02 Jun 2004
Posts: 2097
Location: Salisbury, NC

Back to top

□ Posted: Thu Apr 21, 2005 3:56 pm   Post subject:            quote

the aqualogics come highly recommended... thats why i got one

_____
**Kip's Reef Website**

Go Heels!

profile | pm | email | www | AIM

---

**_Eric_**
Moderator

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

Back to top

□ Posted: Thu Apr 21, 2005 4:35 pm   Post subject:            quote

**Quote:**
> the aqualogics come highly recommended... thats why i got one

I am not saying that they are bad...I just have been using the search engines and the only down fall is that they are loud.

profile | pm

---

**Kip**

Age: 32
Joined: 02 Jun 2004
Posts: 2097
Location: Salisbury, NC

Back to top

□ Posted: Thu Apr 21, 2005 5:22 pm   Post subject:            quote

where do you plan to put it?

_____
**Kip's Reef Website**

Go Heels!

profile | pm | email | www | AIM

---

**_Eric_**
Moderator

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

Back to top

□ Posted: Thu Apr 21, 2005 5:36 pm   Post subject:            quote

Right now I plan on putting it next to the tank..When we move I have no idea,(Hopefully I will have a tank room. 😊 )

profile | pm

---

**Kip**

Age: 32
Joined: 02 Jun 2004
Posts: 2097
Location: Salisbury, NC

□ Posted: Thu Apr 21, 2005 5:46 pm   Post subject:            quote

they give off heat... having them close to your tank negates their effectiveness

ie: water gets warm... chiller comes on to cool the water... the whole time the unit is near your tank and heating your water

try to find a remote location, but keep in mind... they need ventilation-- dont suffocate it

_____
**Kip's Reef Website**



Go Heels!

**Back to top**    profile    pm    email    www    AIM

_Eric_
Moderator

Posted: Thu Apr 21, 2005 7:19 pm    Post subject:    quote

Age: 30
Joined: 15 Jun 2004
Posts: 1689
Location:
Salisbury/Newbury,Ma

**Quote:**

Right now I plan on putting it next to the tank..

I should have been more detailed...5-6 feet away from the tank.

**Back to top**    profile    pm

Display posts from previous: | All Posts |   | Oldest First |   | Go |

newtopic    postreply    **Marine Aquarium Advice Forum Index -> Do it Yourself and Equipment**    All times are GMT - 8 Hours
**Page 1 of 1**

Jump to: | Do it Yourself and Equipment |   | Go |

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum
You **can** attach files in this forum
You **can** download files in this forum

Powered by phpBB © 2001, 2005 phpBB Group

Copyright 2004 MarineAquariumAdvice.com. All Rights Reserved.                privacy policy



# Installing Chiller in Garage

 Reeflands Forum > Equipment > Tanks, Filtration & Basic Equipment
   Installing Chiller in Garage

**Sponsored Links**

| | | |
|---|---|---|
| **Aquarium Professionals** Custom Design Specialists. Beautiful aquariums done right! www.aquariumprofessionals.com **ReefKeeper 2 RK70** Get the RK2 to control your entire | **My Reef Creations** Great prices and selection! Tanks, Skimmers, Reactors, Sumps and MORE! www.myreefcreations.com | **Aquarium Tank** Buy Fish Aquariums. Compare Prices and Save. PriceGrabber.com/Aquariums |

LinkBack ▽   Thread Tools ▽   Display Modes ▽   #1

 03-18-2006, 08:00 PM

**shaywood**
Tenant

Join Date: Oct 2001
Posts: 80

Installing Chiller in Garage

I want to install a chiller in the garage (about 100 ft from my 125g reef tank). Any suggestions on brands? Is it possible to have the chiller that far from the tank?

Shawn

**Sponsored Links**

| | | |
|---|---|---|
| **Aquarium Screensaver** Lush, green freshwater aquarium Seriously Amazing, see online video www.dreamaquarium.com **Custom Aquariums** Aquarium Design & Maintenance | **Saltwater Aquarium Tips** Minimize Nitrates, Control Algae, & Reduce Water Changes! www.Aquaripure.com | **blOrb by Reef One, USA** blOrb - All Items In Stock. Ships within 1-2 days www.aquariumpw.com/ |

 03-18-2006, 10:34 PM                                                        #2

**golfish**
Moderator

Join Date: Jun 2000
Location: Alta Loma,Ca
Posts: 2,868

Shawn,
I have my chiller in the garage but its only about 10 feet away from the tank.

You could probably do it as long as its a pretty level run and you use a high pressure pump.

As far as chillers go I recommend the Tradewinds chiller and then the Aqualogics.





📷 03-18-2006, 10:42 PM                                                                    #3

**shaywood**
Tenant

Join Date: Oct 2001
Posts: 80

Thanks. Do they have extention hoses or something?

📷 03-19-2006, 12:13 AM                                                                    #4

**golfish**
Moderator

Join Date: Jun 2000
Location: Alta Loma, Ca
Posts: 2,868

Quote:
> Originally Posted by **shaywood**
> *Thanks. Do they have extention hoses or something?*

are you asking about a "drop in" chiller? If so that's not going to happen.

The water runs through a heat exchanger on an inline chiller. You'll have to plumb it from the tank to the chiller using PVC pipe. Can't you just put the chiller outside just a few feet from the tank and cover it so its protected? I used to have mine on the front pourch. I'd much rather do that then have it in the garage.

« tds readings. | Dart Pump Leaking »

## Similar Threads for: Installing Chiller in Garage

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| Installing fan.... | DanConner | DIY | 5 | 11-10-2006 04:57 AM |
| Installing Mh Lighting | raycopp | Lighting | 2 | 11-23-2005 05:40 PM |
| Clinton, Mo garage sale | mr9iron | For Sale or Trade Zone | 0 | 08-18-2004 06:15 PM |
| setting up a 90 gallon above a garage?? | Bamm Bamm | Reef Aquariums | 5 | 01-16-2004 02:10 PM |
| Installing a GFCI | CaptainK | Anything But Reefkeeping | 17 | 07-22-2001 05:03 AM |

All times are GMT +1. The time now is 04:01 AM.



Aquarium Husbandry Articles By Subscription
Information For The Reef Aquarist Who Needs To Know
DREAM AQUARIUM

Contact Us - Reefland - Site Map - Top

Powered by vBulletin Version 3.6.2
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.
Search Engine Friendly URLs by vBSEO 3.0.0 ©2007, Crawlability, Inc.

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55



# Reefs.org Forums
Discussion forums for Reefs.org and Advanced Aquarist Online Magazine

☑FAQ ☑Search ☑Memberlist ☑Usergroups ☑Register
☑Profile ☑Log in to check your private messages ☑Log in

Reefs.org | Advanced Aquarist | MACO | Frag Trading | Aquarium Store Finder | #reefs Chat
About Us | Library | Sponsors | Administrators | RDO Taskforce | Monthly Photo Contest | Links
Clothing and Gear | Wallpapers | Hitchhiker FAQ | Pump Selection Guide

Proud sponsor of Reefs.org & Advanced Aquarist Online Magazine



High Quality Fish
Corals and Inverts

* Click here to see our other sponsors *

## suggestions for a chiller plz

(newtopic) (postreply)    **Reefs.org Forums Forum Index -> General Reefkeeping Discussion**

|  |  |
|---|---|
|  | View previous topic :: View next topic |
| **Author** | **Message** |

| | |
|---|---|
| **youareafever**<br>Junior Member<br><br>Joined: 26 Aug 2007<br>Posts: 15<br>Location: hawaii | ☐ Posted: Wed Aug 29, 2007 2:36 am   Post subject: suggestions for a chiller plz      (quote)<br><br>hi, can anyone recommened me a chiller for a 65 gallon tank. inputs from personel experience would be greatly appreciated. thanks. |
| **Back to top** | (profile) (pm) |
| **Rob_Reef_Keeper**<br>{squat}<br><br>Joined: 19 Mar 2001<br>Posts: 5543<br>Location: Pomona, NY USA | ☐ Posted: Wed Aug 29, 2007 11:38 am   Post subject:      (quote)<br><br>Room air conditioner - keeps you and your tank cool.<br><br>———————<br><br>Rob<br><br>"Out of da Hood"<br><br>When will someone step up and stop the POA?<br><br><br><br>X-Reef Specs - http://reefs.org/phpBB2/viewtopic.php?t=12573 |
| **Back to top** | (profile) (pm) |



**Len**
Site Admin

🗋 Posted: Wed Aug 29, 2007 12:18 pm    Post subject:                    [quote]

A/C the room if you aren't planning on running the chiller outdoors. Running chillers indoor is not ideal: it gets very hot in the room, and it generates some noise (although the new models tend to be quieter).

That said, I like Teclima chillers and Aqualogics. You'll need a 1/6hp or bigger (I wouldn't get more then 1/5hp unless you are planning on a bigger tank down the line).

Len

Joined: 04 Nov 1999
Posts: 12611
Location: 34° 3' N, 118° 14' W

**#reefs Chat | Advanced Aquarist Online Magazine | Marine Aquarist Courses Online**

Back to top    [profile]  [pm]  [email]  [www]

Display posts from previous:  All Posts    Oldest First    [Go]

[newtopic]  [postreply]    **Reefs.org Forums Forum Index -> General Reefkeeping Discussion**            All times are GMT - 5 Hours

Page 1 of 1

Jump to:  General Reefkeeping Discussion            [Go]

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum
You **cannot** attach files in this forum
You **can** download files in this forum

Proud sponsor of Reefs.org & Advanced Aquarist Online Magazine

peltec

* Click here to see our other sponsors *

Powered by phpBB © 2001, 2005 phpBB Group

[Date Prev][Date Next][Thread Prev][Thread Next][Date Index][Thread Index]

# RE Chillers -- just chill until they make the big one

- **To: Aquatic Plants Digest Messages <Aquatic-Plants at actwin_com>**
- **Subject: RE Chillers -- just chill until they make the big one**
- **From: "S. Hieber" <shieber at yahoo_com>**
- **Date: Tue, 10 Jun 2003 10:37:37 -0700 (PDT)**

The thermoelectrics tend to be better buys for small
aquariums. For larger cooling tasks, the units available
aren't as efficiently employed and compressor/evaporator
chiller. But there's more to the story. A year and a hlaf
ago the cost per BTU/hr was much higher than for
conventional chillers -- the advantage was the small size
and quietness. Recently, the price gap pretty much ended,
the cost per BTU/hr is about even, the advantages remain
but the disadvantage is limited overall capapcity.

But the size and number of manufacturers is increasing.
About a year or so ago, these units were mainly to chill
electronics cabinets. The more widespread application to
water systems is more recent. The
mount-it-yourself-in-a-bulkhead type (Coolworks IceProbe)
is giving way to  in-line versions with the peltier devices
mounted on a remote (from the aqaurium) heat exchanger.

Aqualine-B makes one, and a few others have popped up, like
the Azoo model at Fosters & Smith:

.http://www.drsfostersmith.com/product/prod_Display.cfm?siteid=6&pCatId=8173

This 240 Watt (input) peltier-based model sells for about
the same price as the 240 watt (input) Via Aqua Chiller
model based on a rotatory compressor. Conventional units
Like Aqualogics, JBJ-Artica, and CustomSeaLife that are 
comparably rated for size or cooling capacity have much
much higher electrical demands. [I'm not sure if that
means what it sounds like it means. I'm still trying to
figure the ratings out. The several engineers I've gone to
so far have each scrathed his head and said, "Hmmmmm, very
interesting, what's the answer?" or words to that effect.]

These peltier-based units are generally built for small to
medium size aquaria at best. You could run several on one
aquarium, but then a larger conventional unit might be more
practical due to size, cost, loudness.

If you're a gardener and not a reefer,  you're probably
only looking for a few degrees of pull down rather than the
10 or so degrees the reefers often need. In such cases, a
small unit might work just find, even on a large tank, say
150 gal or so ;-)  .

Page 130
Exhibit 12

RE Chillers -- just chill until they make the big one                                        Page 2 of 2

Scott H.

```
Do you Yahoo!?
Yahoo! Calendar - Free online calendar with sync to Outlook(TM).
http://calendar.yahoo.com
```

- Prev by Date: **Re: Turnover rate of leaves on Tiger Lotus**
- Next by Date: **And yet more and less about: The chilling truth about cold horsepower**
- Previous by thread: **Re: chillers**
- Next by thread: **And yet more and less about: The chilling truth about cold horsepower**
- Index(es):
    - **Date**
    - **Thread**

http://fins.actwin.com/aquatic-plants/month.200306/msg00179.html                          9/14/2007