1    Andres F. Quintana (SBN 190525)
    John M. Houkom (SBN 203240)
2    **QUINTANA LAW GROUP**
    A Professional Law Corporation
3    Warner Center Tower
    21650 Oxnard Street, Suite 700
4    Woodland Hills, California 91367
    Telephone: (818) 914-2100
5    Facsimile: (818) 914-2101
    Email: andres@qlglaw.com
6        john@qlglaw.com

7    Attorneys for Defendants
    eSealife, Inc. and eSealife Acquatics, Inc.

8

9

10           **UNITED STATES DISTRICT COURT**

11          **SOUTHERN DISTRICT OF CALIFORNIA**

12

13    AQUA LOGIC, INC., a California    )    CASE NO. 07 CV 2119 H (POR)
    corporation,                   )
                          )    **DECLARATION OF JOHN M.**
14          Plaintiff,      )    **HOUKOM REGARDING NOTICE**
                          )    **OF EX PARTE APPLICATION OF**
15          vs.            )    **THE QUINTANA LAW GROUP,**
                          )    **APC TO WITHDRAW AS COUNSEL**
16    ESEALIFE, INC., a Texas corporation, )    **FOR DEFENDANTS ESEALIFE,**
    formerly known as AQUALOGICS,   )    **INC. AND ESEALIFE AQUATICS,**
17    INC.; ESEALIFE AQUATICS, INC., a  )    **INC.**
    Texas corporation; and DOES 1-10,   )
18    inclusive,                )
                          )
19          Defendants.     )    [Notice of Application and Application
                          )    and Points and Authorities Filed
20                           )    Concurrently Herewith and [Proposed]
                          )    Order Lodged Concurrently Herewith]
21

22

23

24

25

26

27

28

# DECLARATION OF JOHN M. HOUKOM

I, John M. Houkom, declare:

1.     I am an attorney at law duly licensed to practice before this court and am an associate with the Quintana Law Group, APC ("QLG"), counsel of record herein for defendants eSealife, Inc. and eSealife, Aquatics, Inc., corporations that were duly organized under the laws of the State of Texas ("ESEALIFE"). Unless otherwise stated, I have personal knowledge of the facts set forth herein and if called as a witness could competently testify thereto.

2.     On multiple occasions during the week from June 11, 2008 through June 17, 2008 I held several telephone conferences with the counsel of record for plaintiff Aqua Logic, Inc. ("Aqua Logic"), Mr. Ross Simmons of the Simmons Firm, wherein I informed him of our intention to renew our prior Motion to Withdraw on an *ex parte* application. During each of those conversations Mr. Simmons indicated that he did not believe Aqua Logic would oppose any such application.

3.     On June 18, 2008, at approximately 9:40 a.m., I left a detailed telephone message for counsel of record for the Plaintiff in this case, Mr. Simmons, indicating the time and place that we intended to bring the *ex parte* application to withdraw as counsel of record in this matter.

4.     Also on June 18, 2008, at approximately 9:49 a.m., I sent Mr. Simmons a detailed email giving him notice that that previously discussed *ex parte* application to withdraw would be filed today, and that he would have 24-hours to provide any opposition. A true and correct copy of my email to Mr. Simmons is attached hereto as Exhibit "A."

5.     Later on June 18, 2008, at approximately 10:23 a.m., I received a responsive email from Mr. Simmons indicating that Aqua Logic would not oppose the *ex parte* application, and instead that they intended to file some sort of notice to the Court indicating that non-opposition unambiguously. A true and correct copy of

1  the email I received from Mr. Simmons is attached hereto as Exhibit "B."

2      6.      Also on June 18, 2008, at approximately 9:45 a.m., I left a detailed
3  voice-mail message for the owner of Defendants, Mr. Ken Li, describing the *ex*
4  *parte* application that was to be filed, the time and place of its filing, and explaining
5  his opportunity to oppose the application. I have restrained the description of this
6  notice to generalities due to the potential attorney-client privilege issues.

7      7.      Also on June 18, 2008, at approximately 9:55 a.m., I sent an email to
8  ESEALIFE giving them notice that that *ex parte* application to withdraw would be
9  filed today, and that its options for opposition. The text of that email is available for
10  *in camera* review if so required, but not attached due to privilege concerns.

11     8.      Later on June 18, 2008, at approximately 2:35 p.m., I held a telephone
12  conversation with Mr. Li, wherein he indicated that ESEALIFE does not intend to
13  oppose the relief sought by QLG's *Ex Parte* Application to Withdraw.

14

15     I declare under penalty of perjury under the laws of the State of California
16  and the United States of America that the foregoing is true and correct and that this
17  was executed on the 18th day of June 2008 at Woodland Hills, California.

18
19
20                                   _____
21                                        John M. Houkom
22
23
24
25
26
27
28

**EXHIBIT "A"**

## John Houkom

| | |
|---|---|
| **From:** | John Houkom |
| **Sent:** | Wednesday, June 18, 2008 9:49 AM |
| **To:** | Ross G. Simmons |
| **Cc:** | John Houkom |

**Subject:** Aqua Logic v. eSealife, et al. -- Notice of Ex Parte Application

Dear Ross,

     As we discussed in our prior telephone call and as I informed you in my telephone message of earlier today, our firm will be filing its *Ex Parte* Application to be relieved as counsel for the Defendants in the above-entitled case later today.  As you know, such applications are handled without appearances, but you will have 24-hours to provide a written opposition should you so chose.

     During our prior discussions you indicated to me that you and your client do not intend to oppose that application.  If your position has changed for any reason, please let me know immediately so that I can ensure that the papers we file with the Court accurately reflect your position.

     Thank you.

Very truly yours,
John M. Houkom
**Quintana Law Group, APC**
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
Phone: (818) 914-2100
Fax: (818) 914-2101
Email: john@qlglaw.com

The information contained herein is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed.  Any unauthorized use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately.

Treasury Circular 230 Disclosure --  In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code. If this communication contains any U.S. tax advice that is used or referred to in the promoting, marketing, or recommending to another party any transaction or matter addressed herein, this communication should be construed as written to support the promoting, marketing or recommending of the transaction or matter addressed by this communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by us on disclosure of the tax treatment or tax structure of the transaction or matter.

**EXHIBIT "B"**

## John Houkom

| | |
|---|---|
| **From:** | Ross G. Simmons [ross@rblaw.com] |
| **Sent:** | Wednesday, June 18, 2008 10:23 AM |
| **To:** | John Houkom |
| **Cc:** | 'Diana Niquette' |
| **Subject:** | RE: Aqua Logic v. eSealife, et al. – Notice of Ex Parte Application |

Dear John:

Thank you for this, and for your voice message this morning.

I know the court likes to here from us, for certainty, so we will try to file something similar to what we did before, just to insure that our nonopposition is of record.

Our hearing dates were confirmed this morning, and motions are being filed today. Again, July 21 at 10:30. You will be served in the ordinary course.

Otherwise, I assume that we are a go for Friday afternoon, and will see you there.

Ross G. Simmons
**THE SIMMONS FIRM, ALC**
Suite 390 The Promontory
11440 West Bernardo Court
San Diego, CA 92127-1655
v - (858) 676-1668 x304
f - (858) 676-1839
ross@rblaw.com
www.rblaw.com

U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties, or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.

**From:** John Houkom [mailto:John@qlglaw.com]
**Sent:** Wednesday, June 18, 2008 9:49 AM
**To:** Ross G. Simmons
**Cc:** John Houkom
**Subject:** Aqua Logic v. eSealife, et al. -- Notice of Ex Parte Application

Dear Ross,

    As we discussed in our prior telephone call and as I informed you in my telephone message of earlier today, our firm will be filing its *Ex Parte* Application to be relieved as counsel for the Defendants in the above-entitled case later today. As you know, such applications are handled without appearances, but you will have 24-hours to provide a written opposition should you so chose.

    During our prior discussions you indicated to me that you and your client do not intend to oppose that application. If your position has changed for any reason, please let me know immediately so that I can ensure that the papers we file with the Court accurately reflect your position.

    Thank you.

Very truly yours,
John M. Houkom
**Quintana Law Group, APC**

6/18/2008

Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
Phone: (818) 914-2100
Fax: (818) 914-2101
Email: john@qlglaw.com

The information contained herein is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately.

Treasury Circular 230 Disclosure –  In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code. If this communication contains any U.S. tax advice that is used or referred to in the promoting, marketing, or recommending to another party any transaction or matter addressed herein, this communication should be construed as written to support the promoting, marketing or recommending of the transaction or matter addressed by this communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by us on disclosure of the tax treatment or tax structure of the transaction or matter.

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss:
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On June 18, 2008, I served the document described as

**DECLARATION OF JOHN M. HOUKOM REGARDING NOTICE OF EX PARTE APPLICATION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X]    BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at 21816 Victory Boulevard, Woodland Hills, California 91367.

[ ]    BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on June 18, 2008 at Woodland Hills, California.

Beatriz Singleton

Quintana Law
Group, APC

4

07 CV 2119 H (POR)

1

## SERVICE LIST

2

3    Ross G. Simmons (SBN 144656)
     **THE SIMMONS FIRM, ALC**
4    11440 West Bernardo Court, Suite 390
     San Diego, California 92127

5
     Attorneys for Plaintiff
6    Aqua Logic, Inc.

7

8    Mr. Ken Li
     eSealife, Inc.
9    eSealife, Aquatics, Inc.
     4647 Pine Timbers Street, Suite 120
10   Houston, Texas 77041

11   Officer of Defendants eSealife, Inc. and
     eSealife, Aquatics, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )     ss:
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On June 18, 2008, I served the document described as

**DECLARATION OF JOHN M. HOUKOM REGARDING NOTICE OF EX PARTE APPLICATION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[ ]    BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]    BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at 21816 Victory Boulevard, Woodland Hills, California 91367.

[ ]    BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on June 18, 2008 at Woodland Hills, California.

_____
Beatriz Singleton

Quintana Law
Group, APC

6

07 CV 2119 H (POR)

# SERVICE LIST

1
2
3   Mr. Ken Li
    eSealife, Inc.
4   eSealife, Aquatics, Inc.
    4647 Pine Timbers Street, Suite 120
5   Houston, Texas 77041

6   Officer of Defendants eSealife, Inc. and
    eSealife, Aquatics, Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28