Ross G. Simmons (CA BAR NO. 144656)
Juliette C. Gonsalves (CA BAR NO. 253369)
THE SIMMONS FIRM, ALC
11440 W. Bernardo Ct.
Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858) 676-1839
Attorneys for Plaintiff: Aqua Logic, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:07-cv-02119-H-POR<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF APPLICATION AND <u>EX PARTE</u> APPLICATION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.** |

Counsel for Plaintiff Aqua Logic, Inc. ("Aqua Logic") acknowledges receipt of Opposing counsel Quintana Law Group, APC's ("QLG") Notice of Application and Ex Parte Application of the Quintana Law Group, APC to Withdraw as Counsel for Defendants Esealife, Inc. and Esealife Aquatics, Inc. on June 18, 2008.

1

Plaintiff's Response to Defendant's
Motion to Withdraw as Attorney of Record
3:07-cv-02119-POR

Plaintiff does not object to QLG's Motion to Withdraw as Counsel of Record.

This 19th day of June, 2008.

                                Respectfully submitted,

                                THE SIMMONS FIRM, A.L.C.


                                By: _____
                                Ross G. Simmons
                                Attorney for Plaintiff

2

Plaintiff's Response to Defendant's
Motion to Withdraw as Attorney of Record
3:07-cv-02119-H-POR

# PROOF OF SERVICE BY MAIL

I, Diana M. Niquette, declare that: I am over the age of 18 and not a party to the within action; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 11440 West Bernardo Court, Suite 390, San Diego, California 92127.

I further declare that I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On June 19, 2008, I caused to be served the foregoing documents described as:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF APPLICATION AND EX PARTE APPLICATION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**

by placing a true copy of the documents in an envelope addressed to counsel as follows:

Andres F. Quintana
**QUINTANA LAW GROUP, APLC**
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367

I then sealed the envelope, with postage for certified mail, return receipt requested thereon fully prepaid, and I placed it for deposit in the United States Postal service, this same day, at my business address shown above, following ordinary business practices.

Executed on June 19, 2008 at San Diego, California.

Diana M. Niquette
Type or Print Name                    Signature