1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  AQUA LOGIC, INC., a California corporation,        Civil No.    07cv2119-H (POR)

11                                    Plaintiff,       **ORDER CONFIRMING DATES**

12         v.

13  ESEALIFE, INC., a Texas corporation,
    formerly known as AQUALOGICS, INC.;
14  ESEALIFE AQUATICS, INC., a Texas
    corporation; and DOES 1-10, inclusive,
15
                                    Defendants.
16

17         On June 20, 2008, the Court held a Mandatory Settlement Conference.  Appearing before the

18  Court were Ross Simmons, Esq., counsel for Plaintiff; Gary Benzel, a representative of Plaintiff;

19  John Houkom, Esq., counsel for Defendant; and Ken Li, a representative of Defendant.  The case did

20  not settle.  Based thereon, the Court hereby confirms the dates set forth in the Court's Scheduling

21  Order Regulating Discovery and Other Pretrial Proceedings, dated June 5, 2008.

22         **IT IS SO ORDERED.**

23  DATED:  July 1, 2008

24                                        _____

25                                        LOUISA S PORTER
                                          United States Magistrate Judge
26
27  cc:        The Honorable Marilyn L. Huff
               all parties
28

                                        - 1 -                          07cv2119-H (POR)