Andres F. Quintana (SBN 190525)
**QUINTANA LAW GROUP**
A Professional Law Corporation
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 914-2100
Facsimile: (818) 914-2101
Email: andres@qlglaw.com

Attorneys for Defendants
eSealife, Inc. and eSealife Acquatics, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

AQUA LOGIC, INC., a California corporation,

        Plaintiff,

        vs.

ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,

        Defendants.

CASE NO. 07 CV 2119 H (POR)

**NOTICE OF MOTION AND SECOND MOTION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**

Date: September 8, 2008
Time: 10:30 a.m.
Place: Department 13

[Points and Authorities Filed Concurrently Herewith and [Proposed] Order Lodges Concurrently Herewith]

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that on September 8, 2008, at 10:30 a.m. in

3    Department 13 before the Honorable Marilyn L. Huff, located at 940 Front Street,

4    San Diego, California 92101-8900, the law firm of Quintana Law Group, APC

5    ("QLG"), counsel for Defendants eSealife, Inc. and eSealife Aquatices, Inc.

6    (collectively "ESEALIFE" or "Defendants") will and does hereby bring this motion

7    for leave to withdraw as counsel of record for ESEALIFE ("Motion").

8        By this Motion, QLG seeks to withdraw as counsel of record for ESEALIFE

9    because various circumstances make the continued representation of ESEALIFE

10   unreasonably difficult for QLG, including that ESEALIFE is no longer an ongoing

11   business entity, has no apparent ability to pay outstanding sums due and owing QLG

12   for professional legal services rendered, and has no apparent ability to pay QLG

13   future attorneys' fees and costs in this and other matters, ESEALIFE has failed to

14   heed the advice or counsel of QLG, ESEALIFE has informed QLG that QLG no

15   longer has the authority to represent ESEALIFE in this or any other matter, and that

16   ESEALIFE has failed to obtain alternative counsel.

17       This motion will be based on this Notice of Motion and Motion, the

18   Memorandum of Points and Authorities filed concurrently herewith, the Declaration

19   of Andres F. Quintana, and all oral and documentary evidence, which may be

20   presented at or prior to the hearing on this Motion.

21       WHEREFORE, QLG respectfully requests the Court to grant the Motion

22   allowing QLG to withdraw as counsel, and grant such further relief as the Court

23   deems appropriate.

24   DATED: August 4, 2008              QUINTANA LAW GROUP
                                        A Professional Law Corporation
25

26

27                                      By: _____
                                        Andres F. Quintana
28                                      Attorneys for Defendants
                                        eSealife, Inc. and eSealife Aquatics, Inc.

Quintana Law
Group, APC

2

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
                              ) ss:
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On August 4, 2008, I served the document described as

**NOTICE OF MOTION AND SECOND MOTION OF THE QUINTANA LAW GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**

on counsel for the parties in this action, or on the parties <u>in propria persona</u>, addressed as stated on the attached service list:

[X]     BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]     BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at 21816 Victory Boulevard, Woodland Hills, California 91367.

[ ]     BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on August 4, 2008 at Woodland Hills, California.

Beatriz Singleton

Quintana Law
Group, APC

3

07 CV 2119 H (POR)

1

## SERVICE LIST

2

3   Ross G. Simmons (SBN 144656)
    **THE SIMMONS FIRM, ALC**
4   11440 West Bernardo Court, Suite 390
    San Diego, California 92127

5
    Attorneys for Plaintiff
6   Aqua Logic, Inc.

7

8   Mr. Ken Li
    eSealife, Inc.
9   eSealife, Aquatics, Inc.
    4647 Pine Timbers Street, Suite 120
10  Houston, Texas 77041

11  Officer of Defendants eSealife, Inc. and
    eSealife, Aquatics, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA    )

3                         )    ss:
   COUNTY OF LOS ANGELES  )

4

5      I am employed in the County of Los Angeles, State of California.  I am over
   the age of eighteen (18) years and not a party to the within action.  My business
   address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

6      On August 4, 2008, I served the document described as

7

8  **NOTICE OF MOTION AND SECOND MOTION OF THE QUINTANA LAW
   GROUP, APC TO WITHDRAW AS COUNSEL FOR DEFENDANTS
   ESEALIFE, INC. AND ESEALIFE AQUATICS, INC.**

9

10  on counsel for the parties in this action, or on the parties <u>in propria persona</u>,
    addressed as stated on the attached service list:

11

12  [ ]    BY MAIL:  By placing true and correct copies thereof in individual sealed envelopes, with
    postage thereon fully prepaid, which I deposited with my employer for collection and mailing by

13  the United States Postal Service.  I am readily familiar with my employer's practice for the
    collection and processing of correspondence for mailing with the United States Postal Service.  In

14  the ordinary course of business, this correspondence would be deposited by my employer with the
    United States Postal Service on that same day.  I am aware that on motion of the party served,

15  service is presumed invalid if postal cancellation date or postage meter date is more than one day
    after the date of deposit for mailing in affidavit.

16

17  [X]    BY NEXT-DAY DELIVERY:  Via Federal Express.  I am readily familiar with my
    employer's practice for the collection and processing of correspondence via Federal Express.  In

18  the ordinary course of business, this correspondence would be dropped off at the Federal Express
    office located at 21816 Victory Boulevard, Woodland Hills, California 91367.

19

20  [ ]    BY FACSIMILE:  I caused such document to be sent via facsimile to the names and
    facsimile numbers listed below and received confirmed transmission reports indicating that this
    document was successfully transmitted to the parties named above.

21

22  [X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this
           Court at whose direction the service was made.

23  EXECUTED on August 4, 2008 at Woodland Hills, California.

24

25

26

27  _____
    Beatriz Singleton

28

1

# <u>SERVICE LIST</u>

2

3   Mr. Ken Li
    eSealife, Inc.
4   eSealife, Aquatics, Inc.
    4647 Pine Timbers Street, Suite 120
5   Houston, Texas 77041

6   Officer of Defendants eSealife, Inc. and
    eSealife, Aquatics, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28