Ross G. Simmons (SBN 144656)
Juliette C. Gonsalves (SBN 253369)
**THE SIMMONS FIRM, ALC**
11440 W. Bernardo Ct., Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858) 676-1839
Attorney for Plaintiff Aqua Logic, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:07-cv-02119-H-POR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>Date: September 8, 2008<br>Time: 10:30 a.m.<br>Place: Department 13<br><br>[Memorandum of Law and Declaration of Ross G. Simmons Filed Concurrently Herewith and [Proposed] Order Lodges Concurrently Herewith] |

PLEASE TAKE NOTICE that on September 8, 2008, the undersigned attorneys for Plaintiff Aqua Logic, Inc. ("Aqua Logic") will move the Court for Dismissal of the Complaint Without Prejudice.

///

///

///

1

In support of this Motion, Plaintiff will rely upon the accompanying Memorandum of Law and the Declaration of Ross G. Simmons, and all oral and documentary evidence, which may be presented at or prior to the hearing on this Motion.

Wherefore, attorneys for Plaintiff respectfully request the Court to grant the Motion to Dismiss the Complaint Without Prejudice and grant such further relief as the Court deems appropriate.

Respectfully submitted,

Dated: 8/6/08

THE SIMMONS FIRM, ALC
Attorneys for Plaintiff

By: _____
Ross G. Simmons
CA State Bar No. 144656

# PROOF OF SERVICE BY MAIL

I, Diana M. Niquette, declare that: I am over the age of 18 and not a party to the within action; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 11440 West Bernardo Court, Suite 390, San Diego, California 92127.

I further declare that I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On August 7, 2008, I caused to be served the foregoing documents described as:

1. **Notice of Motion and Motion for Dismissal of Complaint Without Prejudice;**
2. **Memorandum of Law in Support of Dismissal of Complaint Without Prejudice; and**
3. **Declaration of Ross G. Simmons in Support of Dismissal of Complaint Without Prejudice.**

by placing a true copy of the documents in an envelope addressed to counsel as follows:

Andres F. Quintana
**QUINTANA LAW GROUP, APLC**
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367

I then sealed the envelope, with postage for certified mail, return receipt requested thereon fully prepaid, and I placed it for deposit in the United States Postal service, this same day, at my business address shown above, following ordinary business practices.

Executed on August 7, 2008 at San Diego, California.

___Diana M. Niquette___
Type or Print Name

*/s/ Diana M. Niquette*
Signature