Ross G. Simmons (SBN 144656)
Juliette C. Gonsalves (SBN 253369)
**THE SIMMONS FIRM, ALC**
11440 W. Bernardo Ct., Suite 390
San Diego, CA 92127
Phone: (858) 676-1668
Facsimile: (858) 676-1839
Attorney for Plaintiff Aqua Logic, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESEALIFE, INC., a Texas corporation, formerly known as AQUALOGICS, INC.; ESEALIFE AQUATICS, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:07-cv-02119-H-POR<br><br>**DECLARATION OF ROSS G. SIMMONS IN SUPPORT OF MOTION FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>Date: September 8, 2008<br>Time: 10:30 a.m.<br>Place: Department 13<br><br>[Notice of Motion and Motion for Dismissal of Complaint Without Prejudice and Memorandum of Law Filed Concurrently Herewith and [Proposed] Order Lodges Concurrently Herewith] |

I, Ross G. Simmons, declare as follows:

1.   I am an attorney admitted to practice before this court and the courts of the State of California. I declare under penalty of perjury that the following is true and correct of my personal knowledge and that if called as a witness in this matter, I could and would competently testify to each of the facts set forth below.

1

2.  The complaint in this case was filed on November 1, 2007. There is no counterclaim in this action. The action has not yet progressed to trial.

3.  My client has diligently prosecuted this case at every step. My client and I are making this motion promptly upon determining the need for it, which is based in part on the represented insolvency of the Defendants.

4.  The Defendants-corporations are apparently insolvent. This fact is evidenced by opposing counsel's own attempts to be removed as counsel for Defendants. In his declaration in support of Quintana Law Group's Motion to Withdraw, Andres F. Quintana stated that Defendants eSealife, Inc. and eSealife Aquatics, Inc. are no longer ongoing business entities and thus have no apparent ability to participate in and assist with the defense of the present litigation or to pay outstanding sums due to and owing to Quintana Law Group for professional services rendered and to pay Quintana Law Group future attorneys' fees and costs in this matter. (Quintana Decl. ¶¶ 2-4.)

5.  In light of this information, and based on the estimated further costs that proceeding to litigation would entail for my client, my client has decided that this case is no longer financially feasible for it to pursue. My client does not wish to refile this case. Of course, the decision to dismiss this case is premised on the veracity of opposing counsel, and will be withdrawn if those representations are untrue.

6.  My client and I stand ready to proceed with this case. Therefore, if this motion is denied, or if costs and attorneys' fees are awarded to Defendants as a condition of voluntary dismissal, we would wish to proceed to trial instead.

///

///

2

1  This declaration was executed on August 7, 2008, at San Diego, California.

By: _____
Ross G. Simmons
CA State Bar No. 144656

3