# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ESEALIFE, INC.; ESEALIFE AQUATICS, INC.; and DOES 1-10 inclusive., <br><br> Defendants. | CASE NO. 07-CV-2119-H (POR) <br><br> ORDER: <br><br> (1) DISMISSING ACTION WITHOUT PREJUDICE <br><br> (2) DENYING WITHOUT PREJUDICE QUINTANA LAW GROUP'S MOTION TO WITHDRAW AS COUNSEL |

On August 7, 2008, Plaintiff filed a motion to voluntarily dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 39.) The Court concludes that this motion would not benefit from additional briefing or argument and submits it on the papers submitted thus far. The Court grants the motion for good cause shown and dismisses this action in its entirely without prejudice and without an award of costs to either party.

/ / /

/ / /

/ / /

/ / /

1   Due to the dismissal, the Court concludes that Quintana Law Group's pending
2 motion to withdraw is moot. (Doc. No. 38.) Accordingly, the Court denies QLG's
3 motion to withdraw without prejudice.
4   IT IS SO ORDERED.
5 DATED: August 7, 2008

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.